SUSAN M. HACK, ESQ. (Bar No. 145347)
HIGGS, FLETCHER & MACK LLP
401 West "A" Street, Suite 2600
San Diego, CA 92101-7913
TEL: 619.236.1551
FAX: 619.696.1410

Attorneys for Defendant
MENU FOODS, INC., a New Jersey corporation

FILED
APR 18 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

ROBERT PAYNE and STEVE BARTILUCCI,

　　　　　　　Plaintiffs,

v.

MENU FOODS, INC., a New Jersey corporation, PETCO ANIMAL SUPPLIES, INC.; a Delaware corporation, SAFEWAY, INC., a Delaware corporation, THE PROCTOR & GAMBLE COMPANY, a Ohio corporation, and DOES 1 through 50,

　　　　　　　Defendants.

CASE NO. '07 CV 0705 JAH CAB

**DEFENDANT'S DEMAND FOR JURY TRIAL**

TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

　　Defendant MENU FOODS, INC. hereby demands a jury trial as provided by Federal Rules of Civil Procedure 38(a).

DATED: 18 APR 07

HIGGS, FLETCHER & MACK LLP

By: _____
SUSAN M. HACK, ESQ.
Attorneys for Defendant
MENU FOODS, INC., a New Jersey corporation

HIGGS, FLETCHER & MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

801912.1

DEMAND FOR JURY TRIAL