1  SUSAN M. HACK, ESQ. (Bar No. 145347)
   HIGGS, FLETCHER & MACK LLP
2  401 West "A" Street, Suite 2600
   San Diego, CA  92101-7913
3  TEL:  619.236.1551
   FAX:  619.696.1410
4

5  Attorneys for Defendant
   MENU FOODS, INC., a New Jersey corporation

6

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10

11

12 ROBERT PAYNE and STEVE              CASE NO.  07 CV 0705 JAH (CAB)
   BARTILUCCI,
13                                     NOTICE OF RELATED CASES,
              Plaintiffs,              PURSUANT TO LOCAL RULE 40.1(e)
14
   v.                                  CTROOM:      11
15                                     JUDGE:       Hon. John A. Houston
   MENU FOODS, INC., a New Jersey      TRIAL DATE:  No Date Set
16 corporation, PETCO ANIMAL SUPPLIES,
   INC.; a Delaware corporation, SAFEWAY,
17 INC., a Delaware corporation, THE
   PROCTOR & GAMBLE COMPANY, a
18 Ohio corporation, and DOES 1 through 50,

              Defendants.

19        Defendant MENU FOODS, INC. hereby advises the Court, pursuant to Local Rule

20 40.1(e), of the following recently filed and/or served related cases:

21        1.    *Swarberg v. Menu Foods Holding, Inc.*, 07 CV 0706 BTM (POR).

22        In these matters, the plaintiffs contend that their pets were injured and/or died following

23 their consumption of Defendant's products (specifically certain brands of dog and cat food).

24 Defendant submits that these matters:  (1) arise from the same or substantially identical

25 happenings or events (the consumption of Defendant's products which is alleged to have caused

26 injury in each case); (2) involve the same (or substantially the same) parties; (3) call for

27 determination of the same or substantially identical questions of law; and (4) if heard by different

28 judges would entail the unnecessary duplication of labor.

HIGGS, FLETCHER        802328.1
& MACK LLP
ATTORNEYS AT LAW
SAN DIEGO
                                                            07 CV 0705 JAH-CAB

Dockets.Justia.com

1    For these reasons, MENU FOODS, INC. requests that the "low number" rule be invoked

2  for these two matters.

3

    DATED:  April 19, 2007                    HIGGS, FLETCHER & MACK LLP
4

5

                                              By:/s/Susan M. Hack
6                                                SUSAN M. HACK, ESQ.
                                                 Attorneys for Defendant
7                                                MENU FOODS, INC., a New Jersey
                                                 Corporation
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

HIGGS, FLETCHER
& MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

802328.1                               2

                                              07 CV 0705 JAH-CAB