| | |
|---|---|
| 1 | SUSAN M. HACK, ESQ. (Bar No. 145347) |
| | HIGGS, FLETCHER & MACK LLP |
| 2 | 401 West "A" Street, Suite 2600 |
| | San Diego, CA 92101-7913 |
| 3 | TEL: 619.236.1551 |
| | FAX: 619.696.1410 |
| 4 | |
| 5 | Attorneys for Defendant |
| | MENU FOODS, INC., a New Jersey corporation |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT PAYNE and STEVE BARTILUCCI, | CASE NO. 07 CV 070 JAH (CAB) |
| Plaintiffs, | **PROOF OF SERVICE BY MAIL** |
| v. | **TRIAL DATE:** No Date Set |
| MENU FOODS, INC., a New Jersey corporation, PETCO ANIMAL SUPPLIES, INC.; a Delaware corporation, SAFEWAY, INC., a Delaware corporation, THE PROCTOR & GAMBLE COMPANY, a Ohio corporation, and DOES 1 through 50, | |
| Defendants. | |

I, the undersigned, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 401 West "A" Street, Suite 2600, San Diego, California 92101. On April 20, 2007, I served the within documents:

**NOTICE OF RELATED CASES, PURSUANT TO LOCAL RULE 40.1(e)**

on the interested parties in this action, by placing true copies thereof in a separate envelope addressed to each addressee, respectively, as follows:

| | ☐ | By transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. A copy of the transmission report issued by the transmitting facsimile machine is attached hereto. |
|---|---|---|
| | ☒ | **((BY MAIL):** I deposited such envelope in the mail at San Diego, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice for collection and processing of correspondence for mailing with the United States Postal Service; and that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit or mailing in affidavit. (CCP §§ 1013, 2015.5.) Further, notice shall be electronically mailed pursuant to the Southern District of California, Electronic Case Filing Administrative Policies and Procedures, on the parties as indicated above. |

**Attorneys for Plaintiffs**

Eric J. Benink, Esq.
KRAUSE KALFAYAN BENINK &
SLAVENS, LLP
625 Broadway, Suite 635
San Diego, CA 92101

**Tel: (619) 232-0331**
**Fax: (19) 232-4019**

David S. Casey, Jr., Esq.
Thomas D. Penfield, Esq.
CASEY GERRY SCHENK FRANCAVILLA
BLATT & PENFIELD, LLP
110 Laurel Street
San Diego, CA 92101

**Tel: (619) 238-1811**
**Fax: (619) 544-9232**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

801960.1

2

1   I declare under penalty of perjury under the laws of the State of California that the above
2   is true and correct.
3   Executed on April 20, 2007, at San Diego, California.

/s/DIANA ZOTTOLO

*Diana Zottolo*

HIGGS, FLETCHER & MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

801960.1

3