Case 3:07-cv-00705-JAH-CAB   Document 6   Filed 04/23/2007   Page 1 of 2

Dockets.Justia.com

| | |
|---|---|
| 1 | SUSAN M. HACK, ESQ. (Bar No. 145347) |
| | HIGGS, FLETCHER & MACK LLP |
| 2 | 401 West "A" Street, Suite 2600 |
| | San Diego, CA 92101-7913 |
| 3 | TEL: 619.236.1551 |
| | FAX: 619.696.1410 |
| 4 | |
| | Attorneys for Defendant |
| 5 | MENU FOODS, INC., a New Jersey corporation |

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT PAYNE and STEVE BARTILUCCI, | CASE NO. 07cv0705 JAH (CAB) |
| Plaintiffs, | **DEFENDANT MENU FOODS, INC.'S NOTICE OF MOTION AND MOTION TO STAY ALL PROCEEDINGS** |
| v. | |
| MENU FOODS, INC., a New Jersey corporation, PETCO ANIMAL SUPPLIES, INC.; a Delaware corporation, SAFEWAY, INC., a Delaware corporation, THE PROCTOR & GAMBLE COMPANY, a Ohio corporation, and DOES 1 through 50, | DATE: May 31, 2007<br>TIME: 3:00 p.m.<br>CTROOM: 11<br>JUDGE: Hon. John A. Houston<br>TRIAL DATE: Not Set |
| Defendants. | |

**NOTICE IS HEREBY GIVEN** that on May 31, 2007, at 3:00 p.m., or as soon thereafter as counsel may be heard, before the Honorable John A. Houston, in Courtroom 11 of the above-entitled Court, located at 940 Front Street, San Diego, California, defendant MENU FOODS, INC. will, and hereby does, move to stay all proceedings in this matter.

This Motion is based upon this Notice and Motion; the Memorandum of Points and Authorities served and filed herewith; the Notice of Lodgment, and all exhibits attached thereto, served and filed therewith, and on all matters of which the court may take judicial notice; on all

///
///
///

802286.1

07 CV 0705 JAH(CAB)

HIGGS, FLETCHER & MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

| | |
|---|---|
| 1 | pleadings and records filed in this action; and on such evidence as may be presented at or before |
| 2 | the hearing on this matter. |
| 3 | |
| 4 | DATED: April 23, 2007　　　　　　　　　HIGGS, FLETCHER & MACK LLP |

By:/s/Susan M. Hack
SUSAN M. HACK, ESQ.
Attorneys for Defendant
MENU FOODS, INC., a New Jersey
corporation