SUSAN M. HACK, ESQ. (Bar No. 145347)
HIGGS, FLETCHER & MACK LLP
401 West "A" Street, Suite 2600
San Diego, CA 92101-7913
TEL: 619.236.1551
FAX: 619.696.1410

Attorneys for Defendant
MENU FOODS, INC., a New Jersey corporation

Case 3:07-cv-00705-JAH-CAB   Document 7   Filed 04/23/2007   Page 1 of 2

Dockets.Justia.com

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT PAYNE and STEVE BARTILUCCI,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>MENU FOODS, INC., a New Jersey corporation, PETCO ANIMAL SUPPLIES, INC.; a Delaware corporation, SAFEWAY, INC., a Delaware corporation, THE PROCTOR & GAMBLE COMPANY, a Ohio corporation, and DOES 1 through 50,<br><br>　　　　　Defendants. | CASE NO. 07cv0705 JAH (CAB)<br><br>**NOTICE OF LODGMENT OF EXHIBITS**<br><br>DATE:　　　　May 31, 2007<br>TIME:　　　　3:00 p.m.<br>CTRM:　　　　11<br>IC JUDGE:　　Hon. John A. Houston<br>TRIAL DATE:　Not Set |

　　　　Defendant MENU FOODS INC. hereby lodges the following exhibits in support of its Motion to Stay:

**Exhibit A:**　　　　Plaintiff Shirley Sexton MDL Motion

**Exhibit B:**　　　　Plaintiff Christina Troiano MDL Motion

**Exhibit C:**　　　　Plaintiffs Tom Whaley, et. al. MDL Motion

**Exhibit D:**　　　　April 12, 2007 JPML Notice

**Exhibit E:**　　　　Plaintiffs' Complaint

///

///

///

///

It is agreed that said Exhibits will be hand-delivered to the Courtroom and not electronically filed with this notice.

DATED: April 23, 2007

HIGGS, FLETCHER & MACK LLP

By:/s/Susan M. Hack
SUSAN M. HACK, ESQ.
Attorneys for Defendant
MENU FOODS, INC., a New Jersey Corporation