| | |
|---|---|
| 1 | Don Howarth, State Bar No. 53783 |
| 2 | Suzelle M. Smith, State Bar No. 113992<br>HOWARTH & SMITH |
| 3 | 523 West Sixth Street, Suite 728<br>Los Angeles, California 90014 |
| 4 | Telephone: (213) 955-9400<br>Facsimile: (213) 622-0791<br>Email: dhowarth@howarth-smith.com |
| 5 | Attorneys for Defendant |
| 6 | THE PROCTER & GAMBLE COMPANY |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT PAYNE and STEVE BARTILUCCI, | ) | CASE NO. 07cv0705 JAH(GAB) |
| | ) | Honorable John A. Houston |
| Plaintiffs, | ) | |
| vs. | ) | **JOINT MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** |
| MENU FOODS, INC., a New Jersey corporation, PETCO ANIMAL SUPPLIES, INC.; a Delaware corporation, SAFEWAY, INC., a Delaware corporation, THE PROCTER & GAMBLE COMPANY, a Ohio corporation, and DOES 1 through 50, | ) | |
| Defendants. | ) | |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1  Pursuant to CivLR 12.1 of the Local Rules of Practice for United States District Court, Southern District of California, Defendant The Procter & Gamble Company ("Defendant") and Plaintiffs Robert Payne and Steve Bartilucci ("Plaintiffs"), hereby jointly move for an order extending the time for Defendant to file its response to Plaintiffs' Complaint. The parties jointly request that the deadline for filing Defendant's First Responsive pleading be extended from April 30, 2007 to May 29, 2007.

Good cause exists for granting an extension. Defendant has just retained California counsel, Howarth & Smith, and counsel needs time to review the facts and allegations in order to prepare a proper response. This case was only recently removed from state to federal court on April 18, 2007, by Defendant Menu Foods, Inc., and is a class action involving multiple parties.

Dated: April 25, 2007                HOWARTH & SMITH


                                     s/Don Howarth
                                     Don Howarth
                                     Attorneys for Defendant
                                     The Procter & Gamble Company


Dated: April 25, 2007                CASEY GERRY SCHENK FRANCAVILLA


                                     Thomas D. Penfield
                                     Attorneys for Plaintiffs
                                     Robert Payne and Steve Bartilucci

1      Pursuant to CivLR 12.1 of the Local Rules of Practice for United States District Court, Southern District of California, Defendant The Procter & Gamble Company ("Defendant") and Plaintiffs Robert Payne and Steve Bartilucci ("Plaintiffs"), hereby jointly move for an order extending the time for Defendant to file its response to Plaintiffs' Complaint. The parties jointly request that the deadline for filing Defendant's First Responsive pleading be extended from April 30, 2007 to May 29, 2007.

     Good cause exists for granting an extension. Defendant has just retained California counsel, Howarth & Smith, and counsel needs time to review the facts and allegations in order to prepare a proper response. This case was only recently removed from state to federal court on April 18, 2007, by Defendant Menu Foods, Inc., and is a class action involving multiple parties.

Dated: April ___, 2007

HOWARTH & SMITH

_____
Don Howarth
Attorneys for Defendant
The Procter & Gamble Company

Dated: April 24, 2007

CASEY GERRY SCHENK FRANCAVILLA

_____
Thomas D. Penfield
Attorneys for Plaintiffs
Robert Payne and Steve Bartilucci

# CERTIFICATE OF SERVICE

I certify that on April 25, 2007, I caused the following document:

**JOINT MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

**Susan Moriarty Hack at hack@higgslaw.com**

I further certify that I caused a copy of the foregoing document and the notice of electronic filing to be mailed by first class mail, postage prepaid, to the following non-ECF participants:

Eric J. Benick, Esq.
KRAUSE KALFAYAN BENINK
 & SLAVENS, LLP
625 Broadway, Suite 635
San Diego, California 92101

David S. Casey, Jr., Esq.
Thomas D. Penfield, Esq.
CASEY GERRY SCHENK FRANCAVILLA
 BLATT & PENFIELD, LLP
110 Laurel Street
San Diego, California 92101

Dated: April 25, 2007                s/Don Howarth
                                     Don Howarth