Don Howarth, State Bar No. 53783
Suzelle M. Smith, State Bar No. 113992
HOWARTH & SMITH
523 West Sixth Street, Suite 728
Los Angeles, California 90014
Telephone: (213) 955-9400
Facsimile: (213) 622-0791
Email: dhowarth@howarth-smith.com

Attorneys for Defendant
THE PROCTER & GAMBLE COMPANY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT PAYNE and STEVE BARTILUCCI,<br><br>          Plaintiffs,<br><br>vs.<br><br>MENU FOODS, INC., a New Jersey corporation, PETCO ANIMAL SUPPLIES, INC.; a Delaware corporation, SAFEWAY, INC., a Delaware corporation, THE PROCTER & GAMBLE COMPANY, a Ohio corporation, and DOES 1 through 50,<br><br>          Defendants. | **CASE NO. 07cv0705 JAH(GAB)**<br><br>Honorable John A. Houston<br><br>**JOINDER IN NOTICE OF REMOVAL OF ACTION** |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1  Defendant THE PROCTER & GAMBLE COMPANY, hereby joins in MENU
2  FOODS, INC.'s Notice of Removal to this Court of the state court action described in said
3  Notice of Removal.

4  Dated: April 25, 2007              HOWARTH & SMITH

6
7              /s/ Don Howarth
                Don Howarth

8              Attorneys for Defendant
                THE PROCTER & GAMBLE COMPANY

## CERTIFICATE OF SERVICE

I certify that on April 25, 2007, I caused the following document:

**JOINDER IN NOTICE OF REMOVAL OF ACTION**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

**Susan Moriarty Hack at hack@higgslaw.com**

I further certify that I caused a copy of the foregoing document and the notice of electronic filing to be mailed by first class mail, postage prepaid, to the following non-ECF participants:

Eric J. Benick, Esq.
KRAUSE KALFAYAN BENINK
 & SLAVENS, LLP
625 Broadway, Suite 635
San Diego, California  92101

David S. Casey, Jr., Esq.
Thomas D. Penfield, Esq.
CASEY GERRY SCHENK FRANCAVILLA
 BLATT & PENFIELD, LLP
110 Laurel Street
San Diego, California  92101

Dated:  April 25, 2007                  s/Don Howarth
                                        Don Howarth