```
 1  PILLSBURY WINTHROP SHAW PITTMAN LLP
    RICHARD M. SEGAL  #156975
 2  501 W. Broadway
    Suite 1100
 3  San Diego, CA  92101-3575
    Telephone: (619) 234-5000
 4  Facsimile: (619) 236-1995
 5
    Attorneys for Defendant
 6  PETCO ANIMAL SUPPLIES, INC.
 7
```

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT PAYNE and STEVE BARTILUCCI,<br><br>Plaintiffs,<br><br>vs.<br><br>MENU FOODS, INC., a New Jersey corporation, PETCO ANIMAL SUPPLIES, INC.; a Delaware corporation, SAFEWAY, INC., a Delaware corporation, THE PROCTER & GAMBLE COMPANY, a Ohio corporation, and DOES 1 through 50,<br><br>Defendants. | No. 07cv0705 JAH (GAB)<br><br>**JOINT MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**<br><br>Hon. John A. Houston |

1    Pursuant to CivLR 12.1 of the Local Rules of Practice for United States District
2    Court, Southern District of California, Defendant Petco Animal Supplies, Inc.
3    ("Defendant") and Plaintiffs Robert Payne and Steve Bartilucci ("Plaintiffs"), hereby
4    jointly move for an order extending the time for Defendant to file its response to Plaintiffs'
5    Complaint. The parties jointly request that the deadline for filing Defendant's First
6    Responsive pleading be extended from April 26, 2007 to May 29, 2007.
7    Good cause exists for granting an extension. Defendant has just retained counsel,
8    Pillsbury Winthrop Shaw Pittman LLP, and counsel needs time to review the facts and
9    allegations in order to prepare a proper response. The case was only recently removed from
10   state to federal court on April 18, 2007, by Defendant Menu Foods, Inc., and is a class
11   action involving multiple parties.

12   Dated: April 26, 2007.        PILLSBURY WINTHROP SHAW PITTMAN LLP
13
14                                 By: s/Richard M. Segal
                                       Richard M. Segal
15                                     Attorneys for Defendant
                                       PETCO ANIMAL SUPPLIES, INC.
16

17   Dated: April 26, 2007.        CASEY, GERRY, SCHENK, FRANCAVILLA, BLATT &
                                   PENFIELD, LLP
18
19                                 By: s/Thomas D. Penfield
                                       Thomas D. Penfield
20                                     Attorneys for Plaintiffs
                                       ROBERT PAYNE AND STEVE BARTILUCCI
21
22
23
24
25
26
27
28

600285055v1                           - 2 -    JOINT MOTION FOR EXTENSION OF TIME TO FILE
                                               RESPONSIVE PLEADING
                                               Case No. 07CV0705 JAH (GAB)