1 | PILLSBURY WINTHROP SHAW PITTMAN LLP
   | RICHARD M. SEGAL  #156975
2 | 501 W. Broadway
   | Suite 1100
3 | San Diego, CA  92101-3575
   | Telephone: (619) 234-5000
4 | Facsimile: (619) 236-1995

Attorneys for Defendant
PETCO ANIMAL SUPPLIES, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| ROBERT PAYNE and STEVE BARTILUCCI, | ) ) ) | No. 07cv0705 JAH (CAB) |
|---|---|---|
| Plaintiffs, | ) ) | <u>ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING</u> |
| vs. | ) ) | |
| MENU FOODS, INC., a New Jersey corporation, PETCO ANIMAL SUPPLIES, INC.; a Delaware corporation, SAFEWAY, INC., a Delaware corporation, THE PROCTER & GAMBLE COMPANY, a Ohio corporation, and DOES 1 through 50, | ) ) ) ) ) ) ) ) | Hon. John A. Houston |
| Defendants. | ) ) | |

600285095v1                                    - 1 -                    [PROPOSED] ORDER GRANTING JOINT MOTION
                                                                        FOR EXTENSION OF TIME TO FILE RESPONSIVE
                                                                                             PLEADING
                                                                        Case No. 07CV0705 JAH (CAB)

Dockets.Justia.com

1    Having reviewed the parties' Joint Motion for Extension of Time to File Responsive
2    Pleading and good cause appearing therefor,
3    IT IS HEREBY ORDERED THAT Defendant PETCO Animal Supplies, Inc. shall
4    have through and until May 29, 2007 to file a responsive pleading in the above-captioned
5    case.
6    Dated:   April 27, 2007

_____
Hon. John A. Houston
Judge of the District Court