1  Don Howarth (State Bar No. 53783)
   Suzelle M. Smith (State Bar No. 113992)
2  HOWARTH & SMITH
   523 West Sixth Street, Suite 728
3  Los Angeles, California 90014
   Telephone: (213) 955-9400
4  Facsimile: (213) 622-0791
   Email: dhowarth@howarth-smith.com
5
   Attorneys for Defendant
6  THE PROCTER & GAMBLE COMPANY

7

8               UNITED STATES DISTRICT COURT

9               SOUTHERN DISTRICT OF CALIFORNIA

10

11 ROBERT PAYNE and STEVE          )  CASE NO. 07cv0705 JAH(CAB)
   BARTILUCCI,                     )
12                                 )  Honorable John A. Houston
                   Plaintiff,      )
13                                 )  ORDER
         vs.                       )
14                                 )
   MENU FOODS, INC., a New Jersey  )
15 corporation, PETCO ANIMAL       )
   SUPPLIES, INC., a Delaware corporation, )
16 SAFEWAY, INC., a Delaware       )
   corporation, THE PROCTER &      )
17 GAMBLE COMPANY, a Ohio          )
   corporation, and DOES 1 through 50, )
18                                 )
                   Defendants.     )
19                                 )
                                   )
20 _____ )

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

---

07:P1813001.wpd                                    07cv0705 JAH(CAB)

1  Pursuant to CivLR 12.1 of the Local Rules of Practice for United States District
2  Court, Southern District of California, the Court hereby finds good cause to extend the
3  time for Defendant The Procter & Gamble Company to file its response to Plaintiff's
4  complaint.
5  It is hereby ORDERED that the parties' Joint Motion For Extension Of Time To
6  File Responsive Pleading is granted.  Defendant's First Responsive pleading is due on or
7  before May 29, 2007.

9  Dated:  April 26, 2007

11  HON. JOHN A. HOUSTON
United States District Judge

07:P1813001.wpd                                                                                          07cv0705 JAH(CAB)