Case 3:07-cv-00705-JAH-CAB   Document 15   Filed 04/30/2007   Page 1 of 3

Dockets.Justia.com

```
 1  SUSAN M. HACK, ESQ. (Bar No. 145347)
    STEPHEN T. PELLETIER (Bar No. 231236)
 2  HIGGS, FLETCHER & MACK LLP
    401 West "A" Street, Suite 2600
 3  San Diego, CA  92101-7913
    TEL: 619.236.1551
 4  FAX: 619.696.1410

 5  Attorneys for Defendant
    MENU FOODS, INC., a New Jersey corporation
 6
    ERIC J. BENINK, ESQ.
 7  KRAUSE KALFAYAN
    BENINK & SLAVENS, LLP
 8  625 Broadway, Suite 635
    San Diego, CA  92101
 9  TEL: 619.232-0331
    FAX: 619.232-4019
10
    DAVID S. CASEY, JR., ESQ.
11  THOMAS D. PENFIELD, ESQ.
    CASEY GERRY SCHENK FRANCAVILLA
12  BLATT & PENFIELD LLP
    110 Laurel Street
13  San Diego, CA  92101
    TEL: 619.238-1811
14  FAX: 619.544-9232

15  Attorneys for Plaintiffs
```

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| ROBERT PAYNE and STEVE BARTILUCCI, Plaintiffs, v. MENU FOODS, INC., a New Jersey corporation, PETCO ANIMAL SUPPLIES, INC.; a Delaware corporation, SAFEWAY, INC., a Delaware corporation, THE PROCTOR & GAMBLE COMPANY, a Ohio corporation, and DOES 1 through 50, Defendants. | CASE NO. 07cv0705 JAH (CAB)<br><br>**JOINT MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**<br><br>Honorable John A. Houston<br>Courtroom 11 |
|---|---|

///

///

803546.1

HIGGS, FLETCHER & MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

07 CV 0705 JAH(CAB)

Pursuant to CivLR 12.1 of the Local Rules of Practice for United States District Court, Southern District of California, Defendant MENU FOODS, INC., a New Jersey corporation, hereinafter referred to as "MENU FOODS" and Plaintiffs ROBERT PAYNE and STEVE BARTILUCCI ("Plaintiffs"), hereby jointly move for an order extending the time for Defendant MENU FOODS to file its response to Plaintiffs' Complaint. The parties jointly request that the deadline for filing Defendant's First Responsive pleading be extended from April 27, 2007 to June 11, 2007.

Good cause exists for granting an extension. Defendant has just retained counsel, Higgs, Fletcher & Mack LLP, and counsel needs time to review the facts and allegations in order to prepare a proper response. The case was only recently removed from State to Federal Court on April 18, 2007, by Defendant MENU FOODS, and is a class action involving multiple parties.

IT IS SO STIPULATED.

DATED: April 27, 2007

HIGGS, FLETCHER & MACK LLP

By: s/Stephen T. Pelletier
SUSAN M. HACK, ESQ.
STEPHEN T. PELLETIER, ESQ.
Attorneys for Defendant
MENU FOODS, INC.

DATED: April 27, 2007

KRAUSE KALFAYAN BENINK
& SLAVENS, LLP

By: s/Eric J. Benink
ERIC J. BENINK, ESQ.
Attorneys for Plaintiffs
ROBERT PAYNE and STEVE BARTILUCCI

DATED: April 27, 2007

CASEY GERRY SCHENK FRANCAVILLA
BLATT & PENFIELD, LLP

By: s/Thomas D. Penfield
DAVID S. CASEY, ESQ.
THOMAS D. PENFIELD, ESQ.
Attorneys for Plaintiffs
ROBERT PAYNE and STEVE BARTILUCCI

# CERTIFICATE OF SERVICE

I certify that on April 30, 2007, I caused the following document:

JOINT MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

to be filed electronically with the Clerk of Court through ECF.

I further certify that I caused a copy of the foregoing document and the notice of electronic mailing to be mailed by first class mail, postage prepaid, to the following non-ECF participants:

| | |
|---|---|
| **Eric Benink**<br>Krause Kalfayan Benink and Slavens<br>625 Broadway<br>Suite 635<br>San Diego, CA 92101<br>(619)232-0331<br>Fax: (619)232-4019 | **David S. Casey, Jr., Esq.**<br>**Thomas D. Penfield, Esq.**<br>Casey Gerry Schenk Pracavilla Blatt &<br>Penfield LLP<br>110 Laurel Street<br>San Diego, CA 92101<br>(619) 238-1881<br>Fax: (619) 544-9232 |

Date: April 30, 2007            s/Diana Zottolo