# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT PAYNE and STEVE BARTILUCCI,<br><br>Plaintiffs,<br><br>v.<br><br>MENU FOODS, INC., a New Jersey corporation, PETCO ANIMAL SUPPLIES, INC.; a Delaware corporation, SAFEWAY, INC., a Delaware corporation, THE PROCTOR & GAMBLE COMPANY, a Ohio corporation, and DOES 1 through 50,<br><br>Defendants. | CASE NO. 07cv0705 JAH (CAB)<br><br>**ORDER**<br><br>Honorable John A. Houston<br>Courtroom 11 |

## ORDER

Pursuant to the Joint Motion For Extension Of Time To File Responsive Pleading, made by Defendant MENU FOODS, INC., and Plaintiffs ROBERT PAYNE and STEVE BARTILUCCI (collectively "Parties"), and for good cause shown, the Parties' Joint Motion is hereby granted.

IT IS SO ORDERED.

Dated: April 30, 2007

_____
The Honorable John A. Houston
DISTRICT COURT JUDGE

HIGGS, FLETCHER
& MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

803889.1

07 CV 0705 JAH(CAB)