FILED

2007 MAY -2 AM 9: 27

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ℓ🇴_____DEPUTY

07CV 705 JAH(CAB)

**BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

IN RE PET FOODS PRODUCTS LIABILITY LITIGATION | No. MDL DOCKET NO. 1850

**PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION FOR
TRANSFER OF ACTIONS TO THE CENTRAL DISTRICT OF CALIFORNIA AND
FOR CONSOLIDATED OR COORDINATED PRETRIAL PROCEEDINGS PURSUANT
TO 28 U.S.C. §1407**

Plaintiff Dawn Howe in the Central District of California action, *Howe v. Menu Foods Limited, et al*, No. CV07-02060 GHK (AJWx), plaintiffs Dennis Lee Townsend and Glenna Townsend in the Central District of California action, *Townsend v. Menu Foods Limited, et al*, No. ED CV07-398 GHK (AJWx), plaintiff Alexander Nunez in the District of New Jersey action, *Nunez v. Menu Foods Limited*, No. 07CV1490 (NLH), plaintiff Richard Chamberlain in the Central District Court of California action, *Chamberlain v. Nestle S.A.*, No. CV07-2476 FMG (SSx), and plaintiff Mark Golding in the District of New Jersey action, *Golding v. Menu Foods Limited, et al*, No. 07CV01521 (NLH), (collectively, "Plaintiffs"), respectfully move the Panel for an Order pursuant to 28 U.S.C. §1407 to transfer the pending cases identified in the schedule of actions filed concurrently, as well as any cases subsequently filed involving similar facts or claims, to the United States District Court for the Central District of California, and to consolidate and coordinate the cases for pretrial proceedings before the Honorable George H. King, to whom the low numbered case is assigned in the Central District of California.

- 1 -

Dockets.Justia.com

## I.    BACKGROUND

Defendants Menu Foods and Nestle Purina, as well as other pet food manufacturers, (collectively, the "Pet Food Manufacturers"), produced and sold contaminated dog and cat food which caused serious illness and death to household pets. Many of the pet foods manufactured by the Pet Food Manufacturers and sold by retailers such as Wal-Mart, Petsmart, and Giant, are part of nationwide recalls, which lists continue to grow. *See* Exhibits A-I. The piecemeal, ever-expanding recalls leave concerned pet owners confused and uncertain of which products are safe for their pets to consume.

Plaintiffs brought their respective actions on behalf of all persons in the United States who purchased contaminated dog or cat food manufactured by Menu Foods and/or Nestle Purina, which were recalled or will be recalled. These products caused serious illness or death in many pets, including Plaintiffs' pets.

At least sixty-four cases, to the best of Plaintiffs' knowledge, have been filed against the Pet Food Manufacturers, in both state and federal courts, alleging similar causes of actions and seeking similar relief as Plaintiffs. The related actions all arise from the same or similar nucleus of operative facts as Plaintiffs' cases. Each action will involve substantially similar discovery, with the same or similar documents and witnesses. Discovery has not commenced in Plaintiffs' cases or any of the related actions.

Since these cases require same or similar questions of law and facts to be determined by a court of law, prompt action by the Panel to transfer and consolidate these actions will promote their just and efficient prosecution and judicial economy and serve the convenience of the parties.

## II.    ARGUMENT

### A.    Transfer And Consolidation Of All Actions Is Appropriate Under 28 U.S.C. §1407

28 U.S.C. §1407 provides for transfer of actions to one district for coordinated or consolidated pretrial proceedings where actions pending in different districts involve one or more common questions of fact. 28 U.S.C. §1407(a). The Panel authorizes consolidation where transfers will promote the convenience of the parties and witnesses, and the just and efficient conduct of the action. *Id.* The purpose of the multidistrict litigation process is to "eliminate the potential for contemporaneous pretrial rulings by coordinate district and appellate courts in multidistrict related civil actions." *In re Multidistrict Private Civ. Treble Damage Litig.*, 298 F. Supp. 484, 491-92 (J.P.M.L. 1968). Consolidation is especially important in class actions where the "potential for conflicting, disorderly, chaotic" action is greatest. *Id.* at 493. Transfer of related actions to a single district for pretrial proceedings avoids conflicting pretrial discovery and ensures uniform and expeditious treatment in the pretrial procedures. *In re Phenylpropanolamine (PPA) Prods. Liab. Litig.*, 460 F.3d 1217, 1230 (9th Cir. 2006).

Transfer is appropriate here because many common questions of fact and law exist. The cases listed in the schedule of actions (the "Actions") all arise from the same or similar nucleus of operative facts, and each seeks determination of, among other things:

1.    whether the contaminated pet foods manufactured by the Pet Food Manufacturers were materially defective in design and formulation;

2.    whether the Pet Food Manufacturers failed to properly test the contaminated pet food products prior to market entry;

3.    whether the Pet Food Manufacturers negligently, recklessly, or intentionally delayed initiating recalls of the contaminated pet foods;

4.    whether the Pet Food Manufacturers breached their duty of care to Plaintiffs and other Class members;

5.    whether the Pet Food Manufacturers breached any contract or warranty, express or implied, relating to their sale of contaminated pet food;

6.    whether the contaminated pet food manufactured by the Pet Food Manufacturers caused Plaintiffs' and other Class members' pets to fall ill or die;

7.    whether the Pet Food Manufacturers were unjustly enriched as a result of their wrongful conduct;

8.    whether Plaintiffs and other Class members are entitled to compensatory damages; and

9.    whether Plaintiffs and other Class members are entitled to punitive damages.

Determination of these and other commons issues in a single district will benefit the parties and witnesses, and promote the just and efficient prosecution of the Actions. Without transfer and consolidation of the Actions, the danger of inconsistent rulings exists, and judicial inefficiency, overlapping discovery, and unnecessary expense will certainly result. Transfer and coordination is especially appropriate as formal discovery has not yet commenced in any of the Actions. As such, transfer and consolidation of the Actions to a single district is appropriate for the just and efficient prosecution of the actions and the convenience of the parties and witnesses.

**B.    The Central District of California Is The Appropriate Forum For Transfer And Consolidation**

In determining the most appropriate transferee forum, the Panel will consider, among other things, the number of actions pending in the district, the location of witnesses and documents, the stage of pretrial proceedings, whether a related government investigation or action is pending, whether the district is in an accessible metropolitan area, the status of the civil docket, and the experience of the transferee judge in handling multidistrict litigation. *See e.g., In re Educ. Testing Serv. Plt 7-12 Test Scoring Litig.*, 350 F. Supp. 2d 1363, 1365 (J.P.M.L. 2004) (Panel found district appropriate where four of thirteen actions were already pending in the district, the district provided an accessible, metropolitan location, the district had favorable caseload conditions, and the judge had experience managing multidistrict litigation); *In re Wheat Farmers Antitrust Class Action Litig.*, 366 F. Supp. 1087, 1088 (J.P.M.L. 1973) (Panel considered the conveniences of the parties and witnesses, location of relevant documents, stage of pretrial proceedings, and the status of civil dockets); *In re Peruvian Road Litig.*, 380 F. Supp. 796, 798 (J.P.M.L. 1974) (while both districts were appropriate, Panel chose the District of Idaho because of the judge's familiarity with the issues raised by defendants and because of the significantly lighter civil action docket of that court); *In re Tri-State Crematory Litig.*, 206 F. Supp. 2d 1376, 1378 (J.P.M.L. 2002) (in selecting the transferee court, the Panel considered the location of the crematory central to the allegations, the criminal investigation, the likely location of relevant documents, witnesses and other evidence, and where the actions were filed); *In re Foundry Resins Antitrust Litig.*, 342 F. Supp. 2d 1346, 1347 (J.P.M.L. 2004) (Panel considered, among other things, the presence of a government investigation in choosing the transferee district).

Transfer of the Actions to the Central District of California for consolidated pretrial proceedings is appropriate here because transfer will serve the convenience of the parties and promote just and efficient conduct of the Actions. The Central District of California is particularly appropriate because a number of the Actions are currently pending in this district.

Defendant Nestle's U.S. headquarters, as well as manufacturer Nutro Products, Inc., which has been named a defendant in other Actions, are located in this district. Thus, witnesses and documents are likely located in this district as well. Additionally, the Food and Drug Administration, U.S. Department of Agriculture, and California Department of Health Services are conducting investigations into a hog farm confirmed to have received contaminated pet food scraps in California. Consolidation of the Actions in the Central District of California will thus aid in the coordination of efforts likely to occur between the government investigations and the Actions. The Central District of California also provides a metropolitan location, easily accessible to all parties and witnesses, both domestic and foreign.

The Central District of California is also appropriate because of the status of its civil dockets. The median time to disposition in the Central District was 7.2 months last fiscal year, while the District of New Jersey, where some similar Actions have been filed, averaged 8.2 months. *See* Exhibits J-K. The median time to trial in the Central District of California was 21.3 months, while it took nearly a year longer in the District of New Jersey, at approximately 33.0 months. Because a case is more likely to be expeditiously handled in the Central District of California, transfer of the Actions to the Central District is appropriate.

The Honorable George H. King, to whom the low numbered case, *Sexton v. Menu Foods*, is assigned, has considerable experience managing class actions and complex litigation matters. *See, e.g., In re Nat'l Golf Props. Secs. Litig.*, No.: CV 02-1383-GHK (complex securities class action) and *Dagher v. Saudi Ref., Inc.*, No. CV-99-06114(GHK) (complex anti-trust action). Judge King's twelve years of experience on the bench and reputation for expeditious handling of matters makes the Central District of California as the forum for transfer and consolidation for pretrial proceedings all the more appropriate. On the other hand, the Honorable Noel L. Hillman, to whom the low numbered case in the District of New Jersey is assigned, has been on the bench for less than a year, and thus, does not have the experience and expertise Judge King has amassed over the years in presiding over complex matters such as this one.

- 6 -

## III.    CONCLUSION

At least sixty-four cases have been filed against Menu Foods, Nestle Purina, and other pet food manufacturers alleging defendants manufactured and sold contaminated pet food products which caused illness or death in household pets. These Actions all arise out of the same or similar nucleus of operative facts, allege similar claims, and seek similar relief. Without transfer and coordination of the Actions, judicial inefficiency, overlapping discovery, and unnecessary expense will certainly result, and the danger of inconsistent rulings may arise. As such, plaintiffs Howe, the Townsends, Nunez, Chamberlain, and Golding respectfully request transfer and consolidation or coordination of the Actions to the Central District of California, in order to promote just and efficient prosecution of the Actions and serve the convenience of the parties.


DATED: April 27, 2007                    MILBERG WEISS & BERSHAD LLP
                                         JEFF S. WESTERMAN
                                         SABRINA S. KIM
                                         CHERYL A. WILLIAMS
                                         MICHIYO MICHELLE FURUKAWA


                                         _____
                                              CHERYL A. WILLIAMS

                                         One California Plaza
                                         300 South Grand Ave., Suite 3900
                                         Los Angeles, CA 90071
                                         Telephone: (213) 617-1200
                                         Facsimile:  (213) 617-1975
                                         Email: jwesterman@milbergweiss.com
                                         skim@milbergweiss.com
                                         cwilliams@milbergweiss.com
                                         mfurukawa@milbergweiss.com

                                         Counsel for Plaintiffs: Dawn Howe, Dennis
                                         Lee Townsend, Glenna Townsend, Alexander
                                         Nunez, Richard Chamberlain, and Mark
                                         Golding.

Before the Judicial Panel on Multidistrict Litigation
MDL-1850 – In re Pet Foods Products Liability Litigation

### SCHEDULE OF ACTIONS

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:**<br>Kirby Cooper<br><br>**Defendants:**<br>Menu Foods Income Fund, Menu Foods Midwest Corporation, Menu Foods South Dakota, Inc., Menu Foods, Inc., Menu Foods Holdings, Inc., and Wal-Mart Stores, Inc. | W.D. Arkansas | 4:2007cv04036 | Harry F. Barnes |
| **Plaintiffs:**<br>Charles Ray Sims and Pamela Sims<br><br>**Defendants:**<br>Menu Foods Income Fund, Menu Foods Midwest Corporation, menu Foods South Dakota Inc., Menu Foods, Inc., Menu Foods Holdings, Inc. | W.D. Arkansas | 5:2007cv05053 | Jimm Larry Hendren |
| **Plaintiffs:**<br>Richard Scott and Barbara Widen<br><br>**Defendants:**<br>Menu Foods, Menu Foods Income Fund, Menu Foods Gen Par Limited, Menu Foods Limited Partnership, Menu Foods Operating Partnership, Menu Foods Midwest Corporation, Menu Foods South Dakota; Menu Foods, Inc., Menu Foods Holdings, Inc. and Wal-Mart Stores, Inc. | W.D. Arkansas | 5:2007cv05055 | Robert T. Dawson |

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:**<br>Sandra L. Gray, Nick Jackson and Deena Jackson<br><br>**Defendants:**<br>Menu Foods, Menu Foods Income Fund, Menu Foods Gen Par Limited, Menu Foods Limited Partnership, Menu Foods Operating Partnership, Menu Foods Midwest Corporation, Menu Foods South Dakota; Menu Foods, Inc., Menu Foods Holdings, Inc., Wal-Mart Stores, Inc. and Xuzhou Anying Biologic Technology Development Co. Ltd. | W.D. Arkansas | 5:2007cv05065 | Robert T. Dawson |
| **Plaintiffs:**<br>Shirley Sexton<br><br>**Defendants:**<br>Menu Foods Inc., Menu Foods Income Fund, Menu Foods Midwest Corporation, Suzhou Textile Import and Export Company, Xuzhou Anying Biologic Technology Development | C.D. California | 2:2007cv01958 | George H. King |
| **Plaintiffs:**<br>Paul Randall Johnson and Tammy Navarrete<br><br>**Defendants:**<br>Menu Foods Inc., and Menu Foods Income Fund | C.D. California | 2:2007cv01987 | George H. King |
| **Plaintiffs:**<br>Lois Grady and Kaye Steinsapir<br><br>**Defendants:**<br>Foods, Inc., Menu Foods Income Fund, Menu Foods Limited, Menu Foods Midwest Corp., Menu Foods Operating Limited Partnership, Menu Foods, Inc., Nutro Products, and Petco Animal Supplies, Inc. | C.D. California | 2:2007cv02253 | Dean D. Pregerson |

