Don Howarth, State Bar No. 53783
Suzelle M. Smith, State Bar No. 113992
HOWARTH & SMITH
523 West Sixth Street, Suite 728
Los Angeles, California 90014
Telephone: (213) 955-9400
Facsimile:  (213) 622-0791
Email:  dhowarth@howarth-smith.com

Attorneys for Defendant
THE PROCTER & GAMBLE COMPANY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT PAYNE and STEVE BARTILUCCI, <br><br> Plaintiffs, <br><br> vs. <br><br> MENU FOODS, INC., a New Jersey corporation, PETCO ANIMAL SUPPLIES, INC.; a Delaware corporation, SAFEWAY, INC., a Delaware corporation, THE PROCTER & GAMBLE COMPANY, a Ohio corporation, and DOES 1 through 50, <br><br> Defendants. | **CASE NO. 07cv0705 JAH(GAB)** <br><br> Honorable John A. Houston <br><br> **FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT THE PROCTER & GAMBLE COMPANY** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1       Pursuant to Fed. R. Civ. P. 7.1, Defendant The Procter & Gamble Company ("Procter

2  & Gamble") states that it is a publicly traded corporation.  No publicly held corporation

3  owns 10% or more of the stock of Procter & Gamble.

4  Dated:  May 9, 2007          HOWARTH & SMITH

5

6                       s/Don Howarth

7                       Don Howarth
Attorneys for Defendant
The Procter & Gamble Company

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## CERTIFICATE OF SERVICE

I certify that on May 9, 2007, I caused the following document:

**FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT THE PROCTER & GAMBLE COMPANY**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

**Susan Moriarty Hack at hack@higgslaw.com**

I further certify that I caused a copy of the foregoing document and the notice of electronic filing to be mailed by first class mail, postage prepaid, to the following non-ECF participants:

**Eric J. Benick, Esq.**
**KRAUSE KALFAYAN BENINK**
**& SLAVENS, LLP**
**625 Broadway, Suite 635**
**San Diego, California  92101**

**David S. Casey, Jr., Esq.**
**Thomas D. Penfield, Esq.**
**CASEY GERRY SCHENK FRANCAVILLA**
**BLATT & PENFIELD, LLP**
**110 Laurel Street**
**San Diego, California  92101**

Dated:  May 9, 2007                    s/Don Howarth
                                       Don Howarth

1