SUSAN M. HACK, ESQ. (Bar No. 145347)
HIGGS, FLETCHER & MACK LLP
401 West A Street, Suite 2600
San Diego, CA 92101-7913
TEL: 619.236.1551
FAX: 619.696.1410

Attorneys for Defendant
MENU FOODS, INC., a New Jersey corporation

Case 3:07-cv-00705-JAH-CAB   Document 21   Filed 05/14/2007   Page 1 of 4

Dockets.Justia.com

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT PAYNE and STEVE BARTILUCCI,<br><br>Plaintiffs,<br><br>v.<br><br>MENU FOODS, INC., a New Jersey corporation, PETCO ANIMAL SUPPLIES, INC.; a Delaware corporation, SAFEWAY, INC., a Delaware corporation, THE PROCTOR & GAMBLE COMPANY, a Ohio corporation, and DOES 1 through 50,<br><br>Defendants. | CASE NO. 07cv0705 JAH (CAB)<br><br>**DEFENDANT MENU FOODS, INC.'S DISCLOSURE STATEMENT OF NOTICE OF INTERESTED PARTIES**<br><br>CTROOM: 11<br>JUDGE: Hon. John A. Houston<br>TRIAL DATE: Not Set |

Pursuant to Federal Rules of Civil Procedure 7.1, the undersigned, counsel of record for MENU FOODS, INC. submits the following disclosure:

MENU FOODS, INC. is a New Jersey corporation with its principal place of business in Pennsauken, New Jersey. MENU FOODS, INC. owns 10% or more of MENU FOODS, INC.'s stock.

DATED: May 14, 2007                     HIGGS, FLETCHER & MACK LLP


By:/s/Susan M. Hack
SUSAN M. HACK, ESQ.
Attorneys for Defendant
MENU FOODS, INC.

805574.1

HIGGS, FLETCHER
& MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

07 CV 0705 JAH (CAB)

SUSAN M. HACK, ESQ. (Bar No. 145347)
HIGGS, FLETCHER & MACK LLP
401 West "A" Street, Suite 2600
San Diego, CA 92101-7913
TEL: 619.236.1551
FAX: 619.696.1410

Attorneys for Defendant
MENU FOODS, INC., a New Jersey corporation

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT PAYNE and STEVE BARTILUCCI,<br><br>Plaintiffs,<br><br>v.<br><br>MENU FOODS, INC., a New Jersey corporation, PETCO ANIMAL SUPPLIES, INC.; a Delaware corporation, SAFEWAY, INC., a Delaware corporation, THE PROCTOR & GAMBLE COMPANY, a Ohio corporation, and DOES 1 through 50,<br><br>Defendants. | CASE NO. 07cv0705 JAH (CAB)<br><br>**PROOF OF SERVICE BY MAIL/ELECTRONIC NOTICE**<br><br>**TRIAL DATE:** No Date Set |

I, the undersigned, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 401 West "A" Street, Suite 2600, San Diego, California 92101. On May 14, 2007, I served the within documents:

**DEFENDANT MENU FOODS, INC.'S DISCLOSURE STATEMENT OF NOTICE OF INTERESTED PARTIES**

on the interested parties in this action, by placing true copies thereof in a separate envelope addressed to each addressee, respectively, as follows:

| | |
|---|---|
| 1 | ☐ By transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. A copy of the transmission report issued by the transmitting facsimile machine is attached hereto. |
| 2 | |
| 3 | ☒ **((BY MAIL):** I deposited such envelope in the mail at San Diego, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice for collection and processing of correspondence for mailing with the United States Postal Service; and that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit or mailing in affidavit. (CCP §§ 1013, 2015.5.) Further, notice shall be electronically mailed pursuant to the Southern District of California, Electronic Case Filing Administrative Policies and Procedures, on the parties as indicated below. |

**SERVED VIA U.S. MAIL:**

**Attorneys for Plaintiffs**

Eric J. Benink, Esq.
KRAUSE KALFAYAN BENINK & SLAVENS, LLP
625 Broadway, Suite 635
San Diego, CA 92101

**Tel: (619) 232-0331**
**Fax: (19) 232-4019**


David S. Casey, Jr., Esq.
Thomas D. Penfield, Esq.
CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP
110 Laurel Street
San Diego, CA 92101

**Tel: (619) 238-1811**
**Fax: (619) 544-9232**

- **ELECTRONICALLY**

- **Don Howarth**
  dhowarth@howarth-smith.com
  jdavis@howarth-smith.com;cfactora@howarth-smith.com

- **Richard Mark Segal**
  richard.segal@pillsburylaw.com
  charles.sandlin@pillsburylaw.com

LAW OFFICES OF WILLIAM R. WINSHIP, JR.
William R. Winship, Jr.
591 Camino de la Reina, Suite 1015
San Diego, CA 92108

Tel: (619) 297-0066
Fax: (619) 297-6898

Attorneys for Defendant and Cross-Complainant
SAFEWAY, INC.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on May 14, 2007, at San Diego, California.

*Diana Zottolo*
Diana Zottolo

801960.1

3

07 CV 0705 JAH (CAB)