| | |
|---|---|
| 1 | Don Howarth, State Bar No. 53783 |
| 2 | Suzelle M. Smith, State Bar No. 113992<br>HOWARTH & SMITH |
| 3 | 523 West Sixth Street, Suite 728<br>Los Angeles, California 90014 |
| 4 | Telephone: (213) 955-9400<br>Facsimile:  (213) 622-0791 |
| 5 | Email:  dhowarth@howarth-smith.com |
| 6 | Attorneys for Defendant<br>THE PROCTER & GAMBLE COMPANY |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT PAYNE and STEVE BARTILUCCI, | ) | **CASE NO. 07cv0705 JAH(GAB)** |
| | ) | Honorable John A. Houston |
| Plaintiffs, | ) | |
| vs. | ) | **NOTICE OF JOINDER OF DEFENDANT THE PROCTER & GAMBLE COMPANY TO DEFENDANT MENU FOODS, INC.'S MOTION TO STAY ALL PROCEEDINGS** |
| MENU FOODS, INC., a New Jersey corporation, PETCO ANIMAL SUPPLIES, INC.; a Delaware corporation, SAFEWAY, INC., a Delaware corporation, THE PROCTER & GAMBLE COMPANY, a Ohio corporation, and DOES 1 through 50, | ) ) ) ) ) ) | |
| Defendants. | ) | |

20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

1  Please take notice that Defendant The Procter & Gamble Company hereby joins in
2  the Notice of Motion and Motion to Stay All Proceedings [Docket Nos. 6 and 7] filed by
3  Defendant Menu Foods Inc. The arguments made in Defendant Menu Foods' Motion to
4  Stay are equally applicable to The Procter & Gamble Company, and thus are incorporated by
5  reference here.

6  Dated: May 14, 2007                    HOWARTH & SMITH

7
8                                        s/Don Howarth
                                         Don Howarth
                                         Attorneys for Defendant
9                                        The Procter & Gamble Company

1

**CERTIFICATE OF SERVICE**

I certify that on May 14, 2007, I caused the following document:

**NOTICE OF JOINDER OF DEFENDANT THE PROCTER & GAMBLE COMPANY TO DEFENDANT MENU FOODS, INC.'S MOTION TO STAY ALL PROCEEDINGS**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

> **Susan Moriarty Hack at hack@higgslaw.com**
> **Richard Mark Segal at richard.segal@pillsburylaw.com; charles.sandlin@pillsburylaw.com**

I further certify that I caused a copy of the foregoing document and the notice of electronic filing to be mailed by first class mail, postage prepaid, to the following non-ECF participants:

> **Eric J. Benick, Esq.**
> **KRAUSE KALFAYAN BENINK**
> **  & SLAVENS, LLP**
> **625 Broadway, Suite 635**
> **San Diego, California 92101**

Dated: May 14, 2007                                  s/Don Howarth
                                                     Don Howarth