UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

ROBERT PAYNE and STEVE BARTILUCCI
            Plaintiff

vs.

MENU FOODS, INC., et al.
            Defendant

Case No. 07cv0705 JAH (CAB)

PRO HAC VICE APPLICATION

Menu Foods, Inc.
Party Represented

I, Michael P. Turiello (Applicant) hereby petition the above entitled court to permit me to appear and participate in this case and in support of petition state:

My residence address and phone number are: 3921 Buck Avenue, Joliet, Illinois 60431 (815) 557-6008

My firm name is: Pretzel & Stouffer, Chartered

My office address and phone number are: One South Wacker Drive, Suite 2500, Chicago ILL 60606 (312) 578-7507

That on See Attachment A I was admitted to practice before See Attachment A (Name of Court); and am currently in good standing and eligible to practice in said court:

That I am not currently suspended or disbarred in any other court:

That I (have) (have not) concurrently or within the year preceding this application made any pro hac vice application to this court.

(If previous application made, complete the following)

Title of case _____

Case number _____ Date of application _____

Application _____ granted _____ denied

FILED
MAY 15 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

I declare under penalty of perjury that the foregoing is true and correct.

(Signature of Applicant)
Michael P. Turiello

DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

SUSAN M. HACK
HIGGS, FLETCHER & MACK LLP                (619) 236-1551
(Name)                                     (Telephone)

401 WEST A STREET, SUITE 2600, SAN DIEGO, CALIFORNIA 92101
(Street)                    (City)              (Zip code)

Signature of Applicant
Michael P. Turiello

::ODMA\PCDOCS\WORDPERFECT\35980\1 January 2, 2002 (3:00pm)

CSD-127

I hereby consent to the above designation.

Signature of Designee Attorney
SUSAN M. HACK

The pro hac vice application is hereby approved for filing.



MAY 1 4 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ 13817 DEPUTY

Received $180.00 for Court Library fee

W. Samuel Hamrick, Jr.
Clerk of Court

By Deputy Clerk     J. HATHAWAY

_____ Deputy Clerk


Pro Hac Vice   (For this one particular occasion)

An attorney who is not a member of the California State Bar, but who is a member in good standing of, and eligible to proactive before, the bar of any United States Court or of the highest court of any State or of any Territory or Insular possession of the United States, who is of good moral character, and who has been retained to appear in this Court, be permitted to appear and participate in a particular case. An attorney is not eligible to practice pursuant to this paragraph if any one or more of the following apply to him/her: (1) he/she resides in California, (2) he/she is regularly employed in California, or (3) he/she is regularly engaged in business, professional, or other activities in California.

The pro hac vice application shall be presented to the Clerk and shall state under penalty of perjury (1) the attorney's residence and office address, (2) by what court he/she has been admitted to practice and the date of admission, (3) that he/she is in good standing and eligible to practice in said court, (4) the he/she is not currently suspended or disbarred in any other court, and (5) if he/she has concurrently or within the year preceding his/her current application made any pro hac vice application to this court, the title and the case number of each matter wherein he made application, the date of application, and whether or not his/her application was granted. He/She shall also designate in his application a member of the bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom papers shall be served. He/She shall file with such application the address, telephone number, and written consent of such designee.


Fee: $180.00, payable to Clerk, U.S. District Court

Application and fee should be mailed directly to:

W. Samuel Hamrick, Jr., Clerk
United States District Court
Southern District of California
880 Front Street Suite 4290
San Diego, California 92101-8900


::ODMA\PCDOCS\WORDPERFECT\35980\1 January 2, 2002 (3:00pm)

Payne, et al., vs. Menu Foods, Inc., et al.
Case No. 07cv0705 JAH (CAB)

**Attachment A**

**Date of Admission and name of court admitted to:**

| | |
|---|---|
| November 7, 1996 | State Bar of Illinois |
| December 18, 1996 | United States District Court for the Northern District of Illinois; |
| 2001 | United States District Court for the Central District of Illinois; |
| December 5, 2003 | United States District Court for the Northern District of Indiana; |
| November 7, 2006 | United States District Court for the District of Colorado |