| | |
|---|---|
| 1 | Don Howarth, State Bar No. 53783 |
| 2 | Suzelle M. Smith, State Bar No. 113992<br>HOWARTH & SMITH |
| 3 | 523 West Sixth Street, Suite 728<br>Los Angeles, California 90014 |
| 4 | Telephone: (213) 955-9400<br>Facsimile:  (213) 622-0791 |
|  | Email:  dhowarth@howarth-smith.com |
| 5 | Attorneys for Defendant |
| 6 | THE PROCTER & GAMBLE COMPANY |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT PAYNE and STEVE BARTILUCCI, | ) | **CASE NO. 07cv0705 JAH(GAB)** |
|  | ) | Honorable John A. Houston |
| Plaintiffs, | ) | |
| vs. | ) | **JOINT MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** |
| MENU FOODS, INC., a New Jersey corporation, PETCO ANIMAL SUPPLIES, INC.; a Delaware corporation, SAFEWAY, INC., a Delaware corporation, THE PROCTER & GAMBLE COMPANY, a Ohio corporation, and DOES 1 through 50, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) ) | |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  Pursuant to CivLR 12.1 of the Local Rules of Practice for United States District Court, Southern District of California, Defendant The Procter & Gamble Company ("Defendant") and Plaintiffs Robert Payne and Steve Bartilucci ("Plaintiffs"), hereby jointly move for an order extending the time for Defendant to file its response to Plaintiffs' Complaint.  The parties jointly request that the deadline for filing Defendant's First Responsive pleading be extended from May 29, 2007 to June 11, 2007.

Good cause exists for granting an extension.  Defendant filed a previous joint motion to extend its time to respond until May 29, which the Court granted.  At the time, Defendant had not made an appearance in the case and did not have notice that Menu Foods, Inc. had filed a motion to stay all proceedings.   Since then, Defendant has conferred with Menu Foods and on May 14, 2007, Defendant filed a joinder in Menu Foods' Motion to Stay.  The hearing on the motion to stay is set for May 31, 2007 at 3:00pm.  Since the Court's ruling on the motion to stay would govern all parties and proceedings in the case, Defendant seeks a further extension of time to file its responsive pleading to a date after the May 31 hearing.  Menu Foods' responsive pleading is due on June 11, and the parties hereto ask that Defendant The Procter & Gamble Company's responsive pleading be due on that same date.

Dated:  May 18, 2007                HOWARTH & SMITH

s/Don Howarth
Don Howarth
Attorneys for Defendant
The Procter & Gamble Company


Dated:  May 18, 2007                KRAUSE, KALFAYAN, BENINK
& SLAVENS, LLP

s/Eric J. Benink
Eric J. Benink
Attorneys for Plaintiffs
Robert Payne and Steve Bartilucci

# CERTIFICATE OF SERVICE

I certify that on May 18, 2007, I caused the following document:

**JOINT MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

**Susan Moriarty Hack at hack@higgslaw.com**
**Richard Mark Segal at richard.segal@pillsburylaw.com;**
**charles.sandlin@pillsburylaw.com**

I further certify that I caused a copy of the foregoing document and the notice of electronic filing to be mailed by first class mail, postage prepaid, to the following non-ECF participants:

**Eric J. Benink, Esq.**
**KRAUSE KALFAYAN BENINK**
 **& SLAVENS, LLP**
**625 Broadway, Suite 635**
**San Diego, California  92101**

**Priya Jesani, Esq.**
**Edward B Ruff, III, Esq.**
**Michael P Turiello, Esq.**
**PRETZEL AND STOUFFER CHARTERED**
**One Wacker Drive**
**Suite 2500**
**Chicago, IL 60606**

Dated:  May 18, 2007                    s/Don Howarth
                                        Don Howarth