| | |
|---|---|
| 1 | Don Howarth (State Bar No. 53783) |
| | Suzelle M. Smith (State Bar No. 113992) |
| 2 | HOWARTH & SMITH |
| | 523 West Sixth Street, Suite 728 |
| 3 | Los Angeles, California 90014 |
| | Telephone: (213) 955-9400 |
| 4 | Facsimile: (213) 622-0791 |
| | Email: dhowarth@howarth-smith.com |
| 5 | |
| | Attorneys for Defendant |
| 6 | THE PROCTER & GAMBLE COMPANY |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT PAYNE and STEVE BARTILUCCI, | ) | CASE NO. 07cv0705 JAH(CAB) |
| | ) | Honorable John A. Houston |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| MENU FOODS, INC., a New Jersey corporation, PETCO ANIMAL SUPPLIES, INC., a Delaware corporation, SAFEWAY, INC., a Delaware corporation, THE PROCTER & GAMBLE COMPANY, a Ohio corporation, and DOES 1 through 50, | ) | |
| Defendants. | ) | |
| _____ | ) | |

21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

07:P1833001.wpd                                                                                    07cv0705 JAH(CAB)

1       Pursuant to CivLR 12.1 of the Local Rules of Practice for United States District Court, Southern District of California, the Court hereby finds good cause to extend the time for Defendant The Procter & Gamble Company to file its response to Plaintiffs' complaint.

      It is hereby ORDERED that the parties' Joint Motion For Extension Of Time To File Responsive Pleading is granted. Defendant The Procter & Gamble Company's First Responsive pleading is due on or before June 11, 2007.

DATED: May 18, 2007

_____
HON. JOHN A. HOUSTON
United States District Judge

07:P1833001.wpd        07cv0705 JAH(CAB)