UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT PAYNE and STEVE BARTILUCCI,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>MENU FOODS, INC., a New Jersey corporation, PETCO ANIMAL SUPPLIES, INC., a Delaware corporation, SAFEWAY, INC., a Delaware corporation, THE PROCTOR & GAMBLE COMPANY, a Ohio corporation, and DOES 1 through 50, inclusive,<br><br>　　　　　　　Defendants. | Civil No.07CV0705 JAH(CAB)<br><br>**ORDER VACATING HEARING DATE** |

　　　Pursuant to Local Rule 7.1(d.1), this Court finds defendant Menu Foods, Inc.'s motion to stay proceedings [doc. # 6] suitable for disposition without oral argument. Accordingly, IT IS HEREBY ORDERED that the date of May 31, 2007 set for hearing oral argument on defendant Menu Foods, Inc.'s motion to stay is VACATED.

Dated:　　May 23, 2007

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ John A. Houston
　　　　　　　　　　　　　　　　　　　　　　　　HON. JOHN A. HOUSTON
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge