SQUIRE, SANDERS & DEMPSEY L.L.P.
Mark C. Goodman (Cal. Bar No. 154692)
mgoodman@ssd.com
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492
Telephone: +1.415.954.0200
Facsimile: +1.415.393.9887

Attorneys for Defendant
PETCO ANIMAL SUPPLIES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT PAYNE and STEVE BARTILUCCI,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>MENU FOODS, INC., a New Jersey corporation, PETCO ANIMAL SUPPLIES, INC., a Delaware corporation, SAFEWAY, INC., a Delaware corporation, THE PROCTER & GAMBLE COMPANY, an Ohio corporation, and DOES 1 through 50,<br><br>　　　　Defendants. | Case No. 07-CV-00705-JAH(CAB)<br><br>Judge: The Honorable John A. Houston<br><br>**E-FILING**<br><br>**DEFENDANT PETCO ANIMAL SUPPLIES, INC.'S JOINDER IN MENU FOODS' MOTION TO STAY ALL PROCEEDINGS AND MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT** |

Defendant PETCO Animal Supplies, Inc. ("PETCO"), through undersigned counsel, pursuant to Local Rule 7.1j. hereby joins in the Notice of Motion and Motion to Stay All Proceedings filed by MENU FOODS, INC. ("MENU FOODS"). Additionally, pursuant to Local Rule 12.1, PETCO moves for an extension of time to respond to Plaintiffs' Complaint.

### BACKGROUND

1.　　MENU FOODS filed its Motion to Stay on April 23, 2007 [D.E. 7].

SQUIRE, SANDERS & DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

PETCO'S JOINDER IN MENU FOODS' MOTION TO STAY ALL PROCEEDINGS AND MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT – CASE NO. 07 CV 070 JAH (CAB)

Dockets.Justia.com

1  2.   PETCO filed its Joint Motion for Extension of Time to File Answer or Responsive Pleading on April 26, 2007 [D.E. 10], which was granted by the Court on April 27, 2007 [D.E. 11]. MENU FOODS then obtained a further extension of time for all defendants to respond to Plaintiffs' Complaint. PETCO's response to Plaintiffs' Complaint is currently due on June 11, 2007.

## JOINDER

3.   As explained in further detail in MENU FOODS' Motion to Stay and supporting brief, which are fully incorporated and adopted herein by reference, a stay of all proceedings in this action pending a transfer decision by the Judicial Panel on Multidistrict Litigation ("JPML") and a determination of class certification by the transferor court is necessary to promote judicial economy and avoid undue prejudice to the parties. Due to the pending MDL motions and pending motions for class certification, a stay of proceedings in this case is necessary and appropriate to further the interests of judicial economy. This Court should not unnecessarily expend resources and time to supervise pre-trial proceedings and make rulings in a case, that may shortly be transferred to another district court for further pre-trial proceedings. Additionally, since this action is in the beginning stages of litigation and the JPML will be hearing the pending MDL motions on May 31, 2007, no prejudice or inconvenience will result from immediate entry of a stay.

4.   For these reasons, PETCO respectfully requests that the Court grant the relief sought in MENU FOODS' Motion to Stay.

## EXTENSION OF TIME TO RESPOND

5.   Pursuant to Local Rule 12.1, PETCO requests that the Court extend the deadline for PETCO to respond to Plaintiffs' Complaint until twenty (20) days after the Court rules on MENU FOODS' Motion to Stay, which PETCO joins. If the Court grants the Motion to Stay, PETCO's response to the Complaint would not be due until after the stay is lifted or expires.

6.   Plaintiffs will not be prejudiced by the granting of a stay until such time as the JPML can complete its Hearing Session. Furthermore, good cause exists for granting such an

SQUIRE, SANDERS & DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

- 2 -

PETCO'S JOINDER IN MENU FOODS' MOTION TO STAY ALL PROCEEDINGS AND MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT – CASE NO. 07 CV 070 JAH (CAB)

extension. *See Devers v. Merck & Co., Inc.*, 2006 U.S. Lexis 33549 (E.D. Ca. 2006) (good cause for granting motion to stay where action was likely to be transferred to the MDL proceeding).

WHEREFORE, PETCO respectfully requests that this Court grant the relief sought in MENU FOODS' Motion to Stay and extend the deadline for PETCO to respond to the Complaint.

DATED:  May 29, 2007                    SQUIRE, SANDERS & DEMPSEY L.L.P.

By:_____/S/_____
       Mark C. Goodman

Attorneys for Defendant
PETCO ANIMAL SUPPLIES, INC.

- 3 -
PETCO'S JOINDER IN MENU FOODS' MOTION TO STAY ALL PROCEEDINGS AND MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT – CASE NO. 07 CV 070 JAH (CAB)

SQUIRE, SANDERS & DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

SQUIRE, SANDERS & DEMPSEY L.L.P.

## PROOF OF SERVICE

1

2   I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is One Maritime Plaza, Third Floor, San Francisco, California 94111-3492.

3

4   On May 29, 2007, I served the following documents described as: **DEFENDANT PETCO ANIMAL SUPPLIES, INC.'S JOINDER IN MENU FOODS' MOTION TO STAY ALL PROCEEDINGS AND MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT** on interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as set forth below:

5

6

7

8   ☒   VIA UNITED STATES DISTRICT COURT ELECTRONIC FILING SERVICE ON THE PARTIES AS SET FORTH BELOW.

9

10  Eric J. Benink, Esq.                          Susan M. Hack, Esq.
    Krause Kalfayan Benink & Slavens, LLP         Higgs, Fletcher & Mack LLP
11  625 Broadway, Suite 635                       401 West "A" Street, Suite 2600
    San Diego, CA 92101                           San Diego, CA 92101-7913
12  Telephone: (619) 232-0331                     Telephone: (619) 236-1551
    Facsimile: (619) 232-4019                     Facsimile: (619) 696-1410
13

14  David S. Casey, Jr., Esq.                     **ATTORNEYS FOR DEFENDANT**
    Thomas D. Penfield, Esq.                      **MENU FOODS, INC.**
15  Casey Gerry Schenk Francavilla Blatt &
    Penfield, LLP
16  110 Laurel Street
    San Diego, CA 92101
17  Telephone: (619) 238-1811
    Facsimile: (619) 544-9232
18

19  **ATTORNEYS FOR PLAINTIFFS**

20

21  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

22

23                                                                    /s/
                                                              Agnes A. Gacayan
24

25

26

27

28