1  René L. Barge, State Bar No. 182317
   rbarge@class-action-attorneys.com
2  Katherine J. Odenbreit, State Bar No. 184619
   kjdenbreit@class-action-attorneys.com
3  CLASS ACTION LITIGATION GROUP
   11111 Santa Monica Blvd., Suite 1000
4  Los Angeles, California 90025
   Tel:  (310) 481-9851
5  Fax:  (310) 481-9854

6  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT PAYNE and STEVEN BARTILUCCI,<br><br>　　　　Plaintiffs<br><br>　　vs.<br><br>MENU FOODS, INC., a New Jersey corporation; PETCO ANIMAL SUPPLIES, INC., a Delaware corporation; SAFEWAY, INC., a Delaware corporation; THE PROCTOR & GAMBLE COMPANY, an Ohio corporation, and DOES 1 through 50.<br><br>　　　　Defendants. | CASE NO.: 07CV 0705 JAH (CAB)<br><br>CLASS ACTION<br><br>**PLAINTIFF STEVEN BARTILUCCI'S MOTION TO SUBSTITUTE IN AS ATTORNEY OF RECORD RENÉ L. BARGE and KATHERINE J. ODENBREIT OF CLASS ACTION LITIGATION GROUP AS HIS ATTORNEYS OF RECORD; [PROPOSED] ORDER** |

Plaintiff STEVEN BARTILUCCI hereby make the following request to substitute in as her attorney of record René L. Barge and Katherine J. Odenbreit of the law firm Class Action Litigation Group in lieu of Eric J. Benink of the law firm Krause Kalfayan Benink & Slavens, LLP and David S. Casey, Jr. and Thomas D. Penfield of the law firm Casey, Gerry, Schenk, Francavilla, Blatt, & Penfield LLP.  Pursuant to Local Rule 83.3 (c)(5)(g), below is a consent to this substitution signed by plaintiff STEVEN

1  BARTILUCCI, attorney René L. Barge, Eric J. Benink on behalf of the law firm Krause
2  Kalfayan Benink & Slavens LLP and Thomas Penfield on behalf of the law firm of
3
4  Casey, Gerry, Schenk, Francavilla, Blatt, & Penfield LLP.
5  DATED: _____, 2007                    CLASS ACTION LITIGATION GROUP
6
7
8                                     BY: _____
                                           RENÉ L. BARGE
9                                          Attorneys for Plaintiff,
                                           STEVEN BARTILUCCI, and All Persons
10                                         Similarly Situated
11
12  Dated:_____ I consent to this substitution:_____
                                                    Steven Bartilucci
13
14  Dated:_____ I consent to this substitution:_____
                                                    René L. Barge
15
16  Dated: 5-25-07 I consent to this substitution: [signature]
                                                   Eric J. Benink
17
18  Dated: 5/30/07 I consent to this substitution: [signature]
                                                   Thomas Penfield
19
20
21
22
23
24
25
26
27
28

- 2 -

Plaintiff Steven Bartilucci's Motion for Substitution of Attorney; [Proposed] Order

Attorneys for Plaintiff,
**STEVEN BARTILUCCI**, and All
Persons Similarly Situated

Dated: 5/22/07  I consent to this substitution:

_____
Steven Bartilucci

Dated: 5/29/07  I consent to this substitution:

_____
René L. Barge

Dated: _____  I consent to this substitution:

_____
Eric J. Benink

Dated: _____  I consent to this substitution:

_____
Thomas Penfield

Plaintiff ~~Robert Payne~~ Steven Bartilucci's Motion for Substitution of Attorney; [Proposed] Order

# CERTIFICATE OF SERVICE

I certify that on May 30, 2007, I caused the following document:

**NOTICE OF SUBSTITUTION OF ATTORNEY FOR PLAINTIFFS** to be filed electronically with the Clerk of the Court through ECF.

I further certify, that I caused a copy of the foregoing document and the notice of electronic filing to be mailed via U.S. mail to the following:

Jeffrey B. Cerghino
Berding and Wewil
3240 Stone Valley Road West
Alamo, CA 94507

Nicole Dorsky
Benesch Friedlander Coplan & Aronoff LLP
200 Public Square, #2300
Cleveland, OH 44114-2378

Jeremy Gilman
Benesch Friedlander Coplan & Aronoff LLP
200 Public Square, #2300
Cleveland, OH 44114-2378

D. Jeffrey Ireland
Frauki Ireland and Cox
500 Courthouse Plaza SW
Dayton, OH 45402

Priya Jesani
Pretzel and Stouffer Chartered
One South Wacker Drive, Suite 2500
Chicago, IL 60606

Dennis E. Murray, Sr.
Murray & Murray Co., LPA
111 East Shoreline Drive
P.O. Box 19
Sandusky, OH 44870

John T. Murray
Murray & Murray Co., LPA
111 East Shoreline Drive

Plaintiff Steven Bartilucci's Motion for Subsitution of Attorney; [Proposed] Order

1  P.O. Box 19
   Sandusky, OH 44870
2
3  Leslie O. Murray
   Murray & Murray Co., LPA
4  111 East Shoreline Drive
   P.O. Box 19
5  Sandusky, OH 44870
6
7  Edward B. Ruff, III
   Pretzel and Stouffer Chartered
8  One South Wacker Drive, Suite 2500
   Chicago, IL 60606
9
10 Richard M. Segel
   Pillsbury Winthrop Shaw Pitman LLP
11 501 West Broadway, Suite 1100
   San Diego, CA 92101
12
13 Dated: May 30, 2007                    _____
                                          Katherine J. Odenbreit

- 4 -

Plaintiff Steven Bartilucci's Motion for Subsitution of Attorney; [Proposed] Order