1 | René L. Barge, State Bar No. 182317
rbarge@class-action-attorneys.com
2 | Katherine J. Odenbreit, State Bar No. 184619
kjdenbreit@class-action-attorneys.com
3 | **CLASS ACTION LITIGATION GROUP**
11111 Santa Monica Blvd., Suite 1000
4 | Los Angeles, California 90025
Tel:   (310) 481-9851
5 | Fax:  (310) 481-9854

6 | Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT PAYNE and STEVEN BARTILUCCI,<br><br>  Plaintiffs<br><br>vs.<br><br>MENU FOODS, INC., a New Jersey corporation; PETCO ANIMAL SUPPLIES, INC., a Delaware corporation; SAFEWAY, INC., a Delaware corporation; THE PROCTOR & GAMBLE COMPANY, an Ohio corporation, and DOES 1 through 50.<br><br>  Defendants. | CASE NO.: 07CV0705 JAH (CAB)<br><br><u>CLASS ACTION</u><br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF STEVEN BARTILUCCI'S MOTION TO SUBSTITUTE IN AS ATTORNEY OF RECORD RENÉ L. BARGE AND KATHERINE J. ODENBREIT OF CLASS ACTION LITIGATION GROUP AS HIS ATTORNEYS OF RECORD** |

- 1 -

[Proposed Order] re: Plaintiff Steven Bartilucci's Motion for Subsitution of Attorney

IT IS HEREBY ORDERED, based on the written consent signed by Plaintiff Steven Bartilucci, René L. Barge, Eric J. Benink and Thomas Penfield, that René L. Barge and Katherine J. Odenbreit of the law firm Class Action Litigation Group are substituted in as counsel of record for plaintiff Steven Bartilucci in lieu of Eric J. Benink and Krause Kalfayan of the law firm Krause Kalfayan Benink & Slavins LLP and David S. Casey and Thomas Penfield of the law firm Casey Gerry Schenk Francavilla Blatt & Penfield LLP.

IT IS SO ORDERED

Dated:_____      _____
                        Hon. John A. Houston
                        U.S. District Court Judge