1  René L. Barge, State Bar No. 182317
   rbarge@class-action-attorneys.com
2  Katherine J. Odenbreit, State Bar No. 184619
   kjdenbreit@class-action-attorneys.com
3  **CLASS ACTION LITIGATION GROUP**
   11111 Santa Monica Blvd., Suite 1000
4  Los Angeles, California 90025
   Tel:   (310) 481-9851
5  Fax:  (310) 481-9854

6  Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT PAYNE and STEVEN BARTILUCCI,<br><br>Plaintiffs<br><br>vs.<br><br>MENU FOODS, INC., a New Jersey corporation; PETCO ANIMAL SUPPLIES, INC., a Delaware corporation; SAFEWAY, INC., a Delaware corporation; THE PROCTOR & GAMBLE COMPANY, an Ohio corporation, and DOES 1 through 50.<br><br>Defendants. | CASE NO.:  07CV 0705 JAH (CAB)<br><br>CLASS ACTION<br><br>**PLAINTIFF ROBERT PAYNE'S MOTION TO SUBSTITUTE IN AS ATTORNEY OF RECORD RENÉ L. BARGE and KATHERINE J. ODENBREIT OF CLASS ACTION LITIGATION GROUP AS HIS ATTORNEYS OF RECORD; [PROPOSED] ORDER** |

Plaintiff ROBERT PAYNE hereby make the following request to substitute in as her attorney of record René L. Barge and Katherine J. Odenbreit of the law firm Class Action Litigation Group in lieu of Eric J. Benink of the law firm Krause Kalfayan Benink & Slavens, LLP and David S. Casey, Jr. and Thomas D. Penfield of the law firm Casey, Gerry, Schenk, Francavilla, Blatt, & Penfield LLP. Pursuant to Local Rule 83.3(c)(5)(g), below is a consent to this substitution signed by plaintiff ROBERT PAYNE, attorney

René L. Barge, Eric J. Benink on behalf of the law firm Benink & Slavins LLP and Thomas Penfield on behalf of the law firm of Casey, Gerry, Schenk, Francavilla, Blatt, & Penfield LLP.

DATED: 5/30, 2007         CLASS ACTION LITIGATION GROUP

BY: _____
RENÉ L. BARGE
Attorneys for Plaintiff,
**ROBERT PAYNE,** and All Persons Similarly Situated

Dated: 5/23/07  I consent to this substitution: _____
Robert Payne

Dated: 5/29/07  I consent to this substitution: _____
René L. Barge

Dated: _____  I consent to this substitution: _____
Eric J. Benink

Dated: _____  I consent to this substitution: _____
Thomas Penfield

1  René L. Barge, Eric J. Benink on behalf of the law firm Krause Kalfayan Benink &
2  Slavens LLP and Thomas Penfield on behalf of the law firm of Casey, Gerry, Schenk,
3  Francavilla, Blatt, & Penfield LLP.
4
5  DATED: _____, 2007         CLASS ACTION LITIGATION GROUP
6
7
8                          BY: _____
                               RENÉ L. BARGE
9                              Attorneys for Plaintiff,
                               **ROBERT PAYNE**, and All Persons
10                             Similarly Situated
11
12 Dated:_____ I consent to this substitution: _____
                                                    Robert Payne
13
14 Dated:_____ I consent to this substitution: _____
                                                    René L. Barge
15
16 Dated: 5-25-07 I consent to this substitution: _____
                                                    Eric J. Benink
17
18 Dated: 5/30/07 I consent to this substitution: _____
                                                    Thomas Penfield
19
20
21
22
23
24
25
26
27
28

-2-
Plaintiff Robert Payne's Motion for Substitution of Attorney; [Proposed] Order

- 3 -

# CERTIFICATE OF SERVICE

I certify that on May 30, 2007, I caused the following document:

**NOTICE OF SUBSTITUTION OF ATTORNEY FOR PLAINTIFFS** to be filed electronically with the Clerk of the Court through ECF.

I further certify, that I caused a copy of the foregoing document and the notice of electronic filing to be mailed via U.S. mail to the following:

Jeffrey B. Cerghino
Berding and Wewil
3240 Stone Valley Road West
Alamo, CA 94507

Nicole Dorsky
Benesch Friedlander Coplan & Aronoff LLP
200 Public Square, #2300
Cleveland, OH 44114-2378

Jeremy Gilman
Benesch Friedlander Coplan & Aronoff LLP
200 Public Square, #2300
Cleveland, OH 44114-2378

D. Jeffrey Ireland
Frauki Ireland and Cox
500 Courthouse Plaza SW
Dayton, OH 45402

Priya Jesani
Pretzel and Stouffer Chartered
One South Wacker Drive, Suite 2500
Chicago, IL 60606

Dennis E. Murray, Sr.
Murray & Murray Co., LPA
111 East Shoreline Drive
P.O. Box 19
Sandusky, OH 44870

John T. Murray
Murray & Murray Co., LPA
111 East Shoreline Drive

Plaintiff Robert Payne's Motion for Substitution of Attorney; [Proposed] Order

```
 1 │ P.O. Box 19
   │ Sandusky, OH 44870
 2 │
 3 │ Leslie O. Murray
   │ Murray & Murray Co., LPA
 4 │ 111 East Shoreline Drive
   │ P.O. Box 19
 5 │ Sandusky, OH 44870
 6 │
   │ Edward B. Ruff, III
 7 │ Pretzel and Stouffer Chartered
   │ One South Wacker Drive, Suite 2500
 8 │ Chicago, IL 60606
 9 │
   │ Richard M. Segel
10 │ Pillsbury Winthrop Shaw Pitman LLP
   │ 501 West Broadway, Suite 1100
11 │ San Diego, CA 92101
12 │
   │ Dated: May 30, 2007           _____
13 │                               Katherine J. Odenbreit
```