1 | René L. Barge, State Bar No. 182317
rbarge@class-action-attorneys.com
2 | Katherine J. Odenbreit, State Bar No. 184619
kjdenbreit@class-action-attorneys.com
3 | **CLASS ACTION LITIGATION GROUP**
11111 Santa Monica Blvd., Suite 1000
4 | Los Angeles, California 90025
Tel:   (310) 481-9851
5 | Fax:   (310) 481-9854

6 | Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT PAYNE and STEVEN BARTILUCCI,<br><br>　　　　Plaintiffs<br><br>vs.<br><br>MENU FOODS, INC., a New Jersey corporation; PETCO ANIMAL SUPPLIES, INC., a Delaware corporation; SAFEWAY, INC., a Delaware corporation; THE PROCTOR & GAMBLE COMPANY, an Ohio corporation, and DOES 1 through 50.<br><br>　　　　Defendants. | CASE NO.:   07CV0705 JAH (CAB)<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF ROBERT PAYNE'S MOTION TO SUBSTITUTE IN AS ATTORNEY OF RECORD RENÉ L. BARGE AND KATHERINE J. ODENBREIT OF CLASS ACTION LITIGATION GROUP AS HIS ATTORNEYS OF RECORD |

[Proposed Order] re: Plaintiff Robert Payne's Motion for Subsitution of Attorney

1  IT IS HEREBY ORDERED, based on the written consent signed by Plaintiff
2  Robert Payne, René L. Barge, Eric J. Benink and Thomas Penfield, that René L.
3  Barge and Katherine J. Odenbreit of the law firm Class Action Litigation Group
4  are substituted in as counsel of record for plaintiff Robert Payne in lieu of Eric J.
5  Benink and Krause Kalfayan of the law firm Krause Kalfayan Benink & Slavins
6  LLP and David S. Casey and Thomas Penfield of the law firm Casey Gerry Schenk
7  Francavilla Blatt & Penfield LLP.

IT IS SO ORDERED

Dated:_____          _____
                              Hon. John A. Houston
                              U.S. District Court Judge

[Proposed Order] re: Plaintiff Robert Payne's Motion for Subsitution of Attorney