SUSAN M. HACK, ESQ. (Bar No. 145347)
HIGGS, FLETCHER & MACK LLP
401 West "A" Street, Suite 2600
San Diego, CA 92101-7913
TEL: 619.236.1551
FAX: 619.696.1410

Attorneys for Defendant
MENU FOODS, INC., a New Jersey corporation

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT PAYNE and STEVE BARTILUCCI,<br><br>Plaintiffs,<br><br>v.<br><br>MENU FOODS, INC., a New Jersey corporation, PETCO ANIMAL SUPPLIES, INC.; a Delaware corporation, SAFEWAY, INC., a Delaware corporation, THE PROCTOR & GAMBLE COMPANY, a Ohio corporation, and DOES 1 through 50,<br><br>Defendants. | CASE NO. 07cv0705 JAH (CAB)<br><br>**DEFENDANT MENU FOODS, INC.'S RESPONSE TO PLAINTIFFS' OBJECTION TO MOTION TO STAY**<br><br>DATE: May 31, 2007<br>TIME: 3:00 p.m.<br>CTROOM: 11<br>JUDGE: Hon. John A. Houston<br>TRIAL DATE: Not Set |

Defendant MENU FOODS, INC. ("Menu Foods") respectfully submits the following response to the objection filed by plaintiffs to its motion to stay:

I.

**RESPONSE**

Plaintiffs have always been represented by counsel. Menu Foods removed this case to federal court on April 18, 2007. Menu Foods' motion to stay was filed on April 23, 2007. The hearing date was May 31, 2007. No opposition was filed.[1] One day after the unopposed motion was taken under submission, plaintiffs' new counsel "objected" to the motion and asks that it be denied because new counsel just read it and has concerns about the motion. Any of these

---

[1] Nor was there any opposition filed to the motion to stay filed in the related matter of Swarberg v. Menu Foods, 07CV0706 JAH (CAB). That motion was taken under submission on May 31, 2007 as well.

809241.1

07 CV 0705 JAH(CAB)

concerns could have and should have been raised by prior counsel. Ample notice of the motion was given.

Plaintiffs express concern in their objection that Menu Foods seeks a stay until determination of class certification. In response, Menu Foods agrees to withdraw any such request. Menu Foods is <u>only</u> seeking a stay of this case pending transfer to the transferee court.

For these reasons, Menu Foods' motions should be granted and that this case and the related case of <u>Swarberg v. Menu</u> Foods, 07CV0706 JAH (CAB) be stayed pending transfer to the transferee court.

DATED: June 4, 2007     HIGGS, FLETCHER & MACK LLP


By:/s/Susan M. Hack
SUSAN M. HACK, ESQ.
Attorneys for Defendant
MENU FOODS, INC., a New Jersey corporation

SUSAN M. HACK, ESQ. (Bar No. 145347)
HIGGS, FLETCHER & MACK LLP
401 West "A" Street, Suite 2600
San Diego, CA 92101-7913
TEL: 619.236.1551
FAX: 619.696.1410

Attorneys for Defendant
MENU FOODS, INC., a New Jersey corporation

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT PAYNE and STEVE BARTILUCCI,<br><br>Plaintiffs,<br><br>v.<br><br>MENU FOODS, INC., a New Jersey corporation, PETCO ANIMAL SUPPLIES, INC.; a Delaware corporation, SAFEWAY, INC., a Delaware corporation, THE PROCTOR & GAMBLE COMPANY, a Ohio corporation, and DOES 1 through 50,<br><br>Defendants. | CASE NO. 07cv0705 JAH (CAB)<br><br>**PROOF OF SERVICE BY MAIL/ELECTRONIC NOTICE**<br><br>**TRIAL DATE: No Date Set** |

I, the undersigned, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 401 West "A" Street, Suite 2600, San Diego, California 92101. On June 4, 2007, I served the within documents:

**DEFENDANT MENU FOODS, INC.'S <u>RESPONSE</u> TO PLAINTIFFS' OBJECTION TO MOTION TO STAY**

on the interested parties in this action, by placing true copies thereof in a separate envelope addressed to each addressee, respectively, as follows:

- SERVED THE FOLLOWING VIA U.S. MAIL:

```
 1  Priya Jesani
    Pretzel and Stouffer Chartered
 2  One Wacker Drive
    Suite 2500
 3  Chicago, IL 60606

 4  Edward B Ruff, III
    Pretzel and Stouffer Chartered
 5  One South Wacker Drive
    Suite 2500
 6  Chicago, IL 60606

 7  Brian D Wright
    Frauki Ireland and Cox
 8  500 Courthouse Plaza SW
    10 North Ludlaw Street
 9  Dayton, OH 45402
```

☐ By transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. A copy of the transmission report issued by the transmitting facsimile machine is attached hereto.

☒ **((BY MAIL):** I deposited such envelope in the mail at San Diego, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice for collection and processing of correspondence for mailing with the United States Postal Service; and that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit or mailing in affidavit. (CCP §§ 1013, 2015.5.) **Further, notice shall be electronically mailed pursuant to the Southern District of California, Electronic Case Filing Administrative Policies and Procedures, on the parties as indicated below.**

SEE FOLLOWING PAGE:

HIGGS, FLETCHER &
MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

801960.1

2

07 CV 0705 JAH (CAB)

The following are those who are currently on the list to receive e-mail notices for this case.

- **Eric Benink**
  eric@kkbs-law.com

- **Susan Moriarty Hack**
  hack@higgslaw.com

- **Don Howarth**
  dhowarth@howarth-smith.com
  jdavis@howarth-smith.com;cfactora@howarth-smith.com

- **D Jeffrey Ireland**
  djireland@ficlaw.com

- **Katherine J Odenbreit**
  kjodenbreit@yahoo.com
  dhiolive@yahoo.com

- **Richard Mark Segal**
  richard.segal@pillsburylaw.com
  charles.sandlin@pillsburylaw.com

- **Michael P Turiello**
  mturiello@pretzel-stouffer.com

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on June 4, 2007, at San Diego, California.

*Diana Zottolo*
Diana Zottolo

801960.1

3

07 CV 0705 JAH (CAB)