1 | René L. Barge, State Bar No. 182317
rbarge@class-action-attorneys.com
2 | Katherine J. Odenbreit, State Bar No. 184619
kodenbreit@class-action-attorneys.com
3 | **CLASS ACTION LITIGATION GROUP**
11111 Santa Monica Blvd., Suite 1000
4 | Los Angeles, California 90025
Tel: (310) 481-9851
5 | Fax: (310) 481-9854

6 | Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT PAYNE and STEVEN BARTILUCCI, | CASE NO.: 07CV0705 JAH (CAB) |
| Plaintiffs | <u>CLASS ACTION</u> |
| vs. | **ORDER GRANTING PLAINTIFF ROBERT PAYNE'S MOTION TO SUBSTITUTE IN AS ATTORNEY OF RECORD RENÉ L. BARGE AND KATHERINE J. ODENBREIT OF CLASS ACTION LITIGATION GROUP AS HIS ATTORNEYS OF RECORD** |
| MENU FOODS, INC., a New Jersey corporation; PETCO ANIMAL SUPPLIES, INC., a Delaware corporation; SAFEWAY, INC., a Delaware corporation; THE PROCTOR & GAMBLE COMPANY, an Ohio corporation, and DOES 1 through 50. | |
| Defendants. | |

- 1 -

Order re: Plaintiff Robert Payne's Motion for Substitution of Attorney

Dockets.Justia.com

1    IT IS HEREBY ORDERED, based on the written consent signed by Plaintiff
2 Robert Payne, René L. Barge, Eric J. Benink and Thomas Penfield, that René L.
3 Barge and Katherine J. Odenbreit of the law firm Class Action Litigation Group
4 are substituted in as counsel of record for plaintiff Robert Payne in lieu of Eric J.
5 Benink and Krause Kalfayan of the law firm Krause Kalfayan Benink & Slavins
6 LLP and David S. Casey and Thomas Penfield of the law firm Casey Gerry Schenk
7 Francavilla Blatt & Penfield LLP.

   IT IS SO ORDERED

Dated:    6/5/2007    _____
                      Hon. John A. Houston
                      U.S. District Court Judge