René L. Barge, State Bar No. 182317
rbarge@class-action-attorneys.com
Katherine J. Odenbreit, State Bar No. 184619
kjdenbreit@class-action-attorneys.com
**CLASS ACTION LITIGATION GROUP**
11111 Santa Monica Blvd., Suite 1000
Los Angeles, California 90025
Tel:   (310) 481-9851
Fax:   (310) 481-9854

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT PAYNE and STEVEN BARTILUCCI,<br><br>　　　　Plaintiffs<br><br>　　vs.<br><br>MENU FOODS, INC., a New Jersey corporation; PETCO ANIMAL SUPPLIES, INC., a Delaware corporation; SAFEWAY, INC., a Delaware corporation; THE PROCTOR & GAMBLE COMPANY, an Ohio corporation, and DOES 1 through 50.<br><br>　　　　Defendants. | CASE NO.:   07CV0705 JAH (CAB)<br><br><u>CLASS ACTION</u><br><br>**ORDER GRANTING PLAINTIFF STEVEN BARTILUCCI'S MOTION TO SUBSTITUTE IN AS ATTORNEY OF RECORD RENÉ L. BARGE AND KATHERINE J. ODENBREIT OF CLASS ACTION LITIGATION GROUP AS HIS ATTORNEYS OF RECORD** |

- 1 -

Order re: Plaintiff Steven Bartilucci's Motion for Substitution of Attorney

Dockets.Justia.com

1   IT IS HEREBY ORDERED, based on the written consent signed by Plaintiff
2   Steven Bartilucci, René L. Barge, Eric J. Benink and Thomas Penfield, that René
3
4   L. Barge and Katherine J. Odenbreit of the law firm Class Action Litigation Group
5   are substituted in as counsel of record for plaintiff Steven Bartilucci in lieu of Eric
6
7   J. Benink and Krause Kalfayan of the law firm Krause Kalfayan Benink &
8   Slavins LLP and David S. Casey and Thomas Penfield of the law firm Casey Gerry
9   Schenk Francavilla Blatt & Penfield LLP.
10
11
12       IT IS SO ORDERED
13
14
15  Dated:  6/5/2007           _____
16                              Hon. John A. Houston
17                              U.S. District Court Judge
18
19
20
21
22
23
24
25
26
27
28

- 2 -

Order re: Plaintiff Steven Bartilucci's Motion for Substitution of Attorney