1  Don Howarth, State Bar No. 53783
   Suzelle M. Smith, State Bar No. 113992
2  HOWARTH & SMITH
   523 West Sixth Street, Suite 728
3  Los Angeles, California 90014
   Telephone: (213) 955-9400
4  Facsimile:  (213) 622-0791
   Email:  dhowarth@howarth-smith.com

5  Attorneys for Defendant
   THE PROCTER & GAMBLE COMPANY
6

7

8              UNITED STATES DISTRICT COURT

9            SOUTHERN DISTRICT OF CALIFORNIA

10

11  ROBERT PAYNE and STEVE          )  **CASE NO. 07cv0705 JAH(GAB)**
    BARTILUCCI,                     )
12                                  )  Honorable John A. Houston
                 Plaintiffs,        )
13                                  )  **JOINT MOTION FOR EXTENSION**
         vs.                        )  **OF TIME TO FILE RESPONSIVE**
14                                  )  **PLEADING**
    MENU FOODS, INC., a New Jersey  )
    corporation, PETCO ANIMAL SUPPLIES, )
15  INC.; a Delaware corporation, SAFEWAY, )
    INC., a Delaware corporation, THE )
16  PROCTER & GAMBLE COMPANY, a Ohio )
    corporation, and DOES 1 through 50, )
17                                  )
                 Defendants.        )
18                                  )
                                    )
19                                  )
                                    )
20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

07:P1849001.doc                                              07cv0705 JAH(GAB)

1   Pursuant to CivLR 12.1 of the Local Rules of Practice for United States District

2   Court, Southern District of California, Defendant The Procter & Gamble Company

3   ("Defendant") and Plaintiffs Robert Payne and Steve Bartilucci ("Plaintiffs"), hereby jointly

4   move for an order extending the time for Defendant to file its response to Plaintiffs'

5   Complaint.  The parties have filed previous joint motions to extend Defendant's time to

6   respond, first until May 29 and again until June 11, which the Court granted.  The parties

7   hereby jointly request that the deadline for filing Defendant's First Responsive pleading now

8   be extended from June 11, 2007 to July 31, 2007.

9   Good cause exists for granting an extension.  There is a Motion to Stay All

10   Proceedings, filed by Menu Foods, Inc., and joined by Defendants The Procter & Gamble

11   Company and Petco Animal Supplies, Inc., currently pending before the Court.  The hearing

12   on the Motion to Stay was set for May 31, 2007 at 3:00pm.  The hearing was vacated by

13   order of the Court and the Motion was taken under submission without oral argument.

14   Plaintiffs then filed an objection to the Motion to Stay, asking that the Court either deny the

15   motion, provide counsel the opportunity for oral argument, or take the matter under

16   submission until such a time as a ruling has been issued by the Judicial Panel on

17   Multidistrict Litigation ("MDL Judicial Panel").  Since the Court's ruling on the Motion to

18   Stay would govern all parties and proceedings in the case, Defendant seeks a further

19   extension of time to file its responsive pleading until a date after the Court rules on the

20   Motion to Stay.

21   In addition, there was a May 31, 2007 hearing before the MDL Judicial Panel on

22   several pending Motions for Transfer and Coordination or Consolidation of Related Actions,

23   which if granted would consolidate and transfer this case to another forum. The opportunity

24   to avoid potentially duplicative and unnecessary hearings and efficiently decide this and

25   other cases against the named defendants justifies awaiting the decision from the MDL

26   Judicial Panel before proceeding further in this litigation.  The Judicial Panel is expected to

27   issue a decision in July 2007.

28   ///

1

1  For the foregoing reasons, the parties hereto ask for an extension of time for

2  Defendant The Procter & Gamble Company to file its first responsive pleading so that it

3  would be due on or before July 31, 2007.

4

5  Dated:  June 8, 2007                          HOWARTH & SMITH

6

7                                                s/Don Howarth
                                                 Don Howarth
                                                 Attorneys for Defendant
8                                                The Procter & Gamble Company

9

10 Dated:  June 8, 2007                          CLASS ACTION LITIGATION GROUP

11

12                                               s/Katherine J. Odenbreit
                                                 Katherine J. Odenbreit, Esq.
                                                 Attorneys for Plaintiffs
13                                               Robert Payne and Steve Bartilucci

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2

## CERTIFICATE OF SERVICE

3

I certify that on June 8, 2007, I caused the following document:

4

**JOINT MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**

5

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-

notice of the electronic filing to the following:

6
7

**Susan Moriarty Hack at hack@higgslaw.com**

8

**Richard Mark Segal at richard.segal@pillsburylaw.com;**
**charles.sandlin@pillsburylaw.com**

9

**Katherine J. Odenbreit at kjodenbreit@yahoo.com**
**dhiolive@yahoo.com**

10
11

**Eric Benink at eric@kkbs-law.com**

12

**Rene Lynn Barge at kodenbreit@class-action-attorneys.com;**
**Secretary@class-action-attorneys.com**

13

**Michael P. Turiello at mturiello@pretzel-stouffer.com**

14

I further certify that I caused a copy of the foregoing document and the notice of

15

electronic filing to be mailed by first class mail, postage prepaid, to the following non-ECF

16

participants:

17
18

**Priya Jesani, Esq.**
**Edward B Ruff, III, Esq.**

19

**PRETZEL AND STOUFFER CHARTERED**
**One Wacker Drive**

20

**Suite 2500**
**Chicago, IL 60606**

21
22
23

Dated: June 8, 2007                     s/Don Howarth
                                            Don Howarth

24
25
26
27
28

1