

1

2

3

4

5

6

7

8                            UNITED STATES DISTRICT COURT

9                          SOUTHERN DISTRICT OF CALIFORNIA

10   ROBERT PAYNE and STEVE          )   Civil No.07CV0705 JAH(CAB)
     BARTILUCCI,                     )
11                                   )   **ORDER GRANTING DEFENDANT**
                       Plaintiffs,   )   **MENU FOODS, INC.'S MOTION**
12   v.                              )   **TO STAY [DOC. # 6]**
                                     )
13   MENU FOODS, INC., a New Jersey  )
     corporation, PETCO ANIMAL       )
14   SUPPLIES, INC., a Delaware      )
     corporation, SAFEWAY, INC., a   )
15   Delaware corporation, THE PROCTOR )
     & GAMBLE COMPANY, a Ohio        )
16   corporation, and DOES 1 through 50, )
     inclusive,                      )
17                                   )
                       Defendants.   )
18   _____ )

19

20          Defendant Menu Foods, Inc. filed a motion seeking a stay of all proceedings

21   pending a decision by the Judicial Panel on Multidistrict Litigation ("MDL Panel") on

22   transfer pursuant to 28 U.S.C. § 1407 and class certification pursuant to Federal Rule of

23   Civil Procedure 23(d)(1).  Defendants Petco Animal Supplies and the Proctor & Gamble

24   Company joined in the motion.  Although plaintiff failed to file an opposition to the

25   motion within the time frame permitted for filing such pleadings, plaintiff filed, on June 1,

26   2007, an objection to the motion on the grounds that a stay pending class certification

27   could last "months even years," thereby prejudicing plaintiff.  *See* Doc. # 36 at 3.  In

28   response to the objection, defendant Menu Foods, Inc. agreed to withdraw its request to

Dockets.Justia.com

stay pending class certification but requests a stay pending only a decision on transfer by the MDL Panel.  Doc. # 39.

This Court finds it appropriate to grant defendant Menu Foods, Inc.'s stay request but only until the MDL Panel renders a decision on transfer.  Accordingly, IT IS HEREBY ORDERED that defendant Menu Foods, Inc.'s motion to stay proceedings is **GRANTED** and the instant case is STAYED for sixty (60) days from the date this Order is filed or until the MDL Panel issues a decision on plaintiff's transfer request.  Should no decision be reached within the sixty day period, plaintiff shall file a status report with this Court **no later than ten (10) days prior to the expiration of the sixty day period** advising the Court of the status of the transfer proceedings.

Dated:       June 8, 2007

HON. JOHN A. HOUSTON
United States District Judge

07cv0705