UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT PAYNE and STEVE BARTILUCCI, <br><br> Plaintiffs, <br><br> v. <br><br> MENU FOODS, INC., a New Jersey corporation, PETCO ANIMAL SUPPLIES, INC., a Delaware corporation, SAFEWAY, INC., a Delaware corporation, THE PROCTOR & GAMBLE COMPANY, a Ohio corporation, and DOES 1 through 50, inclusive, <br><br> Defendants. | Civil No.07CV0705 JAH(CAB) <br><br> **ORDER DENYING JOINT MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING WITHOUT PREJUDICE AS MOOT** <br> [DOC. # 42] |

Plaintiffs and defendant The Proctor & Gamble Company have filed a joint motion for an extension of time for defendant to file a responsive pleading in this case. However, prior to this Court's ruling on that motion, this Court granted defendant Menu Foods, Inc. motion for a stay of all proceedings pending a decision by the Judicial Panel on Multidistrict Litigation ("MDL Panel") on transfer. *See* Doc. # 43. This Court, therefore, finds the joint motion for extension of time moot.

//

//

//

1  Accordingly, IT IS HEREBY ORDERED that the joint motion for extension of time for defendant The Proctor & Gamble Company to file a responsive pleading [doc. # 42] is **DENIED WITHOUT PREJUDICE as moot.**

DATED: June 8, 2007

_____
HON. JOHN A. HOUSTON
United States District Judge