|    |    |
|----|----|
| 1  |    |
| 2  |    |
| 3  |    |
| 4  |    |
| 5  |    |
| 6  |    |
| 7  |    |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| ROBERT PAYNE and STEVE BARTILUCCI, | ) Civil No.07CV0705 JAH(CAB) |
|---|---|
| Plaintiffs, | ) **ORDER DENYING JOINT MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING WITHOUT PREJUDICE AS MOOT** |
| v. | ) [DOC. # 44] |
| MENU FOODS, INC., a New Jersey corporation, PETCO ANIMAL SUPPLIES, INC., a Delaware corporation, SAFEWAY, INC., a Delaware corporation, THE PROCTOR & GAMBLE COMPANY, a Ohio corporation, and DOES 1 through 50, inclusive, | ) |
| Defendants. | ) |

Plaintiffs and defendant Menu Foods, Inc. have filed a joint motion for an extension of time for defendant to file a responsive pleading in this case. However, just prior to the filing of this joint motion, this Court granted defendant Menu Foods, Inc. motion for a stay of all proceedings pending a decision by the Judicial Panel on Multidistrict Litigation ("MDL Panel") on transfer. *See* Doc. # 43. This Court, therefore, finds the joint motion for extension of time moot.

//
//
//

07cv0705

1  Accordingly, IT IS HEREBY ORDERED that the joint motion for extension of time
2 for defendant Menu Foods, Inc. to file a responsive pleading [doc. # 44] is **DENIED**
3 **WITHOUT PREJUDICE as moot.**

5 Dated: June 22, 2007

7 HON. JOHN A. HOUSTON
United States District Judge