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:**<br>Kelly Finestone<br><br>**Defendants:**<br>Menu Foods Inc., Petco Animal Supplies Inc., and The IAMS Company | C.D. California | 2:2007cv02338 | Christina A. Snyder |
| **Plaintiffs:**<br>Dawn Howe<br><br>**Defendants:**<br>Menu Foods Limited, Menu Foods Inc., Menu Foods Midwest Corporation, Menu Foods Income Fund, Menu Foods South Dakota, Inc., Menu Foods Holdings, Inc. and Menu Foods Operating Trust | C.D. California | CV 07-2060 GHK (AJWx) | George H. King |
| **Plaintiffs:**<br>Dennis Townsend and Glenna Townsend<br><br>**Defendants:**<br>Chemnutra Inc., Menu Foods Holdings Inc., Menu Foods Inc., Menu Foods Income Fund, Menu Foods Limited, Menu Foods Midwest Corporation, Menu Foods South Dakota Inc., Nestle Holdings Inc. Nestle Purina Petcare Co., Nestle SA, Nestle USA Inc. | C.D. California | ED CV 07-398 GHK (AJWx) | George H. King |
| **Plaintiffs:**<br>Richard Chamberlain<br><br>**Defendants:**<br>Chemnutra Inc., Nestle Holdings Inc. Nestle Purina Petcare Co., Nestle SA, Nestle USA Inc. and Xuzhou Anying Biologic Technology Development Company Ltd. | C.D. California | 2:07-cv-02476-FMC-SS | Florence-Marie Cooper |

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:**<br>Sherry Ingles<br><br>**Defendants:**<br>Menu Foods Income Fund, Menu Foods Midwest Corporation, Menu Foods South Dakota Inc., Menu Foods, Inc., | N.D. California | 3:2007cv01809 | Maxine M. Chesney |
| **Plaintiffs:**<br>Robert Payne and Steve Bartilucci<br><br>**Defendants:**<br>Menu Foods, Inc., The Proctor & Gamble Company, Petco Animal Supplies, Inc., and Safeway, Inc. | S.D. California | 3:2007cv00705 | John A. Houston |
| **Plaintiffs:**<br>Diane Swarberg<br><br>**Defendants:**<br>The Iams Company, and Menu Foods Holding Inc. | S.D. California | 3:2007cv00706 | Barry Ted Moskowitz |
| **Plaintiffs:**<br>Emily Tompkins<br><br>**Defendants:**<br>Menu Foods Midwest Corporation, Menu Foods Income Fund, Menu Foods Limited, Menu Foods Inc., Menu Foods Holdings, Inc., The Procter & Gamble Company, The Iams Company, Safeway Inc., The Kroger Co., Petco Animal Supplies, Inc., Petco Animal Supplies Stores, Inc. | D. Colorado | 1:2007cv00736 | John L. Kane |
| **Plaintiffs:**<br>Lauri A. Osborne<br><br>**Defendants:**<br>Menu Foods, Inc. | D. Connecticut | 3:2007cv00469 | Robert N. Chatigny |

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:**<br>Maria Teresa Ferrarese<br><br>**Defendants:**<br>Menu Foods Inc., Menu Foods Midwest Corporation, Menu Foods Income Fund and Menu Foods Limited | M.D. Florida | 2:2007cv00235 | John E. Steele |
| **Plaintiffs:**<br>Satoru Waldhauer<br><br>**Defendants:**<br>Menu Foods Inc., Menu Foods Income Fund and Wal-Mart Corporation | N.D. Florida | 3:2007cv00131 | M. Casey Rodgers |
| **Plaintiffs:**<br>Christina Troiano<br><br>**Defendants:**<br>Menu Foods, Inc. and Menu Foods Income Fund | S.D. Florida | 0:2007cv60428 | James I. Cohn |
| **Plaintiffs:**<br>Stephen Donnelly and Jennifer Hirni<br><br>**Defendants:**<br>Menu Foods, Inc., Menu Foods Income Fund, Menu Foods Holdings, Inc., Menu Foods Midwest Corporation, Chemnutra Inc., Chemnutra LLC, Xuzhou Anying Biologic Technology Development Company Ltd., Suzhou Textile Import and Export Company | S.D. Florida | 1:2007cv20955 | Joan A. Lenard |
| **Plaintiffs:**<br>Larry Klimes, Paul Lavoie and Richard Mueller<br><br>**Defendants:**<br>Menu Foods | D. Idaho | 1:2007cv00160 | Mikel H. Williams |

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:**<br>Dawn Majerczyk<br><br>**Defendants:**<br>Menu Foods, Inc. | N.D. Illinois | 1:2007cv01543 | Wayne R. Anderson |
| **Plaintiffs:**<br>Mara Brazilian<br><br>**Defendants:**<br>Menu Foods Inc., Menu Foods Income Fund, Menu Foods Limited, Menu Foods Midwest Corporation | D. Maine | 2:2007cv00054 | George Z. Singal |
| **Plaintiffs:**<br>Lidia Rodrigues<br><br>**Defendants:**<br>Menu Foods Inc., Menu Foods Midwest Corporation, Menu Foods Income Fund and Menu Foods Limited | D. Massachusetts | 1:2007cv10745 | Edward R. Harrington |
| **Plaintiffs:**<br>Stephanie Rozman<br><br>**Defendants:**<br>ChemNutra, Inc., Menu Foods Holdings, Inc., Menu Foods, Inc., Menu Foods Income Fund, Menu Foods Limited, Menu Foods Limited, Menu Foods Midwest Corporation, Nutro Products, Inc., PetsMart, Inc., and Petco Animal Supplies Stores, Inc. | D. Minnesota | 0:2007cv01808 | Ann D. Montgomery |
| **Plaintiffs:**<br>Marion Streczyn<br><br>**Defendants:**<br>Menu Foods Income Fund, and Menu Foods, Inc., | D. Nevada | 3:2007cv00159 | Larry R. Hicks |

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:**<br>Jared Workman, and Mark and Mona Cohen<br><br>**Defendants:**<br>Menu Foods Limited, Menu Foods Inc., and Menu Foods Midwest Corporation | D. New Jersey | 1:2007cv01338 | Noel L. Hillman |
| **Plaintiffs:**<br>Suzanne Thomson and Robert Trautman<br><br>**Defendants:**<br>Menu Foods Income Fund and Menu Foods Inc. | D. New Jersey | 1:2007cv01360 | Noel L. Hillman |
| **Plaintiffs:**<br>Larry Wilson<br><br>**Defendants:**<br>Menu Foods Holdings, Inc., Menu food Income Fund, Menu Foods Midwest Corporation, Menu Foods, Inc., Suzhou Textile Import and Export Company | D. New Jersey | 1:2007cv01456 | Noel L. Hillman |
| **Plaintiffs:**<br>Paul Richard and Jennifer Richard, Charles Kohler and Alicia Kohler<br><br>**Defendants:**<br>Menu Foods Income Fund, Menu Foods Limited, Menu Foods Holidings, Inc., Menu Foods, Inc., Menu Foods Midwest Corporation, Menu Foods South Dakota, Inc., ABC Partnerships, XYZ Corporations | D. New Jersey | 1:2007cv01457 | Noel L. Hillman |
| **Plaintiffs:**<br>Linda Tinker<br><br>**Defendants:**<br>Chemnutra, Inc., Menu Foods Income Fund, Menu Foods, Inc. | D. New Jersey | 1:2007cv01468 | Noel L. Hillman |

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:**<br>Janice Bonier, Guy Britton, Tammy Matthews<br><br>**Defendants:**<br>Menu Foods Income Funds, Menu Foods, Inc. and Menu Foods Midwest Corporation | D. New Jersey | 1:2007cv01477 | Noel L. Hillman |
| **Plaintiffs:**<br>Julie Hidalgo<br><br>**Defendants:**<br>Menu Foods, Inc., Menu Foods Income Fund, Menu Foods Midwest Corporation and Menu Foods South Dakota Inc. | D. New Jersey | 1:2007cv01488 | Noel L. Hillman |
| **Plaintiffs:**<br>Alexander Nunez<br><br>**Defendants:**<br>Menu Foods Limited, Menu Foods Inc., Menu Foods Midwest Corporation, Menu Foods Income Fund, Menu Foods South Dakota, Inc. and Menu Foods Holdings, Inc. | D. New Jersey | 1:2007cv01490 | Noel L. Hillman |
| **Plaintiffs:**<br>Mark Golding<br><br>**Defendants:**<br>Menu Foods Limited, Menu Foods Inc., Menu Foods Midwest Corporation, Menu Foods Income Fund, Menu Foods South Dakota, Inc. and Menu Foods Holdings, Inc. | D. New Jersey | 1:2007cv01521 | Noel L. Hillman |
| **Plaintiffs:**<br>Troy Gagliardi<br><br>**Defendants:**<br>Menu Foods, Inc., Menu Foods Income Fund, Menu Foods Midwest Corporation and Menu Foods South Dakota Inc. | D. New Jersey | 1:2007cv01522 | Noel L. Hillman |

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:**<br>Kami Turturro<br><br>**Defendants:**<br>Menu Foods, Inc., Menu Foods Income Fund, Menu Foods Midwest Corporation and Menu Foods South Dakota Inc. | D. New Jersey | 1:2007cv01523 | Noel L. Hillman |
| **Plaintiffs:**<br>Peggy Schneider<br><br>**Defendants:**<br>Menu Foods, Inc., Menu Foods Limited and Menu Foods Midwest Corporation | D. New Jersey | 1:2007cv01533 | Noel L. Hillman |
| **Plaintiffs:**<br>Leslie Berndl and Jim and Terri Moses<br><br>**Defendants:**<br>Menu Foods, Inc., Menu Foods Income Funds, and Menu Foods Midwest Corporation | D. New Jersey | 1:2007cv01553 | Noel L. Hillman |
| **Plaintiffs:**<br>Jayme Pittsonberger<br><br>**Defendants:**<br>Menu Foods, Inc., Menu Foods Midwest Corporation, Menu Foods Income Fund and Menu Foods Limited | D. New Jersey | 1:2007cv01561 | Noel L. Hillman |
| **Plaintiffs:**<br>David Carter<br><br>**Defendants:**<br>Menu Foods, Inc., Menu Foods Midwest Corporation, Menu Foods Income Fund and Menu Foods Limited | D. New Jersey | 1:2007cv01562 | Noel L. Hillman |

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:**<br>Jim Bullock<br><br>**Defendants:**<br>Menu Foods, Inc., Menu Foods Midwest Corporation, Menu Foods Income Fund and Menu Foods Limited | D. New Jersey | 1:2007cv01579 | Noel L. Hillman |
| **Plaintiffs:**<br>Christina Johnson<br><br>**Defendants:**<br>Menu Foods, Inc. | D. New Jersey | 1:2007cv01610 | Noel L. Hillman |
| **Plaintiffs:**<br>James Conner and Frances Nash<br><br>**Defendants:**<br>Menu Foods, Inc., Menu Foods Income Funds, and Menu Foods Midwest Corporation | D. New Jersey | 1:2007cv01623 | Noel L. Hillman |
| **Plaintiffs:**<br>Matt Long<br><br>**Defendants:**<br>Menu Foods Income Fund, Menu Foods Limited, Menu Foods Holidings, Inc., Menu Foods, Inc., Menu Foods Midwest Corporation, Chemnutra, Inc. | D. New Jersey | 1:2007cv01624 | Noel L. Hillman |
| **Plaintiffs:**<br>Chantelle Conti and Cheri Cutler<br><br>**Defendants:**<br>Menu Foods Limited, Menu Foods Inc., and Menu Foods Midwest Corporation | D. New Jersey | 1:2007cv01638 | Noel L. Hillman |

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:**<br>Steven Freeman<br><br>**Defendants:**<br>Menu Foods, Inc., Menu Foods Income Fund, Menu Foods Midwest Corporation and Menu Foods South Dakota Inc. | D. New Jersey | 1:2007cv01646 | Noel L. Hillman |
| **Plaintiffs:**<br>Karen Pirches and Dinitrise Hicks<br><br>**Defendants:**<br>Menu Foods Income Fund, Menu Foods Midwest Corporation, Menu Foods South Dakota, Inc., Menu Foods, Inc., Menu Food Limited | D. New Jersey | 1:2007cv01685 | Noel L. Hillman |
| **Plaintiffs:**<br>Diana Diedrich<br><br>**Defendants:**<br>Menu Foods, Inc., Menu Foods Income Fund, Menu Foods Midwest Corporation and Menu Foods South Dakota Inc. | D. New Jersey | 1:2007cv01700 | Noel L. Hillman |
| **Plaintiffs:**<br>Todd Sokolwski<br><br>**Defendants:**<br>Menu Foodds, Inc., Menu Foods Income Fund, and The Iams Company | D. New Jersey | 1:2007cv01709 | Noel L. Hillman |
| **Plaintiffs:**<br>Michele McCullough<br><br>**Defendants:**<br>Menu Foods Income Fund, Menu Foods, Inc, Menu Foods Holdings, Inc., and Menu Foods Midwest Corporation | D. New Jersey | 1:2007cv01710 | Noel L. Hillman |

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:**<br>Steve Colquitt and Marianna Cutter<br><br>**Defendants:**<br>Menu Foods, Inc., Menu Foods Income Fund, Menu Foods Midwest Corporation and Menu Foods South Dakota Inc. | D. New Jersey | 1:2007cv01738 | Noel L. Hillman |
| **Plaintiffs:**<br>Luke deBarathy<br><br>**Defendants:**<br>Menu Foods Income Fund, Menu Foods, Inc, Menu Foods Holdings, Inc., Menu Foods Midwest Corporation, Xuzhou Anying Biologic Technology Development Company Ltd., Suzhou Textile Import and Export Company | D. New Jersey | 1:2007cv01739 | Noel L. Hillman |
| **Plaintiffs:**<br>Loren and Kay Byers, and Camilla Brankov<br><br>**Defendants:**<br>Menu Foods Income Fund, Menu Foods, Inc., Menu Foods Midwest Corporation, Menu Food Limited, Menu Foods Operating Limited Partnership and Menu Foods South Dakota Corporation | D. New Jersey | 1:2007cv01747 | Noel L. Hillman |
| **Plaintiffs:**<br>Lynne Carestio<br><br>**Defendants:**<br>Menu Foods Limited, Menu Foods, Inc., and Menu Foods Midwest Corporation | D. New Jersey | 1:2007cv01762 | Noel L. Hillman |
| **Plaintiffs:**<br>Gregory Boehm<br><br>**Defendants:**<br>Menu Foods, Inc., Menu Foods Genpar Limited (aka Menu Foods Limited) and Menu Foods Income Fund | N.D. Ohio | 1:2007cv01018 | Peter C. Economus |

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:** Carol Brown<br><br>**Defendants:** Menu Foods, Inc., Menu Foods Income Fund, Menu Foods Midwest Corporation and Menu Foods South Dakota Inc. | D. Rhode Island | 1:2007cv00115 | Mary M. Lisi |
| **Plaintiffs:** Lizajean Holt, donna Lefebvre, Debra LeRoy and Kim Leonard<br><br>**Defendants:** Menu Foods, Inc. | E.D. Tennessee | 3:2007cv00094 | Thomas W. Phillips |
| **Plaintiffs:** Barbara Light<br><br>**Defendants:** Menu Foods Income Fund | E.D. Tennessee | 3:2007cv00098 | Thomas W. Phillips |
| **Plaintiffs:** Tom Whaley<br><br>**Defendants:** Menu Foods, The Iams Company, Dog Food Producers Numbers 1-50 and Cat Food Producers Numbers 1-50 | W.D. Washington | 2:2007cv00411 | Ricardo S. Martinez |
| **Plaintiffs:** Stacey Heller, Toinette Robinson, David Rapp, and Cecily and Terrence Mitchell<br><br>**Defendants:** Menu Foods | W.D. Washington | 2:2007cv00453 | John C. Coughenour |
| **Plaintiffs:** Audrey Kornelius and Barbara Smith<br><br>**Defendants:** Menu Foods | W.D. Washington | 2:2007cv00454 | Marsh J. Pechman |

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:**<br>Suzanne F. Johnson and CraigR. Klemann<br><br>**Defendants:**<br>Menu Foods | W.D. Washington | 2:2007cv00455 | John C. Coughenour |
| **Plaintiffs:**<br>Michele Suggett and Don James<br><br>**Defendants:**<br>Menu Foods, The Iams Company, Eukanuba, Dog Food Producers Numbers 1-50 and Cat Food Producers Numbers 1-50 | W.D. Washington | 2:2007cv00457 | Ricardo S. Martinez |

# EXHIBIT "A"

**PRESS RELEASE**

**MENU FOODS INCOME FUND**

## Menu Foods Income Fund

TSX:                MEW.UN        **Stock Quote**   **Stock Chart**

**Other Recent News**

**March 16, 2007**

## Menu Foods Income Fund Announces Precautionary Dog and Cat Food Recall

TORONTO, ONTARIO--(CCNMatthews - March 16, 2007) -

NOT FOR RELEASE OVER US NEWSWIRE SERVICES

Attention Business/Financial Editors

Menu Foods Income Fund (the "Fund") (TSX:MEW.UN) today announced the precautionary recall of a portion of the dog and cat food it manufactured between December 3, 2006 and March 6, 2007. The recall is limited to "cuts and gravy" style pet food in cans and pouches manufactured at two of the Fund's United States facilities. These products are both manufactured and sold under private-label and are contract-manufactured for some national brands.

Over the past several days, the Fund has received feedback in the United States (none in Canada) raising concerns about pet food manufactured since early December, and its impact on the renal health of the pets consuming the products. Shortly after receipt of the first complaint, the Fund initiated a substantial battery of technical tests, conducted by both internal and external specialists, but has failed to identify any issues with the products in question. The Fund has, however, discovered that timing of the production associated with these complaints, coincides with the introduction of an ingredient from a new supplier. The Fund stopped using this ingredient shortly after this discovery and production since then has been undertaken using ingredients from another source.

At the same time, the Fund's largest customer, for which it manufactures on a contract basis, received a small number of consumer complaints and has initiated its own recall. Furthermore, for the time being, the customer has put future orders for cuts and gravy products on hold. This customer's cuts and gravy purchases in 2006 represented approximately 11% of the Fund's annual revenue.

"We take these complaints very seriously and, while we are still looking for a specific cause, we are acting to err on the side of caution" said Paul K. Henderson, President and CEO, Menu Foods. "We will do whatever is necessary to ensure that our products maintain the very highest quality standards."

While the number of complaints has been relatively small, Menu is taking this proactive step out of an abundance of caution, because the health and well-being of pets is paramount to the Fund.

In addition to changing suppliers, for production after March 6, the Fund has increased testing of all raw materials and finished goods. It is also working closely with regulatory authorities and its customers to learn more and will take whatever additional actions are appropriate. The Fund estimates that based on currently available information, this recall could cost between $30 million and $40 million, which will be financed from a combination of internally generated cash flow and bank credit facilities. Furthermore, the Fund is aggressively producing product, utilizing a different supplier for the ingredient in question, to replenish customers as quickly as possible.

In order to determine whether cat and dog food in their possession is subject to recall, consumers should refer to the list of brand names ("listed products") at www.menufoods.com/recall. This will be available by 6 a.m. Saturday March 17, 2007. Products not identified on the website can continue to be used.

Menu is the leading North American private-label/contract manufacturer of wet pet food products sold by supermarket retailers, mass merchandisers, pet specialty retailers and other retail and wholesale outlets. In 2006, the Fund produced more than one billion containers.

**CONTACT INFORMATION**

Menu Foods Income Fund

Menu Foods Income Fund
Consumers
1-866-895-2708
Website: www.menufoods.com

# EXHIBIT "B"



**PRESS RELEASE**

**Menu Foods Income Fund**
TSX:        MEW.UN
INDUSTRY:  Financial Services - Personal Finance, Retail - Consumer Interest

**MARCH 24, 2007 - 14:09 ET**

## Menu Foods Initiates Market Withdrawal of All Varieties of Recalled Wet Pet Food to Ensure Consumer Protection

TORONTO, ONTARIO--(CCNMatthews - March 24, 2007) - As a result of reports from the FDA and various media outlets that some recalled lots of "cuts and gravy" style wet pet food remain on store shelves, Menu Foods has asked all retail outlets to immediately remove all impacted varieties of wet pet food posted at www.menufoods.com , regardless of the date code.

Menu Foods remains concerned that consumers are able to purchase recalled items.

There is no known risk from items not listed on the recall list but an abundance of caution is called for in this situation. FDA has been apprised of this action.

**CONTACT INFORMATION**

# EXHIBIT "C"

**All Menu Foods pet food with ChemNutra wheat gluten voluntarily recalled**

TORONTO, April 5 /PRNewswire/ - In response to a news release - issued by ChemNutra Inc. during the evening of April 3, 2007 - Menu Foods today voluntarily expanded its pet food recall for selected "cuts and gravy" pet food products, manufactured back to November 8, 2006.

ChemNutra Inc., a former supplier of wheat gluten to Menu Foods, announced a recall of all wheat gluten it imported from Xuzhou Anying Biologic Technology Development Co. in Wangdien, China. As a result, Menu Foods today announced an expansion of its recall to include all products manufactured with wheat gluten purchased from ChemNutra Inc. which Menu Foods' records show was first used on November 8, 2006 and last used on March 6, 2007.

As a result of actions previously taken by Menu Foods, the vast majority of the products affected by this expansion are already off retailers' shelves. No new brands have been added. A total of 20 varieties have been added to the recall list and the additional varieties are listed below. All Menu Foods products not made with the recalled wheat gluten are safe to consume.

A complete and updated list of recalled products is available at the Menu Foods website at http://www.menufoods.com.

## Cat Food

| Brand | Look For This Date The Bottom of Can or Back of Pouch | Variety Description | Can or Pouch | Size | UPC |
|---|---|---|---|---|---|
| **Authority** | | | | | |
| | Nov/20/09 Nov/21/09 | Adult Sliced Chicken/Sauce Formula 3oz | Can | 3oz | 37257-37359 |
| **Nutro Max Cat Gourmet Classics** | | | | | |
| | Nov/21/08 Nov/22/08 | Pouch Kitten Chicken/Tomato 3oz | Pouch | 3oz | 79105-36263 |
| | Nov/21/08 Nov/22/08 | Pouch Senior Whitefish/Crab 3oz | Pouch | 3oz | 79105-36265 |
| **Pet Pride** | | | | | |
| | Nov/21/09 Nov/22/09 | Flaked Tuna 3oz | Can | 3oz | 11110-80472 |
| | Nov/20/09 | Sliced Chicken/Heart/Liver 3oz | Can | 3oz | 11110-86261 |

| | Nov/21/09 | | | | |
|---|---|---|---|---|---|
| | Nov/20/09 Nov/21/09 | Sliced Turkey/Gravy 3oz | Can | 3oz | 11110-86257 |
| | Nov/20/09 Nov/21/09 | Sliced Beef/Gravy 3oz | Can | 3oz | 11110-86264 |

**Sophistacat**

| | Nov/21/09 Nov/22/09 | Flaked Chicken/Tuna 3oz | Can | 3oz | 37257-01287 |
|---|---|---|---|---|---|
| | Nov/20/09 Nov/21/09 | Sliced Beef/Gravy 3oz | Can | 3oz | 37257-01243 |
| | Nov/20/09 Nov/21/09 | Sliced Chicken/Heart/Liver 3oz | Can | 3oz | 37257-01285 |
| | Nov/20/09 Nov/21/09 | Sliced Salmon/Chicken 3oz | Can | 3oz | 37257-01286 |

**Science Diet Feline Savory Cuts Can** ( Hill's Pet Nutrition April 5, 2007 Comment on Industry News )

| | Jun/19/08 Jun/20/08 | Sliced Beef/Gravy 3oz | Can | 3oz | 52742-44120 |
|---|---|---|---|---|---|
| | Jun/19/08 Jun/20/08 | Sliced Chicken/Grvy 3oz | Can | 3oz | 52742-44110 |
| | Jun/19/08 Jun/20/08 | Sliced Oceanfish/Sauce 3oz | Can | 3oz | 52742-44010 |
| | Jun/19/08 Jun/20/08 | Sliced Senior Chicken/Gravy 3oz | Can | 3oz | 52742-46000 |

# Dog Food

| Brand | Look For This Date The Bottom of Can or Back of Pouch | Variety Description | Can or Pouch | Size | UPC |
|---|---|---|---|---|---|

**Grreat Choice**

| | Nov/14/09 Nov/15/09 | London Grill Cuts 13.2oz | Can | 13.2oz | 37257-37002 |
|---|---|---|---|---|---|

**Pet Pride**

| | Nov/28/08 Nov/29/08 | Pouch Chicken Teriyaki/Gravy 5.3oz | Pouch | 5.3oz | 11110-84172 |
|---|---|---|---|---|---|
| | Dec/01/08 | Pouch With Stew 5.3oz | Pouch | 5.3oz | 11110-88124 |

| Dec/02/08 | | | | | |

## Springfield Prize

| | Chicken Cuts/Gravy | | | | |
|---|---|---|---|---|---|
| Nov/14/09 | 13.2oz | | Can | 13.2oz | 41380-13901 |
| Nov/15/09 | | | | | |

## Stater Brothers

| | Chicken Cuts/Gravy | | | | |
|---|---|---|---|---|---|
| Nov/14/09 | 13.2oz | | Can | 13.2oz | 74175-12240 |
| Nov/15/09 | | | | | |

**EXHIBIT "D"**

**Menu Foods voluntarily recalls additional pet food made with ChemNutra wheat gluten**

    TORONTO, April 10 /PRNewswire/ - Prompted by reports from the US Food and Drug Administration as to the presence of melamine in cans of cuts and gravy pet food produced in Menu Foods' Canadian production facility, Menu Foods undertook an accounting of all recalled wheat gluten supplied by ChemNutra Inc. to Menu Foods in the United States.

    As the result of that review, Menu Foods has identified a single interplant transfer of the ChemNutra supplied wheat gluten, shipped from Menu Foods' plant in Emporia, Kansas, to its plant in Streetsville, Ontario. This wheat gluten was subsequently used in the production of pet food in December, 2006 and January, 2007, which is being recalled by Menu Foods.

    The new varieties in the United States and Canada have been added to the recall list. The latest recall group is listed below, and a complete list of recalled products, including the new items can be reviewed at http://www.menufoods.com.

## Cat Food

| Brand | Look For This Date On The Bottom of Can or Back of Pouch | Variety Description | Can / Pouch | Size | UPC |
|---|---|---|---|---|---|
| **Americas Choice, Preferred Pet** | | | | | |
| | Jan/2/10 | Flaked Tuna 3oz | Can | 3oz | 54807-59114 |
| **Your Pet** | | | | | |
| | Dec/19/09 Jan/24/10 | Sliced Beef/Gravy 3oz | Can | 3oz | 72036-29026 |
| | Nov 06 09 | Sliced Variety Pack 3oz | Can | 3oz | 72036-40013 |
| **Pet Pride** | | | | | |
| | Dec/19/09 Jan/24/10 | Sliced Beef/Gravy 3oz | Can | 3oz | 11110-86264 |
| | Nov 06 09 Dec 05 09 Dec 06 09 Jan 23 10 Jan 24 10 | Sliced Variety Pack 3oz | Can | 3oz | 11110-86003 |

**Laura Lynn**

| Jan/2/10 | Flaked Tuna 3oz | Can | 3oz | 86854-02407 |
|---|---|---|---|---|
| Dec/19/09 | Sliced Beef/Gravy 3oz | Can | 3oz | 86854-02406 |

**Nutriplan**

| Dec/19/09 | Sliced Beef/Gravy 3oz | Can | 3oz | 41130-06755 |
|---|---|---|---|---|

**Price Chopper**

| Dec/19/09 | Sliced Beef/Gravy 3oz | Can | 3oz | 41735-12828 |
|---|---|---|---|---|

**Publix**

| Jan/2/10 | Flaked Tuna 3oz | Can | 3oz | 41415-08327 |
|---|---|---|---|---|
| Dec/19/09 | Sliced Beef/Gravy 3oz | Can | 3oz | 41415-08827 |
| Jan/2/10 | | | | |
| Jan/24/10 | | | | |

**Stop & Shop Companion**

| Jan/2/10 | Flaked Tuna 3oz | Can | 3oz | 88267-00286 |
|---|---|---|---|---|

**Winn Dixie**

| Dec/19/09 | Sliced Beef/Gravy 3oz | Can | 3oz | 21140-19419 |
|---|---|---|---|---|

**Nutro Products**

| | | | | |
|---|---|---|---|---|
| All Dates | Chicken Cacciatore 3oz | Can | 3oz | 79105-35205 |
| All Dates | Orleans Seafood Jambalaya 3oz | Can | 3oz | 79105-35206 |
| All Dates | Beef Ragout 3oz | Can | 3oz | 79105-35207 |
| All Dates | Alaskan Halibut/Rice 3oz | Can | 3oz | 79105-35221 |
| All Dates | Kitten Chicken/Lamb 3oz | Can | 3oz | 79105-35202 |
| All Dates | California Chicken 3oz | Can | 3oz | 79105-30011 |
| All Dates | Lamb/Turkey Cutlets 3oz | Can | 3oz | 79105-30014 |
| All Dates | Salmon/Whitefish 3oz | Can | 3oz | 79105-30013 |
| All Dates | Beef/Egg 3oz | Can | 3oz | 79105-30015 |
| All Dates | Turkey/Chicken Liver 3oz | Can | 3oz | 79105-30016 |
| All Dates | Seafood/Tomato/Bisque 3oz | Can | 3oz | 79105-30017 |
| All Dates | Hunters Stew with Duck 3oz | Can | 3oz | 79105-30018 |
| All Dates | Hunters Stew with Venison 3oz | Can | 3oz | 79105-30019 |

# EXHIBIT "E"

**April 17, 2007**

**Menu Foods Refines Recall List**

TORONTO, ONTARIO--(April 17, 2007) - Menu Foods

Attention Business/Financial Editors

Menu Foods has previously recalled wet cat and dog food produced with adulterated wheat gluten supplied by ChemNutra Inc. Over the past several days, Menu Foods continued a detailed analysis of production records at its Emporia, Kansas, plant as part of the US Food and Drug Administration's ongoing investigation of this adulterated wheat gluten. As a result of this work, Menu Foods advises the public:

-    One additional item has been added to the recall list and is shown below

-    Two additional production dates of eight varieties of pet food have been added to the recall list. These eight varieties of pet food had previously been withdrawn from the market and should already be off the retailer shelves.

An updated list of the recalled products, including this addition, is available at the Menu Foods website at http://www.menufoods.com.


 **Dog Food**

| Brand | Look For This Date On The Bottom of Can or Back of Pouch | Variety Description | Can / Pouch | Size | UPC |
|-------|----------------------------------------------------------|---------------------|-------------|------|-----|
| Natural Life | Nov/22/09 | Vegetarian 13.2oz | Can | 13.2oz | 12344-07114 |


Menu Foods
Consumers
1-866-895-2708
Website: www.menufoods.com

**EXHIBIT "F"**



**PURINA**
Your Pet, Our Passion.™

 CLICK TO PRINT           CLOSE

# Purina to voluntarily withdraw Mighty Dog® 5.3 ounce pouch products in response to Menu Foods recall

**No other Purina products affected**

St. Louis, Missouri, March 16, 2007
Nestlé Purina PetCare Company today announced that as a precautionary measure, it is voluntarily withdrawing its 5.3 ounce Mighty Dog® brand pouch products that were produced by Menu Foods, Inc. from December 3, 2006** through March 14, 2007. This withdrawal is in response to the recall initiated earlier today by Menu Foods, a contract manufacturer that does limited business with Purina as well as with other pet food manufacturers. Only Mighty Dog 5.3 ounce pouch products are being withdrawn by Nestlé Purina, including those pouches contained in multi-packs. Importantly, no Mighty Dog canned products, or any other Purina products are affected by Menu's recall.

While Purina has no indication of any product quality or safety issues specifically related to our Mighty Dog pouch products, Purina is taking this proactive action out of an abundance of caution in response to the Menu Foods recall.

Consumers who have the indicated Mighty Dog 5.3 ounce pouch products should discontinue feeding them to their dogs and can receive the full replacement value of the withdrawn products by calling 1-800-551-7392.

The Mighty Dog pouch products and pouches in multi-pack cartons have code dates of 6312 through 7073, followed by the plant code 1798. This information should be checked on the bottom or back panel of the individual pouches. Specifically, if the code following the "Use By" date begins with four numbers from 6312 to 7073 followed by the plant code 1798, then the pouch is included in this voluntary withdrawal.

Purina regrets any inconvenience and apologizes for any concern caused by this product withdrawal. The Company will continue to take any and all actions necessary to ensure the quality and safety of our products.

** On April 5, 2007, Menu Foods amended its recall to include all cuts and gravy pet food products produced by Menu from November 8, 2006, through March 14, 2007. This amendment does not affect Nestlé Purina's voluntary recall of Mighty Dog brand pouch products, as directions previously given by Nestlé Purina were to remove all Mighty Dog pouch products from retail shelf, regardless of date code.

Linking Policy | Privacy Policy | Terms & Conditions

All trademarks and other intellectual property on this site
are owned by Société des Produits Nestlé S.A., Vevey, Switzerland

**EXHIBIT "G"**



PURINA,
Your Pet. Our Passion.™

 CLICK TO PRINT           CLOSE

# An Update from Nestlé Purina PetCare Company About the Menu Foods Recall

March 23, 2007

We at Nestlé Purina PetCare Company know the reports of pet food recalls and withdrawals over the past week have been very concerning and at times confusing for pet owners, who want to ensure the safety of the food they are feeding their beloved pets.

We want to take this opportunity to reassure you that *Mighty Dog* pouch products are the **ONLY** *Purina*® brand products affected by Menu Foods' recall. Nestlé Purina stands behind the high-quality of our pet foods, **and all Purina brand cat food products and all other Purina brand dog food products, including** *Mighty Dog* **canned products, can continue to be fed to your pets with complete confidence.**

On Friday, March 16, Nestlé Purina PetCare issued its <u>press release</u> announcing the voluntary withdrawal of our *Mighty Dog*® brand pouch-packaged products that were produced by Menu Foods from Dec. 3, 2006**, through March 14, 2007. While we had no indication of any product quality or safety issues specifically related to our *Mighty Dog* pouch products at that time, we are proactively withdrawing these products as a precautionary measure, because the well-being of pets and the safety and efficacy of our products are our top priorities.

We also want to apologize for any difficulty you may have had in reaching us by phone this week. While we have dedicated numerous additional phone lines, people and other resources exclusively for this purpose, we understand that the volume of calls still has occasionally exceeded our system capacity.

We have prepared some <u>Frequently Asked Questions</u> that may be helpful to your understanding of this situation, and we will update these questions as more information becomes available. If you have other questions or concerns, please continue to call our Office of Consumer Affairs directly at 1-800-551-7392.

<u>Linking Policy</u> | <u>Privacy Policy</u> | <u>Terms & Conditions</u>

All trademarks and other intellectual property on this site
are owned by Société des Produits Nestlé S.A., Vevey, Switzerland

**EXHIBIT "H"**



PURINA.
Your Pet, Our Passion.™

 CLICK TO PRINT                                         ⊠ CLOSE

# Alpo® Brand Prime Cuts In Gravy Canned Dog Food Voluntary Nationwide Recall

## No Dry Purina Products Involved

St. Louis, Missouri, **March 30, 2007**

Nestlé Purina PetCare Company today announced it is voluntarily recalling all sizes and varieties of its ALPO® Prime Cuts in Gravy wet dog food with specific date codes. The Company is taking this voluntary action after learning today that wheat gluten containing melamine, a substance not approved for use in food, was provided to Purina by the same company that also supplied Menu Foods. The contamination occurred in a limited production quantity at only one of Purina's 17 pet food manufacturing facilities.

Earlier today the FDA announced the finding of melamine in products related to the March 16 Menu Foods recall, and advised Purina of the source of the contaminated supply. Purina then determined that it had received some quantity from the suspect supplier. The company proactively notified the FDA and immediately began this recall process

Purina is confident that the contaminated wheat gluten has been isolated to this limited production quantity of ALPO Prime Cuts canned products.

The recalled 13.2-ounce and 22-ounce ALPO Prime Cuts cans and 6-, 8-, 12- and 24-can ALPO Prime Cuts Variety Packs have four-digit code dates of 7037 through 7053, followed by the plant code 1159. Those codes follow a "Best Before Feb. 2009" date.** This information should be checked on the bottom of the can or the top or side of the multi-pack cartons.

Purina's 5.3-ounce *Mighty Dog*® pouch products, manufactured by Menu Foods, were previously withdrawn from the market as a precaution on March 16 as part of the Menu Foods recall. ONLY *Mighty Dog* pouch products and specific date codes of ALPO Prime Cuts canned dog food are being recalled.

Importantly, no Purina brand dry pet foods are affected by the recall – including ALPO Prime Cuts dry. In addition, no other Purina dog food products, no Purina cat food products, Purina treat products or Purina Veterinary Diet products are included in this recall, nor have been impacted by the contaminated wheat gluten supply.

Consumers should immediately stop feeding ALPO Prime Cuts products with the above-listed date codes to their dogs and consult with a veterinarian if they have any health concerns with their pet.

Purina guarantees all of its products, and consumers can receive the full replacement value of the recalled products. Consumers can visit us at www.purina.com or call 1-800-218-5898 to receive more information.

Purina is fully cooperating with the FDA and made the decision to voluntarily recall this product in consultation with the FDA.

At Purina, nothing is more important to us than the health and well-being of the pets whose nutrition has been entrusted to us by their owners, and we deeply regret this unfortunate situation. We will continue to take any and all actions necessary to ensure the quality and safety of our products

** Due to a product name change in early 2007, this voluntary recall also covers one item with the same date code labeled as ALPO® Prime Entrees in Gravy with Chicken, Rotini Pasta & Vegetables.

Recall questions? View our FAQ page

Press Release - March 28, 2007

Press Release - March 23, 2007
Press Release - March 16, 2007

Linking Policy | Privacy Policy | Terms & Conditions

All trademarks and other intellectual property on this site
are owned by Société des Produits Nestlé S.A., Vevey, Switzerland

**EXHIBIT "I"**

## Del Monte Pet Products Voluntarily Withdraws Specific Product Codes of Pet Treats and Wet Dog Food Products in the United States

### » Recalled Products in Canada <u>Click Here</u>

April 6, 2007—As a precautionary measure, Del Monte Pet Products is voluntarily recalling select product codes of its pet treat products sold under the *Jerky Treats®*, *Gravy Train® Beef Sticks* and *Pounce Meaty Morsels®* brands as well as select dog snack and wet dog food products sold under private label brands. A complete list of affected brands and products is below.

No other Del Monte Pet Products treats, biscuits or wet dog food products are impacted by this recall, and no Del Monte dry cat food, dry dog food, wet cat food or pouched pet foods are subject to this voluntary recall.

The Company took this voluntary recall action immediately after learning from the FDA that wheat gluten supplied to Del Monte Pet Products from a specific manufacturing facility in China contained melamine. Melamine is a substance not approved for use in food. The FDA made this finding as part of its ongoing investigation into the recent pet food recall. Del Monte Pet Products has proactively engaged and fully cooperated with the FDA since the start of its investigation.

Del Monte Pet Products has not used wheat gluten from this manufacturing facility in China in any other pet products except those described below. The adulterated ingredients were used in a limited production quantity over the last three months for those items identified by specific product codes below. This recall removes all Del Monte Pet Products with wheat gluten procured from this manufacturing facility from retail shelves. Del Monte did not use product from this supplier prior to the recall period in question and has since discontinued sourcing product from this manufacturing facility.

Consumers should discontinue feeding the products with the Product Codes detailed below to their pets.

Del Monte Pet Products are 100% guaranteed and all voluntarily recalled products will be refunded.

Del Monte Pet Products customers can contact our Consumer Hotline at (800) 949-3799 for further information about the recall and for instructions on obtaining a product refund. Consumers can also click on the **"Contact Us"** button and submit the Contact Us form, including UPC number, product name, Best By Date, and manufacturing code information (located under the Best By date). Consumers may also write to us at:
Del Monte
P.O. Box 80
Pittsburgh PA 15230-0080

## Following is a COMPLETE and UPDATED list of Del Monte Pet Products and Best Buy Dates that have been voluntarily recalled in the United States.

BRANDED

| Production Code/Best By Date | | | | | |
|---|---|---|---|---|---|
| **Jerky Treats Beef Flavor Dog Snacks\*** | | | | | |
| \* *Jerky Treats No Wheat Beef (production code TP7B06) is not part of the recall* | | | | | |
| Code: | TP7B06 | TP7B07 | TP7B08 | TP7B09 | TP7B10 |
| Best By: | Aug 06 08 | Aug 07 08 | Aug 08 08 | Aug 09 08 | Aug 10 08 |
| Code: | TP7B15 | TP7B16 | TP7CO5 | TP7C06 | |
| Best By: | Aug 15 08 | Aug 16 08 | Sep 02 08 | Sep 03 08 | |
| **Gravy Train Beef Sticks Dog Snacks** | | | | | |
| Code: | TP7B19 | TP7B20 | | | |
| Best By: | Aug 19 08 | Aug 20 08 | | | |
| **Pounce Meaty Morsels Moist Chicken Flavor Cat Treats** | | | | | |
| Code: | TP7C12 | | | | |
| Best By: | Sep 09 08 | | | | |

**PRIVATE LABEL**                                    **Production Code/Best By Date**

| | | | | | |
|---|---|---|---|---|---|
| **Ol' Roy Beef Flavor Jerky Strips Dog Treats** | Code: | TP7B06 | TP7B07 | TP7B08 | TP7C05 | TP7C06 |
| | Best By: | Aug 06 08 | Aug 07 08 | Aug 08 08 | Sep 02 08 | Sep 03 08 |
| | Code: | TP7C07 | TP7C08 | | | |
| | Best By: | Sep 04 08 | Sep 05 08 | | | |
| **Ol' Roy Beef Flavor Snack Sticks Dog Treats** | Code: | TP7B19 | TP7B20 | TP7B21 | TP7C08 | TP7C09 |
| | Best By: | Aug 19 08 | Aug 20 08 | Aug 21 08 | Sep 05 08 | Sep 06 08 |
| | Code: | TP7C10 | | | | |
| | Best By: | Sep 07 08 | | | | |
| **Ol' Roy with Beef Hearty Cuts in Gravy Dog Food** | Code: | BC6M21 | | | | |
| | Best By: | Dec 21 09 | | | | |
| **Ol' Roy with Beef Hearty Strips in Gravy Dog Food** | Code: | BC7A19 | | | | |
| | Best By: | Jan 19 10 | | | | |
| **Ol' Roy Country Stew Hearty Cuts in Gravy Dog Food** | Code: | BC6M15 | | | | |
| | Best By: | Dec 15 09 | | | | |
| **Dollar General Beef Flavored Jerky Strips Dog Treats** | Code: | TP7CO5 | TP7C06 | TP7C07 | TP7C08 | |
| | Best By: | Sep 02 08 | Sep 03 08 | Sep 04 08 | Sep 05 08 | |
| **Dollar General Beef Flavored Beef Sticks Dog Treats** | Code: | TP7B20 | TP7B21 | TP7C08 | TP7C09 | TP7C10 |
| | Best By: | Aug 20 08 | Aug 21 08 | Sep 05 08 | Sep 06 08 | Sep 07 08 |
| **Happy Tails Beef Flavor Jerky Strips** | Code: | TP7B08 | TP7B09 | | | |
| | Best By: | Aug 08 08 | Aug 09 08 | | | |
| **Happy Tails Meaty Cuts with Beef in Gravy Dog Food** | Code: | BC7A29 | | | | |
| | Best By: | Jan 29 10 | | | | |
| **Happy Tails Beef Flavor Beef Sticks** | Code: | TP7C08 | TP7C09 | | | |
| | Best By: | Sep 05 08 | Sep 06 08 | | | |

# Recalled Products in Canada

## DLM Foods Canada Corp. Voluntarily Withdraws *Jerky Treats* Dog Snacks Beef Flavour with the Best Before Date of 16.08.08

TORONTO, April 2, 2007 - As a precautionary measure, DLM Foods Canada Corp. is voluntarily withdrawing *Jerky Treats®* Dog Treats Beef Flavour with the best before date of 16.08.08. Consumers should discontinue feeding this product and return affected products to their store for a refund. No other DLM Foods Canada Corp. products are subject to this voluntary withdrawal.

The Company took this voluntary withdrawal action after learning from the U.S. Food & Drug Administration (FDA) that wheat gluten supplied to DLM Foods Canada Corp. from a specific manufacturing facility in China contained melamine. Melamine is a substance not approved for use in food in the United States. The FDA made this finding as part of its ongoing investigation into the recent pet food recall in the United States. DLM Foods Canada Corp. conferred with the Canadian Food Inspection Agency today to coordinate the details of this voluntary withdrawal as it applied to the Canadian market.

The adulteration occurred in a limited production quantity indicated by the one best before date of *Jerky Treats* Dog Treats Beef Flavour product line mentioned above. This withdrawal removes all DLM Foods Canada Corp. pet products

with wheat gluten procured from this manufacturing facility from retail shelves.

No other DLM Foods Canada Corp. products are subject to this voluntary withdrawal. The affected products comprise less than one-tenth of one percent of DLM Foods Canada Corp. annual pet food and pet treat production.

DLM Foods Canada Corp. has not used wheat gluten from this manufacturing facility in China in any other pet products except those described above.

DLM Foods Canada Corp. products are 100% guaranteed and all returned product will be refunded. For further information about DLM Foods Canada Corp. consumers can contact our Consumer Affairs at 1-866-657-6929.

As part of the pet community, we value the health and well-being of pets, and we deeply regret this situation. We will continue to take any and all actions necessary to ensure the quality and safety of our products.

# EXHIBIT "J"

# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| | | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | Numerical Standing | |
|---|---|---|---|---|---|---|---|---|---|---|
| **CALIFORNIA CENTRAL** | | | 2006 | 2005 | 2004 | 2003 | 2002 | 2001 | U.S. | Circuit |
| OVERALL CASELOAD STATISTICS | Filings* | | 12,909 | 14,630 | 16,938 | 14,720 | 15,440 | 15,342 | U.S. | Circuit |
| | Terminations | | 13,680 | 16,173 | 15,269 | 15,800 | 16,936 | 16,906 | | |
| | Pending | | 12,401 | 13,180 | 14,720 | 13,129 | 14,525 | 16,142 | | |
| | % Change in Total Filings | Over Last Year | | -11.8 | | | | | 83 | 13 |
| | | Over Earlier Years | | | -23.8 | -12.3 | -16.4 | -15.9 | 81 | 13 |
| Number of Judgeships | | | 28 | 28 | 28 | 28 | 27 | 27 | | |
| Vacant Judgeship Months** | | | 53.9 | 24.8 | 2.3 | 23.6 | 63.9 | 57.3 | | |
| ACTIONS PER JUDGESHIP | FILINGS | Total | 461 | 523 | 605 | 526 | 572 | 568 | 36 | 7 |
| | | Civil | 397 | 450 | 515 | 451 | 490 | 521 | 18 | 4 |
| | | Criminal Felony | 36 | 45 | 60 | 49 | 58 | 47 | 84 | 14 |
| | | Supervised Release Hearings** | 28 | 28 | 30 | 26 | 24 | - | 30 | 11 |
| | Pending Cases | | 443 | 471 | 526 | 469 | 538 | 598 | 26 | 7 |
| | Weighted Filings** | | 518 | 565 | 651 | 590 | 584 | 557 | 24 | 6 |
| | Terminations | | 489 | 578 | 545 | 564 | 627 | 626 | 32 | 7 |
| | Trials Completed | | 12 | 13 | 12 | 14 | 12 | 14 | 79 | 11 |
| MEDIAN TIMES (months) | From Filing to Disposition | Criminal Felony | 12.4 | 10.3 | 8.2 | 9.4 | 8.6 | 9.1 | 82 | 14 |
| | | Civil** | 7.2 | 7.4 | 7.3 | 7.5 | 7.9 | 7.1 | 10 | 2 |
| | From Filing to Trial** (Civil Only) | | 21.3 | 20.5 | 17.8 | 21.2 | 20.0 | 21.0 | 29 | 4 |
| OTHER | Civil Cases Over 3 Years Old** | Number | 1,240 | 809 | 624 | 609 | 650 | 541 | | |
| | | Percentage | 11.6 | 7.2 | 5.0 | 5.4 | 5.2 | 3.8 | 79 | 14 |
| | Average Number of Felony Defendants Filed Per Case | | 1.6 | 1.5 | 1.4 | 1.4 | 1.4 | 1.5 | | |
| | Jurors | Avg. Present for Jury Selection | 64.08 | 47.33 | 49.01 | 49.49 | 54.63 | 61.75 | | |
| | | Percent Not Selected or Challenged | 55.7 | 48.3 | 49.4 | 51.6 | 55.5 | 58.8 | | |

| 2006 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 11104 | 994 | 211 | 2833 | 274 | 58 | 754 | 1330 | 497 | 1425 | 1188 | 80 | 1460 |
| Criminal* | 999 | 3 | 151 | 234 | 88 | 228 | 54 | 46 | 43 | 43 | 25 | 35 | 49 |

\* Filings in the "Overall Caseload Statistics" section include criminal transfers. while filings "By Nature of Offense" do not.
\*\* See "Explanation of Selected Terms."

# EXHIBIT "K"

# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| | | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **NEW JERSEY** | | | 2006 | 2005 | 2004 | 2003 | 2002 | 2001 | Numerical Standing | |
| OVERALL CASELOAD STATISTICS | Filings* | | 7,275 | 7,539 | 7,567 | 7,270 | 7,555 | 6,972 | U.S. | Circuit |
| | Terminations | | 7,480 | 7,605 | 7,373 | 6,998 | 7,125 | 7,057 | | |
| | Pending | | 6,855 | 6,987 | 6,986 | 6,765 | 6,538 | 6,101 | | |
| | % Change in Total Filings | Over Last Year | | -3.5 | | | | | 43 | 3 |
| | | Over Earlier Years | | | -3.9 | .1 | -3.7 | 4.3 | 45 | 4 |
| Number of Judgeships | | | 17 | 17 | 17 | 17 | 17 | 17 | | |
| Vacant Judgeship Months** | | | 32.3 | 27.8 | 12.0 | 11.0 | 47.8 | 7.5 | | |
| ACTIONS PER JUDGESHIP | FILINGS | Total | 428 | 444 | 446 | 428 | 445 | 410 | 46 | 3 |
| | | Civil | 369 | 387 | 390 | 370 | 387 | 369 | 29 | 3 |
| | | Criminal Felony | 51 | 48 | 46 | 48 | 49 | 41 | 70 | 3 |
| | | Supervised Release Hearings** | 8 | 9 | 10 | 10 | 9 | - | 85 | 3 |
| | Pending Cases | | 403 | 411 | 411 | 398 | 385 | 359 | 38 | 4 |
| | Weighted Filings** | | 481 | 493 | 500 | 486 | 482 | 463 | 33 | 2 |
| | Terminations | | 440 | 447 | 434 | 412 | 419 | 415 | 48 | 3 |
| | Trials Completed | | 11 | 10 | 10 | 10 | 12 | 11 | 86 | 6 |
| MEDIAN TIMES (months) | From Filing to Disposition | Criminal Felony | 12.1 | 10.0 | 9.8 | 9.0 | 9.4 | 8.0 | 81 | 5 |
| | | Civil** | 8.2 | 7.3 | 7.6 | 7.9 | 8.4 | 7.5 | 21 | 3 |
| | From Filing to Trial** (Civil Only) | | 33.0 | 36.7 | 33.4 | 33.8 | 30.0 | 33.0 | 68 | 4 |
| OTHER | Civil Cases Over 3 Years Old** | Number | 306 | 346 | 252 | 236 | 231 | 179 | | |
| | | Percentage | 5.2 | 5.7 | 4.2 | 4.0 | 4.0 | 3.3 | 41 | 3 |
| | Average Number of Felony Defendants Filed Per Case | | 1.2 | 1.3 | 1.2 | 1.2 | 1.2 | 1.2 | | |
| | Jurors | Avg. Present for Jury Selection | 88.98 | 75.41 | 40.79 | 51.72 | 41.77 | 51.55 | | |
| | | Percent Not Selected or Challenged | 39.2 | 38.3 | 24.1 | 40.3 | 37.7 | 38.9 | | |

| 2006 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 6274 | 240 | 343 | 904 | 82 | 26 | 845 | 1031 | 721 | 377 | 869 | 39 | 797 |
| Criminal* | 862 | 3 | 268 | 48 | 124 | 176 | 53 | 39 | 19 | 22 | 27 | 28 | 55 |

\* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
\*\* See "Explanation of Selected Terms."

<u>DECLARATION OF SERVICE BY MAIL</u>

I, the undersigned, declare:

1.      That declarant is and was, at all times herein mentioned, employed in the County of Los Angeles, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is One California Plaza, 300 South Grand Avenue, Suite 3900, Los Angeles, California 90071-3149.

2.      That on April 27, 2007, declarant served the PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION FOR TRANSFER OF ACTIONS TO THE CENTRAL DISTRICT OF CALIFORNIA AND FOR CONSOLIDATED OR COORDINATED PRETRIAL PROCEEDINGS PURSUANT TO 28 U.S.C. §1407 by depositing a true copy thereof in a United States mailbox at Los Angeles, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3.      That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 27th day of April, 2007, at Los Angeles, California.

_____
ANN MARIE GENOVESE

- 8 -

**MENU FOODS**
**MDL Docket No. 1850**
<u>**Service List**</u>

| Counsel for Defendants | |
|---|---|

**Lead Attorney Representing actions in New Jersey**

Gerard H. Hanson
HILL WALLACK
202 Carnegie Center
Princeton, NJ 08543-5226
Telephone: (609) 924-0808
Email: ghh@hillwallack.com

*Menu Foods Midwest Corporation*

*Menu Foods, Inc.*

*Menu Foods Income Fund*

*Menu Foods Limited*

*Menu Foods South Dakota, Inc.*

*Menu Foods Holdings, Inc.*

---

**Lead Attorney Representing actions in Arkansas**

Christy Comstock
21 West Mountain Street, Suite 300
Fayetteville, AR 72701
Telephone: (479) 582-3382
Email: ccomstock@joneslawfirm.com

*Menu Foods*

*Menu Foods Holdings, Inc*

*Menu Foods Midwest Corporation*

*Menu Foods South Dakota Inc.*

*Menu Foods, Inc.*

*Menu Foods Income Fund*

*Menu Foods Gen Par Limited*

*Menu Foods Limited Partnership*

*Menu Foods Operating Partnership*

---

**Lead Attorney Representing actions in Arkansas**

Marshall S. Ney
MITCHELL, WILLIAMS, SELIG, GATES &
WOODYARD, PLLC
5414 Pinnacle Point Drive, Suite 500
Rogers, AR 72758
Telephone: (479) 273-9561
Facsimile: (479) 273-0527
Email: mney@mwsgw.com

*Wal-Mart Stores, Inc.*

---

- 9 -

| | |
|---|---|
| **Lead Attorney Representing actions in Washington** | *Menu Foods* |

Jeffrey T. Kestle
Gary A. Trabolsi
GARDNER BOND TRABOLSI ST LOUIS &
CLEMENT
2200 6th Avenue, Suite 600
Seattle, WA  98121
Telephone: (206) 256-6309
Email: jkestle@gardnerbond.com
gtrabolsi@gardnerbond.com

---

| | |
|---|---|
| **Lead Attorney Representing actions in Colorado** | *Menu Foods Holdings, Inc.* |

Rachel Laine Carnaggio                         *Menu Foods, Inc.*
GODFREY & LAPUYADE, P.C.
9557 S. Kingston Court                         *Menu Foods Income Fund*
Englewood, CO  80112-5952
Telephone: (3030) 228-0700                     *Menu Foods Limited*
Facsimile: (303) 228-0701
Email: carnaggio@godlap.com                    *Menu Foods Midwest Corporation*

---

| | |
|---|---|
| **Lead Attorney Representing actions in Connecticut** | *Menu Foods Inc.* |

Matthew G. Conway
Jennifer Katz
CONWAY & STOUGHTON
818 Farmington Avenue
West Hartford, CT  06119
Telephone: (860) 523-8000
Facsimile: (860) 523-8002
Email: mconway@conwaystoughton.com
jkatz@conwaystoughton.com

---

| | |
|---|---|
| **Lead Attorney Representing actions in Florida** | *Menu Foods Income Fund* |

Robert Dewitt McIntosh                         *Menu Foods, Inc.*
ADORNO & YOSS
888 SE 3rd Avenue, Suite 500
Fort Lauderdale, FL  33335-9002
Telephone (954) 523-5885
Facsimile: (954) 760-9531
Email: rdm@adorno.com

---

| | |
|---|---|
| **Lead Attorney Representing actions filed in Idaho** | *Menu Foods (Canada)* |

Stephen R. Thomas
MOFFATT THOMAS BARRETT ROCK & FIELDS
P.O. Box 829
Boise, ID 83701
Telephone: (208) 345-2000
Facsimile: (208) 385-5384
Email: srt@moffatt.com

---

**Lead Attorneys Representing actions filed in Illinois**

Edward B. Ruff, III
Priya K. Jesani
Michael Patrick Turiello
PRETZEL & STOUFFER, Chtd.
One South Wacker Drive
Suite 2200
Chicago, IL 60606-4673
Telephone: (312) 346-1973
Email: eruff@pretzel-stouffer.com
pjesani@pretzel-stouffer.com

*Menu Foods Acquisition Inc.*

*Menu Foods Holdings, Inc.*

*Menu Foods Income Fund*

*Menu Foods Limited*

*Menu Foods Limited Partnership*

*Menu Foods Midwest Corporation*

*Menu Foods Operating Trust*

*Menu Foods, Inc.*

---

**Lead Attorney Representing actions filed in Nevada**

Charles W. Spann
PERRY & SPANN
6130 Plumas Street
Reno, NV 89509
Telephone: (775) 829-2002
Facsimile: (705) 829-1808
Email: cspann@perryspann.com

*Menu Foods, Inc.*

*Menu Foods Income Fund*

---

**Lead Attorney Representing actions filed in Rhode Island**

Thomas C. Angelone
HODOSH, SPINELLA & ANGELONE PC
One Turks Head Place, Suite 1050
Providence, RI 02903
Telephone: (401) 274-0200
Facsimile: (401) 274-7538
Email: angelonelaw@aol.com

*Menu Foods Income Fund*

*Menu Foods Midwest Corporation*

*Menu Foods South Dakota, Inc.*

*Menu Foods, Inc.*

---

| | |
|---|---|
| **Lead Attorney Representing actions filed in Maine** | *Menu Foods Inc.* |
| | *Menu Foods Income Fund* |
| Paul C. Catsos | |
| THOMPSON & BOWIE | *Menu Foods Limited* |
| 3 Canal Plaza | |
| P.O. Box 4630 | *Menu Foods Midwest Corporation* |
| Portland, ME 04112 | |
| Telephone: 774-2500 | |
| Email: pcatsos@thompsonbowie.com | |

| | |
|---|---|
| **Lead Attorney Representing actions filed in Tennessee** | *Menu Foods Inc.* |
| | *Menu Foods Income Fund* |
| Jeffrey R. Thompson | |
| O'NEIL, PARKER & WILLIAMSON | |
| P.O. Box 217 | |
| Knoxville, TN 37901-0217 | |
| Telephone: (865) 546-7190 | |
| Facsimile: (865) 546-0789 | |
| Email: jthompson@opw.com | |

| | |
|---|---|
| **Lead Attorneys Representing actions filed in California** | *Menu Foods Holding Inc.* |
| | *Menu Foods, Inc.* |
| Susan Moriarty Hack | |
| HIGGS FLETCHER AND MACK | |
| 401 West A Street, Suite 2600 | |
| San Diego, CA 92101 | |
| Telephone: (619) 236-1551 | |
| Facsimile: (619) 696-1410 | |
| Email: hack@higgslaw.com | |

| | |
|---|---|
| Don Howarth | *The Iams Company* |
| Suzelle M. Smith | |
| HOWARTH & SMITH | *The Proctor & Gamble Company* |
| 523 West Sixth Street, Suite 728 | |
| Los Angeles, CA 90014 | |
| Telephone: (213) 955-9400 | |
| Email: dhowarth@howarth-smith.com | |
| ssmith@howarth-smith.com | |

| | |
|---|---|
| Mordecai D. Boone<br>GORDON & REES LLP<br>275 Battery Street, 20th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 986-5900<br>Facsimile: (415) 986-8054<br>Email: mboone@gordonrees.com | *Menu Foods Income Fund*<br><br>*Menu Foods Midwest Corporation*<br><br>*Menu Foods South Dakota Inc.*<br><br>*Menu Foods, Inc.* |
| Jean M. Lawler<br>Gina E. Och<br>MURCHISON AND CUMMING<br>Chase Plaza<br>801 S. Grand Avenue, 9th Floor<br>Los Angeles, CA 90017-4613<br>Telephone: (213) 623-7400<br>Facsimile: (213) 623-6336<br>Email: goch@murchison-cumming.com | *Foods, Inc.*<br><br>*Menu Foods Income Fund*<br><br>*Menu Foods Limited*<br><br>*Menu Foods Midwest Corp.*<br><br>*Menu Foods Operating Limited Partnership*<br><br>*Menu Foods, Inc.*<br><br>*Petco Animal Supplies Inc.*<br><br>*The IAMS Company* |
| Gary L. Justice<br>William E. Wegner<br>GIBSON DUNN AND CRUTCHER<br>333 S. Grand Ave.<br>Los Angeles, CA 90071-3197<br>Telephone: (213) 229-7000<br>Email: wwegner@gibsondunn.com | *Nutro Products* |
| Robert Troyer<br>HOGAN & HARTSON LLP<br>One Tabor Center<br>1200 Seventeenth Street, Suite 1500<br>Denver, CO 80202<br>Telephone: (303)899-7300<br>Facsimile: (303) 899-7333 | *Nestle* |
| **Additional Defendants** | |

- 13 -

| | |
|---|---|
| Menu Foods Gen Par Limited<br>c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 | Menu Foods Limited Partnership<br>c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 |
| Menu Foods Operating Partnership<br>c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 | Wal-Mart Stores, Inc.<br>c/o The Corporation Company<br>425 W. Capitol Avenue, Suite 1700<br>Little Rock, AR 72201 |
| Eukanuba<br>One Proctor & Gamble Plaza C-2<br>Cincinnati, OH 45202 | Xuzhou Anying Biologic Technology<br>Development Co. Ltd<br>c/o Mr. Mao Lujun<br>Wangdian Industrial Pei County Jiangsu<br>Xuzhou, Jiangsu, P. R. China |
| Suzhou Textile Import and Export Company<br>201 Zhuhui Road<br>Suzhou, Jiangsu, China 215006 | Nestle USA, Inc.<br>Nestle Holdings, Inc.<br>c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 |
| Nestle Purina Petcare Co.<br>c/o CT Corporation System<br>120 South Central Avenue<br>Clayton, MO 63105 | Nestle, S.A.<br>c/o Nestlé USA, Inc.<br>800 North Brand Blvd.<br>Glendale, CA 91203 |
| Chemnutra, Inc.<br>c/o National Registered Agents, Inc.<br>160 Greentree Drive, Suite 101<br>Dover, DE 19904 | |

David L. Lillehaug                                             ***Counsel For The Menu Food Entities***
FREDRIKSON & BYRON, P.A.
200 S. Sixth Street, Suite 4000
Minneapolis, MN 55402

Barbara L. Croutch                                            ***Counsel For Petco***
PILLSBURY WINTHROP SHAW PITTMAN LLP
725 S. Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406

DOCS\401272v1

Charles H. Abbott III
GIBSON DUNN & CRUTCHER LLP
333 S. Grand Avenue
Los Angeles, CA  90071-3197

***Counsel For Nutro Products, Inc.***

Gerard H. Hanson
HILL WALLACK
202 Carnegie Center
Princeton, NJ 08543-5226
Telephone: (609) 924-0808
Email: ghh@hillwallack.com

***Chemnutra, Inc.***

| **Attorneys for Plaintiffs** | |
| --- | --- |

Jason M. Hatfield
LUNDY & DAVIS, LLP
300 North College Avenue, Suite 309
Fayetteville, AR  72701
Telephone: (479) 527-3921
Facsimile: (479) 587-9196
Email: jhatfield@lundydavis.com

***Sims v. Menu Foods***
***5:07-cv-05053-JLH***
***W.D. Arkansas***

Richard A. Adams
PATTON, ROBERTS, McWILLIAMS &
CAPSHAW
2900 Saint Michael Drive, Suite 400
Texarkana, TX 75503
Telephone: (903) 334-7107
Facsimile: (903) 334-7007
Email: radams@pattonroberts.com

***Widen v. Menu Foods***
***5:07-cv-05055-RTD***
***W.D Arkansas***

Jeremy Y. Hutchinson
Jack T. Patterson, II
PATTON, ROBERTS, McWILLIAMS &
CAPSHAW
111 Center Street, Suite 1315
Little Rock, AR  72201
Telephone: (501) 372-3480
Facsimile: (501) 372-3488
Email: jhutchinson@pattonroberts.com

Timothy Chad Hutchinson
WILLIAMS & HUTCHINSON, LLP
5417 Pinnacle Point Drive, Suite 500
Rogers, AR  72758
Telephone: (479) 464-4944
Facsimile: (479) 464-4946
Email: thutchinson@whs-lawfirm.com

- 15 -

Sean F. Rommel
PATTON, ROBERTS, McWILLIAMS, GREER &
CAPSHAW, LLP
P.O. Box 6128
2900 St. Michael Drive
Texarkana, TX 75505-6128
Telephone: (903) 334-7000
Facsimile: (903) 334-7007
Email: srommel@pattonroberts.com

James C. Wyly
PATTON, ROBERTS, McWILLIAMS &
CAPSHAW, LLP
P. O. Box 6128
Texarkana, TX 75505
Telephone: (903) 334-7000
Facsimile: (903) 334-7007
Email: jwyly@pattonroberts.com

---

| | |
|---|---|
| Jason M. Hatfield<br>LUNDY & DAVIS, LLP<br>300 North College Avenue, Suite 309<br>Fayetteville, AR 72701<br>Telephone: (4790 527-3921<br>Facsimile: (479) 587-9196<br>Email: jhatfield@lundydavis.com | *Cooper v. Menu Foods*<br>*4:07-cv-04036-HFB*<br>*W.D Arkansas* |

---

| | |
|---|---|
| William Gene Horton<br>NOLAN, CADDELL & REYNOLDS, PA<br>P.O. Box 184<br>Fort Smith, AR 72902<br>Telephone: (479) 782-5297<br>Facsimile: (479) 782-5194<br>Email: bhorton@justicetoday.com | *Gray v. Menu Foods*<br>*5:07-cv-05065-RTD*<br>*W.D. Arkansas* |

---

| | |
|---|---|
| Jeffrey B. Cereghino<br>BERDING AND WEIL<br>3240 Stone Valley Road West<br>Alamo, CA 94507<br>Telephone: (925) 838-2090<br>Facsimile: (925) 820-5592<br>Email: | *Swarberg v. Menu Foods*<br>*3:07-cv-00706-BTM-POR* |

---

- 16 -

Eric Benink
KRAUSE KALFAYAN BENINK AND SLAVENS
625 Broadway, Suite 635
San Diego, CA 92101
Telephone (619) 232-0331
Facsimile: (619) 232-4019

*Payne v. Menu Foods*
*3:07-cv-00705-JAH-CAB*

---

Mark J. Tamblyn
WEXLER TORISEVA WALLACE
1610 Arden Way, Suite 290
Sacramento, CA 95815
Telephone: (916) 568-1100
Email: mjt@wtwlaw.us

*Sexton v. Menu Foods*
*07-cv-01958-GHK-AJW*
*C.D. California*

Stuart Talley
KERSHAW CUTTER RATINOFF & YORK
980 9th Street, 19th floor
Sacramento, CA 95814
Telephone: (916) 448-9800
Facsimile: (916) 669-4499

---

Jeff S. Westerman
Sabrina S. Kim
MILBERG WEISS & BERSHAD LLP
One California Plaza
300 S. Grand Avenue, Suite 3900
Los Angeles, CA 90071
Telephone: (213) 617-1200
Facsimile: (213) 617-1200
Email: jwesterman@milbergweiss.com
skim@milbergweiss.com

*Howe v. Menu Foods*
*2:07-cv-02060-SJO-PLA*
*C. D. California*

---

Jeff S. Westerman
Sabrina S. Kim
Cheryl A. Williams
Michiyo Michelle Furukawa
MILBERG WEISS & BERSHAD LLP
One California Plaza
300 S. Grand Avenue, Suite 3900
Los Angeles, CA 90071
Telephone: (213) 617-1200
Facsimile: (213) 617-1200
Email: jwesterman@milbergweiss.com
skim@milbergweiss.com

*Townsend v. Menu Foods*
*5:07-cv-00398-GHK-AJW*
*C.D. California*

---

- 17 -

Jeff S. Westerman
Sabrina S. Kim
Cheryl A. Williams
Michiyo Michelle Furukawa
MILBERG WEISS & BERSHAD LLP
One California Plaza
300 S. Grand Avenue, Suite 3900
Los Angeles, CA  90071
Telephone: (213) 617-1200
Facsimile: (213) 617-1200
Email: jwesterman@milbergweiss.com
skim@milbergweiss.com

*Chamberlain v. Nestle SA*
*2:07-cv-02476-FMC-SS*
*C.D. California*

James L. Davidson
Paul J. Geller
Stuart Andrew Davidson
LERACH COUGHLIN STOIA GELLER RUDMAN
& ROBBINS
120 E. Palmetto Park Rd., Suite 500
Boca Raton, FL  33432
Telephone: (561) 750-3000
Facsimile: (561) 750-3364
Email: jdavidson@lerachlaw.com
sdavidson@lerachlaw.com
pgeller@lerachlaw.com
shawnw@lerachlaw.com

*Ingles v. Menu Foods*
*3:07-cv-01809-MMC*
*N.D. California*

Shawn A. Williams
LERACH COUGHLIN STOIA GELLER RUDMAN
& ROBBINS
100 Pine Street, Suite 2600
San Francisco, CA 94111

Robert M. Churella
Robert K. Friedl
Michael L. Kelly
KIRTLAND & PACKARD
2361 Rosecrans Ave., 4th Floor
El Segundo, CA 90245
Telephone: (310) 536-1000
Email: rmc@kirtland-packard.com
rkf@kirtlandpackard.com
michaellkelly@earthlink.net

*Paul Randolph Johnson v. Menu Foods*
*2:07-cv-01987-GHK-AJW*
*C.D. California*

DOCS\401272v1

| | |
|---|---|
| Andrew H. Friedman<br>Gregory D. Helmer<br>HELMER AND SMITH<br>723 Ocean Front Walk<br>Venice, CA 90292<br>Telephone: (310) 396-7714<br><br>Paul L. Hoffman<br>Michael S. Morrison<br>Michael D. Seplow<br>SCHONBRUN DeSIMONE SEPLOW HARRIS<br>AND HOFFMAN<br>723 Ocean Front Walk, Suite 100<br>Venice, CA  90291-3270<br>Telephone: (310) 396-0731<br>Facsimile: (310) 399-7040<br>Email: hoffpaul@aol.com | *Grady v. Menu Foods*<br>*2:07-cv-02253-DDP-PLA*<br>*C.D. California* |
| Thomas M. Ferlauto<br>William T. King<br>KING & FERLAUTO<br>1880 Century Park East, Suite 820<br>Los Angeles, CA 90067-1627<br>Telephone: (310) 552-3366<br>Email: ferlauto@pacbell.net | *Finestone v. Menu Foods*<br>*2:07-cv-02338-CAS-CW*<br>*C.D. California* |
| Bruce E. Newman<br>Kevin Edward Creed<br>NEWMAN, CREED & ASSOCIATES<br>P.O. Box 575<br>Bristol, CT  06011-0575<br>Telephone: (860) 583-5200<br>Facsimile: (860) 582-0012<br>Email: bnewman@newmancreedlaw.com<br>kcreed@newmancreedlaw.com | *Osborne v. Menu Foods*<br>*07-cv-00469-RNC*<br>*D. Connecticut* |
| Debra Lynn Waldhauer - *pro per*<br>Satoru Waldhauer<br>159 N. Audrey Circle NW<br>Fort Walton Beach, FL  32548<br>Telephone: (850) 243-8974 | *Waldhauer v. Menu Foods*<br>*3:07-cv-00131-MCR-EMT*<br>*N.D. Florida* |

James Lee Davidson
Paul Jeffrey Geller
Stuart Andrew Davidson
LERACH COUGHLIN STOIA GELLER RUDMAN
& ROBBINS
120 E. Palmetto Park Rd., Suite 500
Boca Raton, FL 33432
Telephone: (561) 750-3000
Facsimile: (560) 750-3364
Email: jdavidson@lerachlaw.com
sdavidson@lerachlaw.com
pgeller@lerachlaw.com

Lawrence M. Kopelman
KOPELMAN & BLANKMAN
350 E. Las Olas Blvd., Suite 980
Fort Lauderdale, FL 33301
Telephone: (954) 462-6855
Facsimile: (954) 462-6899

*Troiano v. Menu Foods*
*0:07-cv-60428-JIC*
*S.D. Florida*

Scott Wm. Weinstein
MORGAN & MORGAN, PA
12800 University Drive, Suite 600
P.O. Box 9504
Ft. Myers, FL 33906
Telephone: (239) 433-6880
Facsimile: (239) 433-6836
Email: sweinstein@forthepeople.com

Gary E. Mason
THE MASON LAW FIRM, P.C.
1225 19th Street NW, Suite 500
Washington, DC 20036
Telephone: (202) 429-2290
Facsimile: (202) 429-2294
Email: gmason@masonlawdc.com

*Ferrarese v. Menu Foods*
*2:07-cv-00235-JES-DNF*
*M.D. Florida*

Scott Rhead Shepherd
SHEPHERD FINKELMAN MILLER & SHAH
4400 N. Federal Highway
Lighthouse Point, FL 33064-1717
Telephone: (954) 943-9191
Facsimile: (954) 943-9173
Email: sshepherd@classactioncounsel.com

*Donnelly v. Menu Foods*
*1:07-cv-20955-JAL*
*S.D. Florida*

Bruce S. Bistline
Philip Howard Gordon
GORDON LAW OFFICES
623 W. Hays
Boise, ID 83702-5512
Telephone: (208) 345-7100
Facsimile: (208) 345-0050
Email: bbistline@gordonlawoffices.com
pgordon@gordonlawoffices.com

Mick Hodges
PETERSON HODGES & HARPER
P.O. Box 3088
Twin Falls, ID 83303-5298
Telephone: (208) 733-5500
Email: mick76hodges@aol.com

*Klimes v. Menu Foods*
*1:07-cv-00160-MHW*
*D. Idaho*

John Blim
Jay Edelson
BLIM & EDELSON, LLC
53 West Jackson Blvd., Suite 1642
Chicago, IL 60604
Telephone: (312) 913-9400
Facsimile: (312) 913-9401
Email: john@blimlaw.com
jay@blimlaw.com

Gino L. DiVito
TABET DiVITO & ROTHSTEIN LLC
209 S. La Salle Street, 7th Floor
Chicago, IL 60604
Telephone: (312) 762-9460
Email: gdivito@tdrlawfirm.com

*Majerczyk v. Menu Foods*
*1:07-cv-01543*
*N.D. Illinois*

Brian R. Cunha
BRIAN CUNHA & ASSOCIATES
311 Pine Street
Fall River, MA 02720
Telephone: (508) 675-9500
Facsimile: (508) 679-6565
Email: Brian@briancunha.com

*Rodrigues v. Menu Foods*
*1:07-cv-10745-EFH*
*D. Massachusetts*

- 21 -

Leonard M. Gulino
Daniel J. Mitchell
Theodore A. Small
Michael R. Bosse
BERNSTEIN, SHUR
100 Middle Street
P.O. Box 9729
Portland, ME  04104-5029
Telephone: (207) 774-1200
Email: lgulino@bssn.com
mbossee@bernsteinshur.com
dmitchell@bernsteinshur.com
tsmall@bernsteinshur.com

*Brazilian v. Menu Foods Income Fund*
*2:07-cv-00054-GZS*
*D. Maine*

Brian O. O'Mara
O'MARA LAW FIRM, P.C.
311 E. Liberty Street
Reno, NV  89501
Telephone: (775) 323-1321
Facsimile: (775) 323-4082
Email: brian@omaralaw.net

*Streczyn v. Menu Foods*
*3:07-cv-00159-LRH-VPC*
*D. Nevada*

Bruce Daniel Greenberg
Allyn Zissel Lite
LITE, DEPALMA, GREENBERG & RIVAS, LLC
Two Gateway Center, 12th Floor
Newark, NJ 07102
Telephone: (973) 623-3000
Email: bgreenberg@ldgrlaw.com
alite@ldgrlaw.com

*Richard & Kohler v. Menu Foods*
*1:07-cv-01457-NLH-AMD*
*D. New Jersey*

Donna Siegel Moffa
TRUJILLO RODRIGUEZ & RICHARDS
8 Kings Highway West
Haddonfield, NJ  08033
Telephone: (856) 795-9002
Email: donna@trrlaw.com

*Workman v. Menu Foods*
*1:07-cv-01338-NLH-AMD*
*D. New Jersey*

Sherrie R. Savett
Michael T. Fantini
Russell D. Paul
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA  19103

- 22 -

Gregg D. Trautmann
TRAUTMANN & ASSOCIATES, LLC
262 East Main Street
Rockaway, NJ 07866
Telephone: (973) 316-8100
Email: gdt@trautmann.com

*Thomson v. Menu Foods*
*1:07-cv-01360-PGS-RJH*
*D. New Jersey*

---

Alan E. Sash
McLAUGHLIN & STERN, LLP
260 Madison Avenue
New York, NY 10016
Telephone: (212) 448-1100
Facsimile: (212) 448-0066
Email: asash@mclaughlinstern.com

*Tinker v. Menu Foods*
*1:07-cv-01468-NLH-AMD*
*D. New Jersey*

Arthur N. Abbey
Stephen T. Rodd
Orin Kurtz
ABBEY SPANIER RODD ABRAMS & PARADIS
212 East 39th Street
New York, NY 10016

---

Joseph J. DePalma
LITE, DEPALMA, GREENBERG & RIVAS, LLC
Two Gateway Center, 12th Floor
Newark, NJ 07102-5003
Telephone: (973) 623-3000
Email: jdepalma@ldgrlaw.com

*Richard v. Menu Foods*
*1:07-cv-01457-NLH-AMD*
*D. New Jersey*

---

Joseph J. DePalma
LITE, DEPALMA, GREENBERG & RIVAS, LLC
Two Gateway Center, 12th Floor
Newark, NJ 07102-5003
Telephone: (973) 623-3000
Email: jdepalma@ldgrlaw.com

*Wilson v. Menu Foods*
*1:07-cv-01456-NLH-AMD*
*D. New Jersey*

Mark J. Tamblyn
WEXLER TORISEVA WALLACE
1610 Arden Way, Suite 290
Sacramento, CA 95815

Kenneth A. Wexler
WEXLER TORISEVA WALLACE
One North La Salle Street, Suite 2000
Chicago, IL 60602

- 23 -

KERSHAW CUTTER & RATINOFF, LLP
980 9th Street, 19th Floor
Sacramento, CA  95814

| | |
|---|---|
| Michael A. Ferrara, Jr.<br>THE FERRARA LAW FIRM, LLC<br>601 Longwood Avenue<br>Cherry Hill, NJ  08002<br>Telephone: (856) 779-9500<br>Email: mferrara@ferraralawfirm.com<br><br>William M. Audet<br>Michael McShane<br>Kevin L. Thomason<br>AUDET & PARTNERS, LLP<br>221 Main Street, Suite 1460<br>San Francisco, CA 94105 | *Bonier v. Menu Foods*<br>*1:07-cv-01477-NLH-AMD*<br>*D. New Jersey* |
| Joseph J. DePalma<br>LITE, DEPALMA, GREENBERG & RIVAS, LLC<br>Two Gateway Center, 12th Floor<br>Newark, NJ  07102-5003<br>Telephone: (973) 623-3000<br>Email: jdepalma@ldgrlaw.com<br><br>James Lee Davidson<br>Paul Jeffrey Geller<br>LERACH COUGHLIN STOIA GELLER RUDMAN<br>& ROBBINS<br>120 E. Palmetto Park Rd., Suite 500<br>Boca Raton, FL  33432 | *Hidalgo v. Menu Foods*<br>*1:07-cv-01488-NLH-AMD*<br>*D. New Jersey* |
| Joseph J. DePalma<br>LITE, DEPALMA GREENBERG & RIVAS, LLC<br>Two Gateway Center, 12th Floor<br>Newark, NJ  07102-5003<br>Telephone: (973) 623-3000<br>Email: jdepalma@ldgrlaw.com<br><br>Jeff S. Westerman<br>Sabrina S. Kim<br>Cheryl A. Williams<br>Michiyo Michelle Furukawa<br>MILBERG WEISS & BERSHAD LLP<br>One California Plaza<br>300 S. Grand Avenue, Suite 3900<br>Los Angeles, CA  90071 | *Nunez v. Menu Foods*<br>*1:07-cv-1490-NLH*<br>*D. New Jersey* |

- 24 -

Joseph J. DePalma
LITE, DEPALMA, GREENBERG & RIVAS, LLC
Two Gateway Center, 12th Floor
Newark, NJ 07102-5003
Telephone: (973) 623-3000
Email: jdepalma@ldgrlaw.com

James Lee Davidson
Paul Jeffrey Geller
Stuart Andrew Davidson
LERACH COUGHLIN STOIA GELLER RUDMAN
& ROBBINS
120 E. Palmetto Park Rd., Suite 500
Boca Raton, FL 33432

*Gagliardi v. Menu Foods*
*1:07-cv-01522-NLH-AMD*
*D. New Jersey*

---

Joseph J. DePalma
LITE, DEPALMA, GREENBERG & RIVAS, LLC
Two Gateway Center, 12th Floor
Newark, NJ 07102
Telephone: (973) 623-3000
Email: jdepalma@ldgrlaw.com

Jeff S. Westerman
Sabrina S. Kim
Cheryl A. Williams
Michiyo Michelle Furukawa
MILBERG WEISS & BERSHAD LLP
One California Plaza
300 S. Grand Avenue, Suite 3900
Los Angeles, CA 90071

*Golding v. Menu Foods*
*1:07-cv-01521-NLH-AMD*
*D. New Jersey*

---

Joseph J. DePalma
LITE, DEPALMA, GREENBERG & RIVAS, LLC
Two Gateway Center, 12th Floor
Newark, NJ 07102-5003
Telephone: (973) 623-3000
Email: jdepalma@ldgrlaw.com

James Lee Davidson
Paul Jeffrey Geller
Stuart Andrew Davidson
LERACH COUGHLIN STOIA GELLER RUDMAN
& ROBBINS
120 E. Palmetto Park Rd., Suite 500
Boca Raton, FL 33432

*Turturro v. Menu Foods*
*1:07-cv-01523-NLH-AMD*
*D. New Jersey*

---

- 25 -

| | |
|---|---|
| Donna Siegel Moffa<br>TRUJILLO, RODRIGUEZ & RICHARDS LLP<br>8 Kings Highway West<br>Haddonfield, NJ 08033<br>Telephone: (856) 795-9002<br>Email: donna@trrlaw.com<br><br>Sherrie R. Savett<br>Michael T. Fantini<br>Russell D. Paul<br>BERGER & MONTAGUE, P.C.<br>1622 Locust Street<br>Philadelphia, PA 19103<br><br>Robert A. Rovner<br>Jeffrey Zimmerman<br>ROVNER, ALLEN, ROVNER ZIMMERMAN &<br>NASH<br>175 Bustleton Pike<br>Feasterville, PA 19053-6456 | *Schneider v. Menu Foods*<br>*1:07-cv-01533-NLH-AMD*<br>*D. New Jersey* |
| Michael A. Ferrara, Jr.<br>THE FERRARA LAW FIRM, LLC<br>601 Longwood Avenue<br>Cherry Hill, NJ 08002<br>Telephone: (856) 779-9500<br>Email: mferrara@ferraralawfirm.com | *Berndl v. Menu Foods*<br>*1:07-cv-01553-NLH-AMD*<br>*D. New Jersey* |
| Gary S. Graifman<br>KANTROWITZ, GOLDHAMMER & GRAIFMAN,<br>ESQS.<br>210 Summit Avenue<br>Montvale, NY 07645<br>Telephone: (201) 391-7000<br>Email: ggraifman@kgglaw.com<br><br>Robert Kaplan<br>Linda Nussbaum<br>Christine M. Fox<br>KAPLAN FOX & KILSHEIMER LLP<br>805 Third Avenue, 22nd Floor<br>New York, NY 10022 | *Pittsonberger v. Menu Foods*<br>*07-cv-01561-NLH-AMD*<br>*D. New Jersey* |

DOCS\401272v1

William J. Pinilis
KAPLAN FOX & KILSHEIMER LLP
237 South Street
Morristown, NJ 07962
Telephone: (973) 401-1111
Email: wpinilis@kaplanfox.com

*Carter v. Menu Foods*
*1:07-cv-01562-NLH-AMD*
*D. New Jersey*

---

William J. Pinilis
KAPLAN FOX & KILSHEIMER LLP
237 South Street
Morristown, NJ 07962
Telephone: (973) 401-1111
Email: wpinilis@kaplanfox.com

Laurence D. King
KAPLAN FOX & KILSHEIMER LLP
555 Montgomery Street, Suite 1501
San Francisco, CA 94111

Todd M. Schneider
SCHNEIDER & WALLACE
180 Montgomery Street, Suite 2000
San Francisco, CA 94104

Gary E. Mason
Donna F. Sollen
THE MASON LAW FIRM, LLP
1225 19th Street, NW Suite 500
Washington, DC 20036

Gary S. Graifman
KANTROWITZ, GOLDHAMMER & GRAIFMAN
210 Summit Avenue
Montvale, NY 07645

Jeffrey A. Wigodsky
KARP, FROSH, LAPIDUS, WIGODSKY &
NORWIND
1133 Connecticut Ave. NW, Suite 250
Washington, DC 20036

Joseph M. Vanek
VANEK, VICKERS & MASINI
111 S. Wacker Drive, Suite 4050
Chicago, IL 60606

*Bullock v. Menu Foods*
*1:07-cv-01579-NLH-AMD*
*D. New Jersey*

- 27 -

| | |
|---|---|
| James C. Shah<br>SHEPHERD, FINKELMAN, MILLER & SHAH, LLC<br>475 White Horse Pike<br>Collingswood, NJ 08107-1909<br>Telephone: (856) 858-1770<br>Facsimile: (856) 858-7012<br>Email: jshah@classactioncounsel.com | *Christina Johnson v. Menu Foods*<br>*1:07-cv-01610-NLH-AMD*<br>*D. New Jersey* |
| Scott A. George<br>SEEGER WEISS, LLP<br>550 Broad Street, Suite 920<br>Newark, NJ 07102<br>Telephone: (973) 639-9100<br>Email: sgeorge@seegerweiss.com | *Conner v. Menu Foods*<br>*1:07-cv-01623-NLH-AMD*<br>*D. New Jersey* |
| Donna Siegel Moffa<br>TRUJILLO RODRIGUEZ & RICHARDS<br>8 Kings Highway West<br>Haddonfield, NJ 08033<br>Telephone: (856) 795-9002<br>Email: donna@trrlaw.com | *Long v. Menu Foods*<br>*1:07-01624-NLH-AMD*<br>*D. New Jersey* |
| Donna Siegel Moffa<br>TRUJILLO RODRIGUEZ & RICHARDS<br>8 Kings Highway West<br>Haddonfield, NJ 08033<br>Telephone: (856) 795-9002<br>Email: donna@trrlaw.com | *Conti v. Menu Foods*<br>*1:07-cv-01638-NLH-AMD*<br>*D. New Jersey* |
| Joseph J. DePalma<br>LITE, DEPALMA, GREENBERG & RIVAS, LLC<br>Two Gateway Center, 12th Floor<br>Newark, NJ 07102-5003<br>Telephone: (973) 623-3000<br>Email: jdepalma@ldgrlaw.com | *Freeman v. Menu Foods*<br>*1:07-cv-01646-NLH-AMD*<br>*D. New Jersey* |
| William J. Pinilis<br>KAPLAN FOX & KILSHEIMER LLP<br>237 South Street<br>Morristown, NJ 07962<br>Telephone: (973) 401-1111<br>Email: wpinilis@kaplanfox.com | *Pirches v. Menu Foods*<br>*1:07-cv-01685-NLH-AMD*<br>*D. New Jersey* |

Joseph J. DePalma
LITE, DEPALMA, GREENBERG & RIVAS, LLC
Two Gateway Center, 12th Floor
Newark, NJ  07102-5003
Telephone: (973) 623-3000
Email: jdepalma@ldgrlaw.com

*Diedrich v. Menu Foods*
*1:07-cv-01700-NLH-AMD*
*D. New Jersey*

Joseph J. DePalma
LITE, DEPALMA, GREENBERG & RIVAS, LLC
Two Gateway Center, 12th Floor
Newark, NJ  07102-5003
Telephone: (973) 623-3000
Email: jdepalma@ldgrlaw.com

*Sokolwski v. Menu Foods*
*1:07-cv-01709-NLH-AMD*
*D. New Jersey*

Joseph J. DePalma
LITE, DEPALMA, GREENBERG & RIVAS, LLC
Two Gateway Center, 12th Floor
Newark, NJ  07102-5003
Telephone: (973) 623-3000
Email: jdepalma@ldgrlaw.com

*McCullouch v. Menu Foods*
*1:07-cv-01710-NLH-AMD*
*D. New Jersey*

Joseph J. DePalma
LITE, DEPALMA, GREENBERG & RIVAS, LLC
Two Gateway Center, 12th Floor
Newark, NJ  07102-5003
Telephone: (973) 623-3000
Email: jdepalma@ldgrlaw.com

*Colquitt v. Menu Foods*
*1:07-cv-01738-NLH-AMD*
*D. New Jersey*

Joseph J. DePalma
LITE, DEPALMA, GREENBERG & RIVAS, LLC
Two Gateway Center, 12th Floor
Newark, NJ  07102-5003
Telephone: (973) 623-3000
Email: jdepalma@ldgrlaw.com

*Debarthy v. Menu Foods*
*1:07-cv-01739-NLH-AMD*
*D. New Jersey*

Seth R. Lesser
LAW OFFICES OF GENE LOCKS, PLLC
457 Haddonfield Road, Suite 500
Cherry Hill, NJ  08002
Telephone: (856) 663-8200
Email: slesser@lockslawny.com

*Byers v. Menu Foods*
*1:07-cv-01747-NLH-AMD*
*D. New Jersey*

DOCS\401272v1

Donna Siegel Moffa
TRUJILLO RODRIGUEZ & RICHARDS
8 Kings Highway West
Haddonfield, NJ 08033
Telephone: (856) 795-9002
Email: donna@trrlaw.com

*Carestio v. Menu Foods*
*1:07-cv-01762-NLH-AMD*
*D. New Jersey*

---

John T. Murray
Dennis E. Murray, Sr.
Leslie O. Murray
MURRAY & MURRAY CO., LPA
111 East Shoreline Drive
P.O. Box 19
Sandusky, OH 44870
Telephone: (419) 624-3000
Facsimile: (419) 624-0707
Email: jotm@murrayandmurray.com
dms@murrayandmurray.com
lom@murrayandmurray.com

*Boehm v. Menu Foods*
*1:07-cv-01018-PCE*
*D. Ohio*

Jeremy Gilman
Nicole Dorsky
BENESCH, FRIEDLANDER, COPLAN, ARONOFF
2300 BP Tower
200 Public Square, Suite 2300
Cleveland, OH 44114
Telephone: (216) 363-4593
Facsimile: (216) 363-4588
Email: jgilman@bfca.com
ndorsky@bfca.com

---

Peter N. Wasylyk
PETER N. WASYLYK - ATTORNEY AT LAW
1307 Chalkstone Avenue
Providence, RI 02908
Telephone: 831-7730
Facsimile: 861-6064
Email: pnwlaw@aol.com

*Brown v. Menu Foods*
*1:07-cv-00115-ML-LDA*
*D. Rhode Island*

---

Garrett D. Blanchfield, Jr.
Mark Reinhardt
REINHARDT WENDORF & BLANCHFIELD
332 Minnesota Street, Suite E-1250
St. Paul, MN 55101
Telephone: (651) 287-2100
Email: g.blanchfield@rwblawfirm.com
mreinhardt@comcast.net

*Rozman v. Menu Foods Midwest Corp.*
*0:07-cv-01808-ADM-AJB*
*Minnesota*

---

- 30 -

Andrew S. Kierstead
LAW OFFICE OF ANDREW S. KIERSTEAD
1001 SW Fifth Avenue, Suite 1100
Portland, OR  97204

Marc Stanley
STANLEY MANDEL & IOLA, LLP
3100 Monticello Avenue, Suite 750
Dallas, TX  75205

| | |
|---|---|
| A. James Andrews<br>A. JAMES ANDREWS, ATTORNEY AT LAW<br>905 Locust Street<br>Knoxville, TN  37902<br>Telephone: (865) 660-3993<br>Facsimile: (865) 523-4623<br>Email: andrewsesq@icx.net<br><br>Nicole Bass<br>905 Locust Street<br>Knoxville, TN  37902<br><br>Perry A. Craft<br>CRAFT & SHEPPARD<br>214 Centerview Drive, Suite 233<br>Brentwood, TN  37027<br>Telephone: (615) 309-1707<br>Facsimile: (615) 309-1717<br>Email: perrycraft@crafsheppardlaw.com | *Holt v. Menu Foods*<br>*3:07-cv-00094*<br>*E.D. Tennessee* |
| Dan C. Stanley<br>Robert R. Kurtz<br>STANLEY & KURTZ, PLLC<br>422 S. Gay Street, 3rd Floor<br>Knoxville, TN  37902<br>Telephone: (865) 522-9942<br>Facsimile: (865) 522-9945<br>Email: rkurtz@lock-net.com<br>dan@danchanningstanley.com | *Light v. Menu Foods*<br>*3:07-cv-00098*<br>*E.D. Tennessee* |
| Michael David Myers<br>MYERS & COMPANY<br>1809 7th Avenue, Suite 700<br>Seattle, WA  98101<br>Telephone: (206) 398-1188<br>Facsimile: (206) 398-1189<br>Email: mmyers@myers-company.com | *Whaley v. Menu Foods*<br>*2:07-cv-00411-RSM*<br>*W.D. Washington* |

- 31 -

Adam Karp
ANIMAL LAW OFFICES
114 W. Magnolia Street, Suite 425
Bellingham, WA 98225-4354
Telephone: (360) 738-7273
Facsimile: (360) 392-3936
Email: adam@animal-lawyer.com

---

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO
1301 5th Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Email: steve@hbsslaw.com

Michael David Myers
MYERS & COMPANY
1809 7th Avenue, Suite 700
Seattle, WA 98101
Telephone: (206) 398-1188
Facsimile: (206) 398-1189
Email: mmyers@myers-company.com

*Heller v. Menu Foods*
*2:07-cv-00453-JCC*
*W.D. Washington*

---

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO
1301 5th Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Email: steve@hbsslaw.com

Michael David Myers
MYERS & COMPANY
1809 7th Avenue, Suite 700
Seattle, WA 98101
Telephone: (206) 398-1188
Facsimile: (206) 398-1189
Email: mmyers@myers-company.com

*Kornelius v. Menu Foods*
*2:07-cv-00454-MJP*
*W.D. Washington*

---

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO
1301 5th Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Email: steve@hbsslaw.com

*Johnson v. Menu Foods*
*2:07-cv-00455-JCC*
*W.D. Washington*

DOCS\401272v1

Adam Karp
ANIMAL LAW OFFICES
114 W. Magnolia Street, Suite 425
Bellingham, WA 98225-4354
Telephone: (360) 738-7273
Facsimile: (360) 392-3936
Email: adam@animal-lawyer.com

*Suggett v. Menu Foods*
*2:07-cv-00457-RSM*
*W. D. Washington*

Jennifer Reba Thomaidis
THOMAIDIS LAW, LLC
1866 Vine Street
Denver, CO 80206
Telephone: (303) 322-4355
Facsimile: (303) 322-4354
Email: Jennifer@thomaidislaw.com

*Tompkins v. Menu Foods*
*1:07-cv-00736-JLK*
*D. Colorado*

| COURTS | |
|---|---|
| Clerk of the Court<br>U.S. District Court, Western District of<br>Arkansas<br>35 E. Mountain Street, Suite 510<br>Fayetteville, AR 72701-5354 | Clerk of the Court<br>U.S. District Court, Central District of<br>California<br>312 N. Spring Street, Rm G-8<br>Los Angeles, CA 90012 |
| Clerk of the Court<br>U.S. District Court, Northern District of<br>California<br>Phillip Burton United States Courthouse<br>450 Golden Gate Avenue, 16th Floor<br>San Francisco, CA 94102-3434 | Clerk of the Court<br>U.S. District Court, Southern District of<br>California<br>4290 Edward J. Schwartz<br>United States Courthouse<br>940 Front Street<br>San Diego, CA 92101 |
| Clerk of the Court<br>U.S. District Court, District of Colorado<br>Alfred A. Arraj United States Courthouse<br>901 19th Street, 2nd Floor<br>Denver, CO 80294 | Clerk of the Court<br>U.S. District Court, District of Connecticut<br>450 Main<br>Hartford, CT 06103 |
| Clerk of the Court<br>U.S. District Court, Middle District of Florida<br>George C. Young United States Courthouse<br>80 North Hughey Avenue, Suite 300<br>Orlando, FL 32801 | Clerk of the Court<br>U.S. District Court, Northern District of<br>Florida<br>United States Courthouse Annex<br>111 North Adams Street, 3rd Floor<br>Tallahassee, FL 32301 |

- 33 -

| | |
|---|---|
| Clerk of the Court<br>U.S. District Court, Southern District of<br>Florida<br>299 E. Broward Blvd., Suite 108<br>Fort Lauderdale, FL  33301 | Clerk of the Court<br>U.S. District Court, District Court of Idaho<br>400 James A. McClure Federal Bldg and<br>United States Courthouse<br>550 West Fort Street<br>Boise, ID  83724-0101 |
| Clerk of the Court<br>U.S. District Court, Northern District of<br>Illinois<br>209 S. Dearborn Street<br>Chicago, IL  60604 | Clerk of the Court<br>U.S. District Court, District Court of Maine<br>Edward T. Gignoux Federal Courthouse<br>156 Federal Street<br>Portland, ME  04101-4152 |
| Clerk of the Court<br>U.S. District Court, District of Massachusetts<br>John Joseph Moakley United States<br>Courthouse<br>One Courthouse Way, Suite 2300<br>Boston, MA  02210-3002 | Clerk of the Court<br>U.S. District Court, District Court of<br>Minnesota<br>United States Courthouse<br>300 South Fourth Street, Suite 202<br>Minneapolis, MN  55415 |
| Clerk of the Court<br>U.S. District Court, District Court of Nevada<br>Lloyd D. George United States Courthouse<br>333 Las Vegas Blvd. South, 1st Floor<br>Las Vegas, NV  89101-7065 | Clerk of the Court<br>U.S. District Court, Northern District of Ohio<br>Carl B. Stokes United States Courthouse<br>801 West Superior Avenue<br>Cleveland, OH  44113 |
| Clerk of the Court<br>U.S. District Court, District of Rhode Island<br>Federal Building and Courthouse<br>One Exchange Terrace<br>Providence, RI  02903 | Clerk of the Court<br>U.S. District Court, Eastern District of<br>Tennessee<br>Howard H. Baker Jr. United States Courthouse<br>800 Market Street, Suite 130<br>Knoxville, TN  37902-7902 |
| Clerk of the Court<br>U.S. District Court, Western District of<br>Washington<br>700 Stewart Street<br>Seattle, WA  98101 | |

DOCS\401272v1